

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
## State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **Hagh Law PLLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 001019109 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 03/25/2019 9:50 AM | Date Formed: | 03/25/2019 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Business Type: | Professional Limited Liability Company | | |
| Managed By: | Director Managed | | |

**Registered Agent Address**
Hagh Law PLLC
45 MUSIC SQ W
NASHVILLE, TN  37203-3205

**Principal Address**
45 MUSIC SQ W
NASHVILLE, TN  37203-3205

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/25/2019 | Initial Filing | B0676-1561 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|