

**Phillip Young <phillip@thompsonburton.com>**

# Fitzgerald v. Osburn

**Steve Meisner** <smeisner@bkblaw.com>　　　　　　　　　　　　　　　　　　　　Wed, Aug 21, 2019 at 10:22 AM
To: Phillip Young <phillip@thompsonburton.com>
Cc: Leslie Scales <lscales@bkblaw.com>

Phillip –

The settlement check in this case will be made payable to the plaintiffs and Hagh Law, PLC. As you can see from the attached, Brian Manookian filed the lawsuit under Cummings Manookian PLC, but was suspended for period of time during the pendency of this case. After he was reinstated, I do not believe he filed anything under Cummings & Manookian. The Court file would be the best source in this regard. As you can see from the attached transcript, Brian took three deposition on July 24, 2019 on behalf of the plaintiffs. And, as I previously stated, Brian and Afsoon both participate in the mediation on Monday. The settlement agreement is binding and requires my client to pay plaintiff and Hagh Law, PLC. I do not see that the order you sent to me addresses Hagh Law, PLC or Mr. Manookian, individually. I am in the office today of we need to discuss further.

Respectfully,

**Steve Meisner**

Attorney at Law



545 Mainstream Drive, Suite 101, Nashville, Tennessee 37228-1209

Website: www.bkblaw.com

Direct: 615-630-7727 Fax: 615-256-8985

*NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*

---

**From:** Phillip Young <phillip@thompsonburton.com>
**Sent:** Tuesday, August 20, 2019 4:20 PM
**To:** Steve Meisner <smeisner@bkblaw.com>
**Subject:** Fitzgerald v. Osburn

Mr. Meisner,

[Quoted text hidden]

# Thompson Burton PLLC

*Redefining the Art of Law.*

_____

**Phillip Young**

One Franklin Park

6100 Tower Circle, Suite 200

Franklin, TN 37067

Direct Dial: (615) 465-6008

phillip@thompsonburton.com

www.thompsonburton.com

[Quoted text hidden]

**4 attachments**

- **ER Honda Fitzgerald Complaint 180625.pdf**
  1455K
- **ER Honda Fitzgerald Mot Withdraw 190226.pdf**
  89K
- **ER Honda Fitzgerald Resp in Opposition to Defendants Motion for Order of Protection 190627.pdf**
  365K
- **ER Honda Fitzgerald Depo Transcript Osborn 190724.pdf**
  481K