

## IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE

| | |
|---|---|
| MARTY FITZGERALD and MELISSA FITZGERALD, individually, as husband and wife, and on behalf of their deceased child, MEGAN FITZGERALD,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES WOODROW OSBORN and OSBORN ENTERPRISES, INC., II, and OSBORN ENTERPRISES, INC., III,<br><br>Defendant. | FILED<br>DEC 13 2018<br>Debbie McMillan Barrett<br>Circuit Court<br><br>NO. 2018-311<br>JURY DEMAND |

### MOTION TO WITHDRAW

Pursuant to Section 28 of Rule 9 of the Tennessee Supreme Court, Brian Manookian moves to withdraw as counsel in this matter. Afsoon Hagh continues to represent the Plaintiffs.

Respectfully submitted,

Brian P. Manookian, #26455
Afsoon Hagh, #28393
Cummings Manookian PLC
45 Music Square West
Nashville, Tennessee 37203
(615) 266-3333 (phone)
(615) 266-0250 (fax)

*Attorneys for the Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, a true and correct copy of the foregoing was proved by US Mail to the following:

Steve Meisner
Brewer Krause Books & Chastain
545 Mainstream Drive
Nashville, Tennessee 37228
T: 615.630.7727
F: 615.256.8985
smeisner@bkblaw.com

Brian P. Manookian