

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

FILED
WILLIAMSON COUNTY
CIRCUIT COURT
2019 AUG 23 PM 3: 43

DEAN CHASE, SANDRA CHASE,         )
and D.F. CHASE, INC.,             )
                                  )
     Plaintiffs,                  )
                                  )
v.                                )        No. 2019-221
                                  )
CUMMINGS MANOOKIAN PLC;           )
MANOOKIAN PLLC; BRIAN             )
PHILIP MANOOKIAN;                 )
HAMMERVOLD PLC; MARK              )
HAMMERVOLD; CUMMINGS              )
LAW  LLC; BRIAN CUMMINGS;         )
and AFSOON HAGH,                  )
                                  )
     Defendants.                  )

ENTERED_____

## TEMPORARY RESTRAINING ORDER

This matter is before the Court on the Motion for Temporary Restraining Order (the

"Motion") filed by Phillip G. Young, Jr., the court-appointed receiver in this matter (the

"Receiver"). In the Motion, the Receiver requests, among other things that Brian

Manookian, Afsoon Hagh, Hagh Law, PLLC, Steve Meisner, Brewer, Krause, Brooks &

Chastain, PLLC, and James Osborne (the "Restrained Parties"), as well as those persons or

entities in active concert or participation with any of them, be restrained from directly or

indirectly delivering to Hagh Law, PLLC, Brian Manookian or Afsoon Hagh the settlement

funds related to the resolution of *Marty Fitzgerald, et al. v. James Osborne* (the "Fitzgerald

Case"), a case pending in the Circuit Court for Williamson County, Tennessee. The

Receiver relies on the Affidavit of Phillip G. Young, Jr. (the "Affidavit") and the

Memorandum of Law in Support of the Receiver's Motion for Temporary Restraining

Order (the "Memo of Law") in support of the Motion. Based upon the Motion, the Affidavit, and the Memo of Law (collectively, the "TRO Papers"), the Court finds as follows:

1.      Based upon the sworn allegations contained in the Affidavit, there is a substantial likelihood that the Receiver will succeed on the merits of the claims he has asserted. In the TRO Papers the Receiver sets forth allegations which, if proven true, give the Receiver a substantial likelihood of succeeding on his claims to some or all of the attorneys' fees earned by plaintiffs' counsel in the Fitzgerald Case.

2.      In the absence of a restraining order, the Receiver and this receivership estate face the prospect of losing a substantial source of recovery, namely some portion of the Fitzgerald Case settlement funds. Such an injury is the kind of irreparable harm contemplated under Tennessee Rule of Civil Procedure 65.03.

3.      It further appears that the harm to the Receiver and this receivership estate in the absence of a temporary restraining order is greater than any harm that may befall the Restrained Parties after the entry of such an order.

4.      The public has a strong interest in deterring attempts to circumvent court orders and diversion of funds from their rightful recipients, such as alleged by the Receiver here. An order restraining the Restrained Parties from delivering the Fitzgerald Case settlement funds to Hagh Law, PLLC not only prevents wrongful conduct, but also sends a message to any other person who may be tempted to willfully violate the terms of a court order.

5.      For all of the foregoing reasons, this Order is well taken and is being granted without notice to the Restrained Parties.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

A.     The Motion is hereby granted in its entirety.

B.     Brian Manookian, Afsoon Hagh, Hagh Law, PLLC, Steve Meisner, Brewer, Krause, Brooks & Chastain, PLLC, and James Osborne, as well as those persons or entities in active concert or participation with any of them, are restrained from directly or indirectly delivering to Hagh Law, PLLC, Brian Manookian or Afsoon Hagh the 1/3 the $4,050,000.00 representing the attorneys' fees ($1,336,500.00) related to the resolution of the Fitzgerald Case.

C.     The bond is hereby set in the amount of $10,000.00 and this Order shall be effective upon submission of the surety bond to the Clerk of Court.

This Temporary Restraining Order shall expire fourteen (14) days from the date of entry absent a further order of the Court. This Court shall conduct a hearing for determination of whether cause exists to grant a temporary injunction on August 30, 2019, at 9:00, a.m. in the Circuit Court for Maury County, Tennessee.

Entered this _23_ day of August, 2019, at _1_:_53_, _p_.m.

_____
Judge David Allen

SUBMITTED FOR ENTRY:

_____

Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN  37067
(615) 465-6008 (phone)
phillip@thompsonburton.com

Receiver

and

Ronald G. Steen, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN  37067
(615) 465-6010 (phone)
Ronn@thompsonburton.com

Counsel to the Receiver

CLERK'S CERTIFICATE
I hereby certify that a true and exact copy of
foregoing has been mailed or delivered to
all parties or counsel of record.

8-23-19   A. Williams
Date       Circuit Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via U.S. Mail, postage prepaid, and personal service to:

Dan Puryear
Puryear Law Group
104 Woodmont Blvd., Suite 201
Nashville, TN 37205

Brian Manookian
45 Music Square West
Nashville, TN 37203

Afsoon Hagh
c/o Brian Manookian
45 Music Square West
Nashville, TN 37203

Hagh Law PLLC
c/o Brian Manookian
45 Music Square West
Nashville, TN 37203

Brian Cummings
4235 Hillsboro Pike #300
Nashville, TN 37215

Mark Hammervold
315 Deaderick Street, Suite 1550
Nashville, TN 37238

Mark Hammervold
1758 N. Artesian Ave.
Chicago, IL  60647-5311

Steve Meisner
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

James Osborne
c/o Steve Meisner
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

Brewer, Krause, Brooks & Chastain, PLLC
ATTN Parks Chastain, Registered Agent
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

This 23rd day of August, 2019.

_____
Phillip G. Young, Jr.