From: **Brian Manookian** brian@tntriallawyers.com
Subject: Fwd: Chase v. Cummings Manookian: Update on November 5 Hearing
Date: November 5, 2019 at 2:06 PM
To: Michele Bedingfield legulsec@bellsouth.net, Phillip Young phillip@thompsonburton.com



Ms. Bedingfield,

Pursuant to Local Rule 11.01, I will be filing a proposed alternative order within seven (7) days.

_____

**Brian Manookian**
**45 Music Square West | Nashville, Tennessee 37203**
**T: 615.266.0226 | F: 615.266.0250**


---------- Forwarded message ---------
From: **Phillip Young** <phillip@thompsonburton.com>
Date: Tue, Nov 5, 2019 at 1:24 PM
Subject: Chase v. Cummings Manookian: Update on November 5 Hearing
To: Brian Manookian <brian@tntriallawyers.com>, Brian Cummings <brian@cummingsinjurylaw.com>, Mark Hammervold <mark@hammervoldlaw.com>, Dan Puryear <dpuryear@puryearlawgroup.com>


All,

I appeared in court at 11:00 this morning on the motion I had previously filed requesting that the Court order the deposit of $760,000 into the court. Mr. Manookian and I had exchanged emails this morning in which he told me that he was unavailable today, but that the funds were being transferred back to a trust account. He asked that I pass along a request to continue this matter to Friday, a time at which he could appear. I passed along that request and stated that I did not oppose a brief continuance to Friday to allow Mr. Manookian to appear.

The Court denied the requested continuance and said that, regardless of the funds being transferred back into a trust account, he was concerned that the funds were ever transferred out without an amendment to the prior order. He said he considered that to be a violation of the prior order, no matter the reason for the transfer. He ordered the funds to be paid into court by Noon on November 12, 2019, and directed me to prepare an order. I have prepared such an order, which is attached. I have submitted this draft order to the Court's secretary.

### Thompson Burton PLLC

*Redefining the Art of Law*.

_____

**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Direct Dial: (615) 465-6008
phillip@thompsonburton.com
www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.



Order Requiring
Payme...urt.pdf

Payme...urt.pdf