# IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE

| | | |
|---|---|---|
| D.F. CHASE, INC. et al., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO. 2019-221 |
| _____ | ) | JURY DEMAND |
| CUMMINGS MANOOKIAN PLC, | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF WITHDRAWAL

---

Brian Manookian gives notice of his withdrawal as counsel in this case.

Respectfully submitted,

_____
**Brian P. Manookian**
45 Music Square West
Nashville, Tennessee 37203
(615) 266-3333 (phone)
(615) 266-0250 (fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, a true and correct copy of this document was provided, via facsimile, to the following:

Greg Oakley, Esq.

Phillip Young, Esq.

Brian P. Manookian

2