**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) **Case No. 3:19-bk-07235** |
| Debtor. | ) **Chapter 7** |
| | ) **Judge Walker** |
| **JEANNE ANN BURTON, TRUSTEE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) |
| **MANOOKIAN, PLLC; and FIRST-** | ) |
| **CITIZENS BANK & TRUST** | ) |
| **COMPANY,** | ) |
| Defendants. | ) |
| | ) **Adv. Proc. No. 3:20-ap-90002** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**EXPEDITED ORDER SETTING HEARING**
**ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS**

Upon consideration of the Request for Expedited Proceeding on the *Plaintiff's Expedited Motion for Turnover of Funds* **(the "Motion")**, and the Court finding good cause therefor,

IT IS ORDERED that:

1. The Request for Expedited Proceeding is granted; and

2. The deadline to object to the relief south in the motion shall be January ___, 2020, at ___:___ __.m.

3.      The Expedited Hearing on the Motion is scheduled for January __, 2020, at __:__

__.m in Courtroom Two, Customs House, 701 Broadway, Nashville, TN 37203.

This Order was signed and entered electronically as indicated at the top of this page.


**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served this 8th day of January, 2020, upon all parties of record requesting notice through the Court's electronic filing system, and the following individuals by email and/or Federal Express:

Natalie Cox, United States Trustee
Natalie.Cox@usdoj.gov

John Spragens, counsel for Hagh Law PLLC
john@spragenslaw.com

Steve Lefkovitz, counsel for the Debtor
slefkovitz@lefkovitz.com

Afsoon Hagh
afsoon@haghlaw.com

First Citizens Bank & Trust Company
ATTN Frank B. Holding, Jr., CEO
4300 Six Forks Road
#FCC22
Raleigh, NC 27609
(Via FedEx)

First Citizens Bank & Trust Company
c/o CT Corporation System
300 Montvue Road
Knoxville, TN 37919
 (Via FedEx)

First Citizens Bank & Trust Company
ATTN Branch Manager
228 S. Royal Oaks Blvd.
Franklin, TN 37064
(Via FedEx)

/s/ Phillip G. Young
Phillip G. Young