Burton,
     Plaintiff                                          Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0650-3       User: anm0611       Page 1 of 1       Date Rcvd: Jan 09, 2020
                          Form ID: pdf001       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla          +E-mail/Text: jeanne.burton@comcast.net Jan 10 2020 02:57:22     Jeanne Ann Burton,
          95 White Bridge Road, Ste 512,    Nashville, TN 37205-1490
                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:
         PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
                                                          TOTAL: 1

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/9/2020



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | **Case No. 3:19-bk-07235** |
|     Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | **Adv. Proc. No. 3:20-ap-90002** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## EXPEDITED ORDER SETTING HEARING
## ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS

Upon consideration of the Request for Expedited Proceeding on the *Plaintiff's Expedited Motion for Turnover of Funds* **(the "Motion")**, and the Court finding good cause therefor,

IT IS ORDERED that:

1.    The Request for Expedited Proceeding is granted; and

2.    The deadline to object to the relief south in the motion shall be January 14, 2020, at 4:00 p.m.

3.　　　The Expedited Hearing on the Motion is scheduled for January $\underline{15}$, 2020, at $\underline{1}$ : $\underline{30}$

$\underline{p}$.m in Courtroom Two, Customs House, 701 Broadway, Nashville, TN 37203.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served this 8th day of January, 2020, upon all parties of record requesting notice through the Court's electronic filing system, and the following individuals by email and/or Federal Express:

Natalie Cox, United States Trustee
Natalie.Cox@usdoj.gov

John Spragens, counsel for Hagh Law PLLC
john@spragenslaw.com

Steve Lefkovitz, counsel for the Debtor
slefkovitz@lefkovitz.com

Afsoon Hagh
afsoon@haghlaw.com

First Citizens Bank & Trust Company
ATTN Frank B. Holding, Jr., CEO
4300 Six Forks Road
#FCC22
Raleigh, NC 27609
(Via FedEx)

First Citizens Bank & Trust Company
c/o CT Corporation System
300 Montvue Road
Knoxville, TN 37919
 (Via FedEx)

First Citizens Bank & Trust Company
ATTN Branch Manager
228 S. Royal Oaks Blvd.
Franklin, TN 37064
(Via FedEx)

/s/ Phillip G. Young
Phillip G. Young

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.