# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |
| | ) | Hearing Date: January 15, 2020 |
| | ) | at 1:30 p.m. |

**TRUSTEE JEANNE ANN BURTON'S WITNESS AND EXHIBIT LIST FOR JANUARY 15, 2020 HEARING ON EXPEDITED MOTION FOR TURNOVER OF FUNDS**

Comes now Movant, Jeanne Ann Burton, by and through undersigned counsel, and hereby gives notice of the witnesses she may call, and exhibits she may introduce, at the January 15, 2020 hearing on the Plaintiff's Expedited Motion for Turnover of Funds (Doc. 2) and any objection thereto:

## WITNESS LIST

1. <u>Jeanne Burton</u>. If called to testify, Ms. Burton will testify regarding documents produced to her as trustee that evidence communications between the Debtor and the plaintiffs in the Williamson County Circuit Court case, *Fitzgerald v. Osborne.*

2.      <u>Afsoon Hagh</u>.   If called to testify, Ms. Hagh will testify regarding her representation of the *Fitzgerald* plaintiffs, deposit of funds into bank accounts, current status of bank accounts, and her compliance or non-compliance with prior court orders.

3.      <u>Designated Representative of Hagh Law, PLLC</u>.   If called to testify, a representative of Hagh Law, PLLC will testify regarding its representation of the *Fitzgerald* plaintiffs, deposit of funds into bank accounts held by it, current status of bank accounts, and its compliance or non-compliance with prior court orders.

4.      The Trustee reserves the right to call the witnesses identified by any objecting party, any other witnesses needed to rebut evidence offered by any objecting party, and/or any other witnesses needed to address issues raised in any objection.

## EXHIBIT LIST

5.      All documents previously filed with the Court in this matter and the Cummings Manookian bankruptcy case.

6.      All documents attached as exhibits to the Motion.

7.      Correspondence between the Debtor and the plaintiffs in the Williamson County Circuit Court case, *Fitzgerald v. Osborne*, including the engagement letter and a letter from the Debtor to the plaintiffs on December 7, 2018 (both of which were referenced in the Motion).

8.      All statements for any bank account held in the name of Afsoon Hagh, Hagh Law PLLC, and/or Cummings Manookian PLC.

9.      The Trustee reserves the right to introduce any exhibits identified by any objecting party, any exhibits needed to rebut evidence offered by any objecting party, and/or any other exhibits needed to address issues raised in any objection.

DATED: January 13, 2020

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel:   (615) 465-6000
phillip@thompsonburton.com

Special Counsel for Chapter 7 Trustee