# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANNE BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | Adv. Proc. No. 3:20-ap-90002 |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | |

_____

### HAGH LAW, PLLC AND AFSOON HAGH'S NOTICE OF FILING AMENDED CERTIFICATE OF SERVICE AND SIGNATURE BLOCK
_____

Hagh Law, PLLC and Afsoon Hagh hereby give notice of filing an amended Certificate of Service that conforms with Local Bankruptcy Rule 9013-3. Additionally, undersigned counsel hereby corrects his signature block to include his full address, which was inadvertently omitted from the Objection filed by Hagh Law, PLLC and Afsoon Hagh on January 14, 2020.

1

Date:  January 14, 2020          Respectfully submitted,

**John Spragens, TN Bar No. 31445**
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
P (615) 983-8900
F (615) 682-8533
*Attorney for Hagh Law, PLLC and Afsoon Hagh*

2

# CERTIFICATE OF SERVICE

I certify that on January 14, 2020, a true and correct copy of Hagh Law, PLLC and Afsoon Hagh's Objection and Response in Opposition to Plaintiff's Expedited Motion for Turnover and this Notice were served upon all parties of record requesting notice through the Court's electronic filing system.

**Notice was electronically mailed to:**

PHILLIP G YOUNG on behalf of Plaintiff Jeanne Ann Burton
phillip@thompsonburton.com

**Notice will be delivered via FedEx to:**

First-Citizens Bank and Trust Company
ATTN Frank B. Holding, Jr., CEO
4300 Six Forks Road
#FCC22
Raleigh, NC 27609

**Notice will be delivered via hand delivery to:**

Manookian PLLC
c/o Brian Manookian, Managing Member
45 Music Square W
Nashville, TN 37203

**John Spragens**

3