# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANNE BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | Adv. Proc. No. 3:20-ap-90002 |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST COMPANY, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

_____

## NOTICE OF APPEARANCE
_____

The undersigned counsel hereby gives notice of his appearance on behalf of

Defendants Hagh Law, PLLC and Afsoon Hagh.

Date:  January 14, 2020          Respectfully submitted,

**John Spragens, TN Bar No. 31445**
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
P (615) 983-8900
F (615) 682-8533
john@spragenslaw.com
*Attorney for Hagh Law, PLLC and Afsoon Hagh*

1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on January 14, 2020, a true and correct copy of this Notice was served upon all parties of record.

**Notice was electronically mailed to:**

PHILLIP G YOUNG on behalf of Plaintiff Jeanne Ann Burton
phillip@thompsonburton.com

**Notice will be delivered via FedEx to:**

First-Citizens Bank and Trust Company
ATTN Frank B. Holding, Jr., CEO
4300 Six Forks Road
#FCC22
Raleigh, NC 27609

**Notice will be delivered via hand delivery to:**

Manookian PLLC
c/o Brian Manookian, Managing Member
45 Music Square W
Nashville, TN 37203

**John Spragens**

2