_____

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

### Exhibit/Witness List

Burton Jeanne Ann                                              CASE NO: 3:19-bk-07235

vs.          Plaintiff

Hagh Law PLLC                                                  ADV NO: 3:20-ap-90002
Hagh Afsoon
Manookian PLLC
First-Citizens Bank and Trust Company
          Defendant

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| Charles M Walker | PHILLIP G YOUNG | JOHN TATE SPRAGENS |
| **Trial/Hearing Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 1/14/2020 - 1/14/2020 | Autumn  McNeese | Lauren  Langston |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Stipulated | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|---|
| x | | 1/15/2020 | 1001 | | x | Engagement Letter |
| x | | 1/15/2020 | 1002 | | x | Dec 7 Letter |
| x | | 1/15/2020 | 1003 | | x | Fitzgerald Mtn to Withdraw |
| x | | 1/15/2020 | 1004 | | x | Fitzgerald Stmt of Facts |
| x | | 1/15/2020 | 1005 | | x | Fitzgerald Memo of Law for MSJ |
| x | | 1/15/2020 | 1006 | | x | Fitzgerald MSJ |
| x | | 1/15/2020 | 1007 | | x | Fitzgerald Response to Addl Stmt Facts |
| x | | 1/15/2020 | 1008 | | x | Fitzgerald Plaintiffs Reply |
| x | | 1/15/2020 | 1009 | | x | Fitzgerald Plaintiffs Opposition to MSJ |
| x | | 1/15/2020 | 1010 | | x | Receivership Motion |
| x | | 1/15/2020 | 1011 | | x | Receivership Order |
| x | | 1/15/2020 | 1012 | | x | First TRO |
| x | | 1/15/2020 | 1013 | | x | Agreed Order re TRO |
| x | | 1/15/2020 | 1014 | | x | Order to pay funds into court |
| x | | 1/15/2020 | 1015 | | x | Second TRO |
| x | | 1/15/2020 | 1016 | | x | Injunction |
| x | | 1/16/2020 | | | | Jeanne Ann Burton; Sworn Witness |