# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE: )
)
CUMMINGS MANOOKIAN, PLLC, ) Case No. 3:19-bk-07235
    Debtor. ) Chapter 7
) Judge Walker
JEANNE ANN BURTON, TRUSTEE, )
    Plaintiff, )
)
v. )
)
HAGH LAW, PLLC; AFSOON HAGH; )
MANOOKIAN, PLLC; and FIRST- )
CITIZENS BANK & TRUST )
COMPANY, )
    Defendants. )
) Adv. Proc. No. 3:20-ap-90002
)
)
)
)
)

## ORDER ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS

This matter came before the Court for hearing on January 15, 2020 (the "Hearing"), on

*Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 2) (the "Motion"), the Objection filed

by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 7) (the "Objection"), the Reply filed by

Plaintiff (Doc. 10) (the "Reply), and the Motion to Strike Reply filed by Defendants Hagh Law,

PLLC and Afsoon Hagh (Doc. 11) (the "Motion to Strike"); and Phillip Young and Ronn Steen

appearing at the Hearing on behalf of the Plaintiff; and John Spragens appearing at the Hearing on

behalf of Afsoon Hagh and Hagh Law, PLLC; and Shane Ramsey appearing at the Hearing on

behalf of First-Citizens Bank & Trust Company; and the Court finding that service of the Motion was effective and appropriate under the circumstances; and based upon the pleadings in this matter, the evidence offered at the Hearing, and the statements of counsel at the Hearing; and for the reasons stated orally on the record, which are incorporated herein by reference pursuant to Rules of Fed. Bankr. P. Rule 7052,

IT IS ORDERED that:

1. The Temporary Injunction issued on December 13, 2019, by the Circuit Court for Williamson County, Tennessee in *Dean Chase, et al. v. Cummings Manookian PLC, et al.*(Case No. 2019-221) is hereby extended to 11:59 p.m. on January 21, 2020.

2. Except as expressly set forth in Paragraph 3 of this Order, Afsoon Hagh, Hagh Law, PLLC, and First-Citizens Bank & Trust Company, as well as those persons or entities in active concert or participation with any of them, are hereby enjoined from directly or indirectly allowing the withdrawal or transfer of funds in any amount totaling up to $715,000.00 from First-Citizens Bank & Trust Company account ********3873 maintained in the name of Afsoon Hagh and/or Hagh Law, PLLC (the "Bank Account") until 11:59 p.m. on January 21, 2020.

3. Before 11:59 p.m. on January 21, 2020, First-Citizens Bank & Trust Company shall deposit $715,000.00 from the Bank Account with the Clerk of this Court, to be held by the Clerk of this Court in an interest-bearing account. First-Citizens Bank & Trust Company is directed to contact Teresa Azan, Clerk of the United States Bankruptcy Court for the Middle District of Tennessee, to make arrangements for this transfer.

4. The Clerk of this Court shall hold the $715,000.00 in an interest-bearing account pending further order of this Court.

5. Unless the parties agree that such hearing is no longer necessary, and so notify the Court, the Court shall conduct a final hearing on this matter on _____, 2020 at __:__ _.m. in Courtroom 2, 701 Broadway, Nashville, TN 37203.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee