Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/16/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Walker |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 3:20-ap-90002 |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS

This matter came before the Court for hearing on January 15, 2020 (the "Hearing"), on *Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 2) (the "Motion"), the Objection filed by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 7) (the "Objection"), and the Reply filed by Plaintiff (Doc. 10) (the "Reply), and Phillip Young and Ronn Steen appearing at the Hearing on behalf of the Plaintiff; and John Spragens appearing at the Hearing on behalf of Afsoon Hagh and Hagh Law, PLLC; and Shane Ramsey appearing at the Hearing on behalf of First-Citizens

Bank & Trust Company; and the Court finding that service of the Motion was effective and appropriate under the circumstances; and based upon the pleadings in this matter, the evidence offered at the Hearing, and the statements of counsel at the Hearing; and for the reasons stated orally on the record, which are incorporated herein by reference pursuant to Rules of Fed. Bankr. P. Rule 7052,

IT IS ORDERED that:

1. The Injunction Provisions issued on December 13, 2019, by the Circuit Court for Williamson County, Tennessee in *Dean Chase, et al. v. Cummings Manookian PLC, et al.* (Case No. 2019-221) are hereby extended to 11:59 p.m. on January 21, 2020.

2. Except as expressly set forth in Paragraph 3 of this Order, Afsoon Hagh, Hagh Law, PLLC, and First-Citizens Bank & Trust Company, as well as those persons or entities in active concert or participation with any of them, are hereby enjoined from directly or indirectly allowing the withdrawal or transfer of funds in any amount resulting in an account balance of less than $715,000.00 from First-Citizens Bank & Trust Company account ********3873 maintained in the name of Afsoon Hagh and/or Hagh Law, PLLC (the "Bank Account") until 11:59 p.m. on January 21, 2020.

3. Before 11:59 p.m. on January 21, 2020, First-Citizens Bank & Trust Company shall deposit $715,000.00 from the Bank Account with the Clerk of this Court, to be held by the Clerk of this Court in an interest-bearing account. First-Citizens Bank & Trust Company is charged with effectuating the transfer of $715,000 from the Bank Account to the Registry of the United States Bankruptcy Court for the Middle District of Tennessee in compliance with its applicable Administrative Orders and procedures.

4. The Clerk of this Court shall hold the $715,000.00 in an interest-bearing account under the designation of this adversary proceeding pending further order of this Court.

5. Unless the parties agree that such hearing is no longer necessary, and so notify the Court, the Court shall conduct a final hearing on this matter on February 5, 2020 at 1:00 p.m. in Courtroom 2, 701 Broadway, Nashville, TN 37203.

This Order was signed and entered electronically as indicated at the top of this page.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.