Burton,
     Plaintiff                                                Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0650-3        User: sdt7475         Page 1 of 1                Date Rcvd: Jan 16, 2020
                        Form ID: pdf001       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
dft             +First-Citizens Bank and Trust Company,   ATTN Frank B. Holding, Jr., CEO,   4300 Six Forks Road,
           #FCC22,    Raleigh, NC 27609-5718
dft             +Manookian PLLC,   c/o Brian Manookian, Managing Member,   45 Music Square W,
           Nashville, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla             +E-mail/Text: jeanne.burton@comcast.net Jan 17 2020 03:03:31     Jeanne Ann Burton,
           95 White Bridge Road, Ste 512,   Nashville, TN 37205-1490
                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
        JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
        JOHN TATE SPRAGENS   on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
        PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
                                                                   TOTAL: 3

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/16/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Walker |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 3:20-ap-90002 |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST-CITIZENS BANK & TRUST COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS

This matter came before the Court for hearing on January 15, 2020 (the "Hearing"), on

*Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 2) (the "Motion"), the Objection filed

by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 7) (the "Objection"), and the Reply filed

by Plaintiff (Doc. 10) (the "Reply), and Phillip Young and Ronn Steen appearing at the Hearing

on behalf of the Plaintiff; and John Spragens appearing at the Hearing on behalf of Afsoon Hagh

and Hagh Law, PLLC; and Shane Ramsey appearing at the Hearing on behalf of First-Citizens

Bank & Trust Company; and the Court finding that service of the Motion was effective and appropriate under the circumstances; and based upon the pleadings in this matter, the evidence offered at the Hearing, and the statements of counsel at the Hearing; and for the reasons stated orally on the record, which are incorporated herein by reference pursuant to Rules of Fed. Bankr. P. Rule 7052,

IT IS ORDERED that:

1. The Injunction Provisions issued on December 13, 2019, by the Circuit Court for Williamson County, Tennessee in *Dean Chase, et al. v. Cummings Manookian PLC, et al.* (Case No. 2019-221) are hereby extended to 11:59 p.m. on January 21, 2020.

2. Except as expressly set forth in Paragraph 3 of this Order, Afsoon Hagh, Hagh Law, PLLC, and First-Citizens Bank & Trust Company, as well as those persons or entities in active concert or participation with any of them, are hereby enjoined from directly or indirectly allowing the withdrawal or transfer of funds in any amount resulting in an account balance of less than $715,000.00 from First-Citizens Bank & Trust Company account ********3873 maintained in the name of Afsoon Hagh and/or Hagh Law, PLLC (the "Bank Account") until 11:59 p.m. on January 21, 2020.

3. Before 11:59 p.m. on January 21, 2020, First-Citizens Bank & Trust Company shall deposit $715,000.00 from the Bank Account with the Clerk of this Court, to be held by the Clerk of this Court in an interest-bearing account. First-Citizens Bank & Trust Company is charged with effectuating the transfer of $715,000 from the Bank Account to the Registry of the United States Bankruptcy Court for the Middle District of Tennessee in compliance with its applicable Administrative Orders and procedures.

4. The Clerk of this Court shall hold the $715,000.00 in an interest-bearing account under the designation of this adversary proceeding pending further order of this Court.

5. Unless the parties agree that such hearing is no longer necessary, and so notify the Court, the Court shall conduct a final hearing on this matter on February 5, 2020 at 1:00 p.m. in Courtroom 2, 701 Broadway, Nashville, TN 37203.

This Order was signed and entered electronically as indicated at the top of this page.

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.