# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

### TRANSCRIPT REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only),
and deliver to Clerk's office at: 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203
or file electronically through CM/ECF.

| | |
|---|---|
| **1. NAME OF PARTY REQUESTING TRANSCRIPT**<br><br>Brian Cummings | **2. DATE OF ORDER**<br>9/1/23 |
| **3. EMAIL ADDRESS**<br>liz@counterpointlaw.com | **4. PHONE NUMBER**<br>615-426-5566 |

**5. MAILING ADDRESS**

Counterpoint Legal, PLC
2689 Union Hill Road
Joelton, TN  37080

| **6. CASE NUMBER**<br>3:23-ap-90036 | **7. CASE NAME**<br>Cummings v. Keefer et al. | **8. JUDGE**<br>Walker |
|---|---|---|

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

**From** _8/30/23_ **to** _8/30/23_

**10. ORDER IS FOR**

☐APPEAL  ☐BANKRUPTCY  ☑ADVERSARY
☐OTHER:_____

**11. PORTIONS REQUESTED** (Indicate the portion of the hearing/trial requested)

☑Entire Hearing/Trial  ☐Court Ruling Only
☐Voir Dire  ☐Testimony of (Specify Name):
☐Opening Statement (Plaintiff)  _____
☐Opening Statement (Defendant)  _____
☐Closing Statement (Plaintiff)  _____
☐Closing Statement (Defendant)  ☐Other: _____

**12. REQUESTED TURNAROUND TIME**

☐Daily (24-Hour)  ☐7-Day Expedited
☐14-Day Expedited  ☑Standard (30-Day)

**13. NUMBER OF COPIES REQUESTED** (Transcript request includes 1 copy for the Court)    1

*By signing below, I certify that I will pay all charges for the preparation of the transcript, including search fee, deposit, and any additional charges as specified by the assigned transcriptionist.*

/s/ Elizabeth S. Tipping                                   9/1/23
_____    _____
Signature of Person Ordering                        Date

| FOR COURT USE ONLY | DATE | BY |
|---|---|---|
| ORDER RECEIVED BY INTAKE | | |
| SEARCH FEE PAID | | |
| FILE(S) UPLOADED | | |