# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

## TRANSCRIPT REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only),

and deliver to Clerk's office at: 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203

or file electronically through CM/ECF.

**1. NAME OF PARTY REQUESTING TRANSCRIPT**

Hagh Law, PLLC

**2. DATE OF ORDER**

January 22, 2020

**3. EMAIL ADDRESS**
john@spragenslaw.com

**4. PHONE NUMBER**
615-983-8900

**5. MAILING ADDRESS**

Spragens Law PLC, 311 22nd Ave. N., Nashville, TN 37203

Spragens Law PLC, 311 22nd Ave. N., Nashville, TN 37203

**6. CASE NUMBER**
3:20-ap-90002

**7. CASE NAME**
Burton v. Hagh Law, PLLC, et al.

**8. JUDGE**
Walker

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

**From** __1/15/2020_____ **to** _____

**10. ORDER IS FOR**

☐APPEAL  ☐BANKRUPTCY  ☑ADVERSARY

☐OTHER:_____

**11. PORTIONS REQUESTED** (Indicate the portion of the hearing/trial requested)

☑Entire Hearing/Trial  ☐Court Ruling Only

☐Voir Dire  ☐Testimony of (Specify Name):

☐Opening Statement (Plaintiff)  _____

☐Opening Statement (Defendant)  _____

☐Closing Statement (Plaintiff)  _____

☐Closing Statement (Defendant)  ☐Other: _____

**12. REQUESTED TURNAROUND TIME**

☐Daily (24-Hour)  ☑7-Day Expedited

☐14-Day Expedited  ☐Standard (30-Day)

**13. NUMBER OF COPIES REQUESTED** (Transcript request includes 1 copy for the Court)   1

*By signing below, I certify that I will pay all charges for the preparation of the transcript, including search fee, deposit, and any additional charges as specified by the assigned transcriptionist.*

s/ John Spragens

January 22, 2020

_____    _____

Signature of Person Ordering                    Date

| FOR COURT USE ONLY | DATE | BY |
|---|---|---|
| ORDER RECEIVED BY INTAKE | | |
| SEARCH FEE PAID | | |
| FILE(S) UPLOADED | | |

jjk 3/2019