Form B 250B (12/09)

United States Bankruptcy Court
Middle District of Tennessee

IN RE:                                              )
                                                    )
CUMMINGS MANOOKIAN, PLLC,                            )        CASE NO.  3:19-bk-07235
                                                    )        CHAPTER 7
            Debtor.                                 )        JUDGE WALKER
                                                    )
                                                    )
JEANNE ANN BURTON                                   )
                                                    )
            Plaintiff,                              )
                                                    )
v.                                                  )        ADV. NO. 320-90002
                                                    )
HAGH LAW PLLC                                        )
AFSOON HAGH                                          )
MANOOKIAN PLLC                                       )
FIRST-CITIZENS BANK AND TRUST COMPANY               )
                                                    )
            Defendants.                             )


## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

To the Defendant(s): YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> UNITED STATES BANKRUPTCY COURT
> MIDDLE DISTRICT OF TENNESSEE
> 701 BROADWAY, ROOM 170
> NASHVILLE, TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> PHILLIP G YOUNG
> Thompson Burton PLLC
> One Franklin Park
> 6100 Tower Circle, Suite 200
> FRANKLIN, TN 37067

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF TENNESSEE<br>701 BROADWAY, SECOND FLOOR<br>NASHVILLE, TN 37203 | COURTROOM TWO |
| | **DATE & TIME**<br>**3/10/2020**<br>**9:15 A.M.** |

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

1/15/2020                                          /s/      Teresa C. Azan
Issuance Date                                     Clerk of the Bankruptcy Court

                                          By:  /s/      Lauren Langston
                                                  Courtroom Deputy Clerk



## CERTIFICATE OF SERVICE

I, <u>Phillip G. Young, Jr.</u>                                      certify that service of this summons and a copy of the complaint was made <u>January 17, 2020</u>            by:

X  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Afsoon Hagh
    45 Music Square W.
    Nashville, TN 37203

□ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

□ Residence Service: By leaving the process with the following adult at:

□ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

□ Publication: The defendant was served as follows: [Describe briefly]

□ State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

□ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>January 25, 2020</u>                    Signature <u>/s/ Phillip G. Young, Jr.</u>

      Print Name:                    <u>Phillip G. Young, Jr.</u>

      Business Address:            <u>6100 Tower Circle, Suite 200; Franklin, TN 37067</u>