# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON | ) | |
| HAGH; MANOOKIAN, PLLC; and | ) | |
| FIRST-CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT FIRST-CITIZENS BANK & TRUST COMPANY

Plaintiff Jeanne Ann Burton, Trustee (the "Plaintiff"), hereby gives notice of the voluntary dismissal of FIRST-CITIZENS BANK & TRUST COMPANY ("First Citizens") without prejudice of its claims and causes of action in the above-captioned matter. This Notice of Voluntary Dismissal (without prejudice) is to First Citizens only, and should not be construed to dismiss any other defendants, with or without prejudice.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel:    615.465.6008
phillip@thompsonburton.com

Attorneys for the Plaintiff