Form certmail

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203
**Adversary Proceeding No.: <u>3:20–ap–90002</u>**
**Related Bankruptcy Proceeding No.: <u>3:19–bk–07235</u>**


In re: Debtor : CUMMINGS MANOOKIAN, PLLC


Plaintiff : Jeanne Ann Burton


   vs


Defendant : Hagh Law PLLC


**CERTIFICATE OF MAILING**


   I hereby certify a true copy of the Order was mailed postage prepaid to the party or parties listed below, on 1/31/20.

MANOOKIAN PLLC
CO BRIAN MANOOKIAN MANAGING MEMBER
45 MUSIC SQUARE W
NASHVILLE TN 37203


Dated: 1/31/20                                            TERESA C. AZAN
                                                         Clerk, U.S. Bankruptcy Court

                                                         BY: /s/ amd
                                                         Deputy Clerk