# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |
| | ) | Hearing Date: February 5, 2020 |
| | ) | at 1:00 p.m. |

## TRUSTEE JEANNE ANN BURTON'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 5, 2020 HEARING ON INJUNCTION

Comes now Movant, Jeanne Ann Burton, by and through undersigned counsel, and hereby gives notice of the witnesses she may call, and exhibits she may introduce, at the February 5, 2020 hearing on the injunction issued by the Court:

## WITNESS LIST

1.  <u>Jeanne Burton</u>.  If called to testify, Ms. Burton will testify regarding documents produced to her as trustee that evidence communications between the Debtor and the plaintiffs in the Williamson County Circuit Court case, *Fitzgerald v. Osborne.*

2.      The Trustee reserves the right to call the witnesses identified by any other party, any other witnesses needed to rebut evidence offered by any other party, and/or any other witnesses needed to address issues raised in any objection.

## EXHIBIT LIST

3.      All documents previously filed with the Court in this matter and the Cummings Manookian bankruptcy case.

4.      All documents attached as exhibits to the Plaintiff's Expedited Motion for Turnover of Funds (the "Motion") (Doc. 2).

5.      Correspondence between the Debtor and the plaintiffs in the Williamson County Circuit Court case, *Fitzgerald v. Osborne*, including the engagement letter and a letter from the Debtor to the plaintiffs on December 7, 2018 (both of which were referenced in the Motion and introduced into evidence at the January 15, 2020 hearing).

6.      All statements for any bank account held in the name of Afsoon Hagh, Hagh Law PLLC, and/or Cummings Manookian PLC.

7.      The Trustee reserves the right to introduce any exhibits identified by any objecting party, any exhibits needed to rebut evidence offered by any objecting party, and/or any other exhibits needed to address issues raised in any objection.

Case 3:20-ap-90002    Doc 29    Filed 02/03/20    Entered 02/03/20 11:46:16    Desc Main
Document    Page 2 of 3

DATED: February 3, 2020

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel:    (615) 465-6000
phillip@thompsonburton.com

Special Counsel for Chapter 7 Trustee

Case 3:20-ap-90002   Doc 29   Filed 02/03/20   Entered 02/03/20 11:46:16   Desc Main
Document      Page 3 of 3