Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/13/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

## ORDER ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS

This matter came before the Court for final hearing on February 5, 2020 (the "Hearing"), on *Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 2) (the "Motion"), the Objection filed by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 7) (the "Objection"), the Reply filed by Plaintiff (Doc. 10) (the "Reply), the Motion to Strike Reply filed by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 11) (the "Motion to Strike"), and the *Order on Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 15); and Ronn Steen appearing at the Hearing on behalf of the Plaintiff. Counsel for Plaintiff represented to the Court, that after conferring with

counsel for Defendants Hagh Law, PLLC and Afsoon Hagh, the Defendants are not currently contesting the disputed funds remaining on deposit with the Clerk of Court; and based upon the absence of any other party contesting the relief sought by Plaintiff,

**IT IS ORDERED that the Clerk of this Court shall continue to hold the $715,000.00 deposited with the Clerk by First-Citizens Bank in an interest-bearing account pending further order of this Court.**

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.