Burton,
    Plaintiff                                          Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: anm0611          Page 1 of 1          Date Rcvd: Feb 13, 2020
                        Form ID: pdftop         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
```
ust            +DAVID ALEXANDER DARCY,    ASKOUNIS & DARCY PC,    444 N MICHIGAN AVE,    STE 3270,
                CHICAGO, IL 60611-3906
ust            +MADALYN GREENWOOD,    OFFICE OF THE US TRUSTEE,    200 JEFFERSON AVE,    SUITE 400,
                MEMPHIS, TN 38103-2374
ust            +NATALIE MARIE COX,    US DEPARTMENT OF JUSTICE,    OFFICE OF THE UNITED STATES TRUSTEE,
                701 BROADWAY,    SUITE 318,    NASHVILLE, TN 37203-3966
ust            +U.S. Trustee,    Office of the U.S. Trustee,    One Memphis Place,
                200 Jefferson Avenue, Suite 400,    Memphis, TN 38103-2383
ust            +United States Trustee,    Historic U.S. Courthouse,    31 E. Eleventh Street,    Fourth Floor,
                Chattanooga, TN 37402-4205
dft            +Hagh Law PLLC,    c/o Afsoon Hagh, Managing Member,    45 Music Square W,
                Nashville, TN 37203-3205
dft            +Manookian PLLC,    c/o Brian Manookian, Managing Member,    45 Music Square W,
                Nashville, TN 37203-3205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: bknotices@clacorp.com Feb 14 2020 03:12:13      MARIE RENEE RICHO,
                TENNESSEE TITLE LOANS INC,    COMMUNITY LOANS OF AMERICA INC,    C/O BANKRUPTCY DEPARTMENT,
                8601 DUNWOODY PLACE STE 406,    ATLANTA, GA 30350-2550
ust             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Feb 14 2020 03:11:26      MONSITA LECAROZ ARRIBAS,
                OFFICE OF THE US TRUSTEE (UST),    OCHOA BUILDING,    500 TANCA STREET  SUITE 301,
                SAN JUAN, PR  00901
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 14 2020 03:11:25      Michael V. Maggio,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust             E-mail/Text: ustpregion08.na.ecf@usdoj.gov Feb 14 2020 03:11:41      US TRUSTEE,
                OFFICE OF THE UNITED STATES TRUSTEE,    701 BROADWAY STE 318,    NASHVILLE, TN  37203-3966
                                                                                  TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          CARRIE
ust          KALISIA SCHAEFFER,    REVENUE ASSSURANCE PROFESSIONALS,    1350 CONCOURSE AVE SUITE 600
ust          STEVEN EDWARD ANDERSON,    ANDERSON & REYNOLDS PLC
ust          testtrust
ust          worr robinson
                                                                        TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
```
          CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
           bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com,  bankr@bassberry.com
          JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM
          PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
                                                                                  TOTAL: 7
```

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/13/2020



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST-| ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | **Adv. Proc. No. 3:20-ap-90002** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER ON PLAINTIFF'S EXPEDITED MOTION FOR TURNOVER OF FUNDS

This matter came before the Court for final hearing on February 5, 2020 (the "Hearing"), on *Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 2) (the "Motion"), the Objection filed by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 7) (the "Objection"), the Reply filed by Plaintiff (Doc. 10) (the "Reply), the Motion to Strike Reply filed by Defendants Hagh Law, PLLC and Afsoon Hagh (Doc. 11) (the "Motion to Strike"), and the *Order on Plaintiff's Expedited Motion for Turnover of Funds* (Doc. 15); and Ronn Steen appearing at the Hearing on behalf of the Plaintiff. Counsel for Plaintiff represented to the Court, that after conferring with

counsel for Defendants Hagh Law, PLLC and Afsoon Hagh, the Defendants are not currently contesting the disputed funds remaining on deposit with the Clerk of Court; and based upon the absence of any other party contesting the relief sought by Plaintiff,

**IT IS ORDERED that the Clerk of this Court shall continue to hold the $715,000.00 deposited with the Clerk by First-Citizens Bank in an interest-bearing account pending further order of this Court.**

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.