**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

**MOTION FOR ENTRY OF DEFAULT AGAINST**
**DEFENDANTS HAGH LAW, PLLC, AFSOON HAGH AND MANOOKIAN, PLLC**

Jeanne Ann Burton, chapter 7 trustee herein (the "Plaintiff" or "Trustee"), hereby moves

this Court for entry of a default against Defendants Hagh Law, PLLC ("Hagh Law"), Afsoon

Hagh ("Hagh") and Manookian, PLLC ("Manookian") (Hagh Law, Hagh and Manookian,

collectively the "Defendants"). In support of this motion, the Plaintiff states as follows:[1]

1.	Summons were issued in this matter on January 15, 2020. On January 17, 2020,

service was made by summons in accordance with Federal Rule of Bankruptcy Procedure 7004

on the Defendants by serving each of the Defendants, by United States First Class Mail, as

follows:

---

[1] All capitalized terms not assigned a definition herein shall have the definition given them in the Complaint.

a. Hagh Law was served via its managing member, Afsoon Hagh, at its principal place of business listed with the Tennessee Secretary of State: Hagh Law, PLLC; ATTN: Afsoon Hagh, Managing Member; 45 Music Square W.; Nashville, TN 37203.

b. Afssoon Hagh was served at her usual place of business: Afsoon Hagh; 45 Music Square W.; Nashville, TN 37203.

c. Manookian was served via its managing member, Brian Manookian, at its principal place of business listed with the Tennessee Secretary of State: Manookian, PLLC; ATTN: Brian Manookian, Managing Member; 45 Music Square W.; Nashville, TN 37203.

2. Affidavits of service were filed on January 25, 2020.

3. No extension of time was sought by the Defendants.

4. As reflected in the Court's records as of the date of this Motion, none of the Defendants have filed an answer or other responsive pleading and the deadline to file an answer or other responsive pleading has passed pursuant to Fed. R. Bankr. P. 7012(a).

5. None of the Defendants is an incompetent or an infant.

6. None of the Defendants is serving in military service.

7. The Plaintiff further relies upon the Affidavit of Jeanne Ann Burton attached hereto.

Case 3:20-ap-90002   Doc 34   Filed 02/24/20   Entered 02/24/20 09:40:04   Desc Main
Document     Page 2 of 7

Dated:    February 24, 2020

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
Email: phillip@thompsonburton.com

Attorneys for Trustee

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system upon all parties having entered appearances therein, and via United States mail, postage prepaid, upon the following, this the 24th day of February, 2020:


Hagh Law, PLLC
c/o Afsoon Hagh, Managing Member
45 Music Square W.
Nashville, TN 37203

Afsoon Hagh
45 Music Square W.
Nashville, TN 37203

Manookian, PLLC
c/o Brian Manookian, Managing Member
45 Music Square W.
Nashville, TN 37203


<u>/s/ Phillip G. Young, Jr.</u>
Phillip G. Young, Jr.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST-CITIZENS BANK & TRUST COMPANY, | ) | |
| | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## AFFIDAVIT OF JEANNE ANN BURTON IN
## SUPPORT OF MOTION FOR ENTRY OF DEFAULT

| | |
|---|---|
| STATE OF TENNESSEE | ) |
| COUNTY OF DAVIDSON | ) |

Jeanne Ann Burton, being duly sworn, deposes and states:

1.    The Plaintiff is the duly appointed Trustee of the bankruptcy estate of Cummings Manookian, PLLC, (the "Debtor" or "CM") and is currently serving in that capacity.

2.    On November 6, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Tennessee, Nashville Division (the "Bankruptcy Court"), instituting bankruptcy case No. 3:19-bk-07235.

3. All factual statements contained in the Complaint are true and correct to the best of my knowledge.

4. Summons were issued in this matter on January 15, 2020. On January 17, 2020, service was made by summons in accordance with Federal Rule of Bankruptcy Procedure 7004 on the Defendants by serving each of the Defendants, by United States First Class Mail, as follows:

a. Hagh Law, PLLC was served via its managing member, Afsoon Hagh, at its principal place of business listed with the Tennessee Secretary of State: Hagh Law, PLLC; ATTN: Afsoon Hagh, Managing Member; 45 Music Square W.; Nashville, TN 37203.

b. Afssoon Hagh was served at her usual place of business: Afsoon Hagh; 45 Music Square W.; Nashville, TN 37203.

c. Manookian, PLLC was served via its managing member, Brian Manookian, at its principal place of business listed with the Tennessee Secretary of State: Manookian, PLLC; ATTN: Brian Manookian, Managing Member; 45 Music Square W.; Nashville, TN 37203.

5. Affidavits of service were filed on January 25, 2020.

6. No extension of time was sought by the Defendants.

7. As reflected in the Court's records as of the date of this Affidavit, none of the Defendants have filed an answer or other responsive pleading and the deadline to file an answer or other responsive pleading has passed pursuant to Fed. R. Bankr. P. 7012(a).

8. None of the Defendants is an incompetent or an infant.

9. None of the Defendants is serving in military service.

Case 3:20-ap-90002   Doc 34   Filed 02/24/20   Entered 02/24/20 09:40:04   Desc Main
Document    Page 6 of 7

Further affiant sayeth not.

/s/ Jeanne Ann Burton
Jeanne Ann Burton

Chapter 7 Trustee for Cummings Manookian, PLC

Case 3:20-ap-90002   Doc 34   Filed 02/24/20   Entered 02/24/20 09:40:04   Desc Main
Document     Page 7 of 7