IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST-CITIZENS BANK & TRUST COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

**ENTRY OF DEFAULT**

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law:

HAGH LAW, PLLC

AFSOON HAGH

MANOOKIAN, PLLC

Therefore, default is entered against the defendants as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Clerk of the Bankruptcy Court

_2/24/2020_____
Date

By:_____
Deputy Clerk