# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) **Case No. 3:19-bk-07235** |
| Debtor. | ) **Chapter 7** |
| | ) **Judge Walker** |
| **JEANNE ANN BURTON, TRUSTEE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) |
| **MANOOKIAN, PLLC; and FIRST-** | ) |
| **CITIZENS BANK & TRUST** | ) |
| **COMPANY,** | ) |
| Defendants. | ) |
| | ) **Adv. Proc. No. 3:20-ap-90002** |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), who respectfully moves to continue the pretrial conference to March 24, 2020 at 9:15 a.m.. Presently the pretrial conference is scheduled for March 10, 2020 at 9:15 a.m. As grounds for this Motion, the Trustee states that:

1. None of the Defendants have filed an answer to date. Upon request of the Trustee, the Clerk of the Court entered a default against all Defendants on February 24, 2020.

2. The Trustee has received communications from all Defendants (or counsel for the Defendants) indicating that they intend to file an answer to the Complaint on or before March 16, 2020.

3. The Trustee has agreed that, if answers are filed by March 16, 2020, she will withdraw the default and the parties will proceed with a pretrial conference on March 24, 2020.

4.	Given the above considerations, the Trustee respectfully requests that the pretrial conference presently scheduled for March 10, 2020 at 9:15 a.m. be continued to March 24, 2020 at 9:15 a.m..

Respectfully submitted,


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 2nd day of March


/s/ Phillip G. Young, Jr.