# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

## Adversary Proceeding No.: **3:20–ap–90002**
## Related Bankruptcy Proceeding No.: **3:19–bk–07235**

In re: Debtor : CUMMINGS MANOOKIAN, PLLC

Plaintiff : Jeanne Ann Burton

    vs

Defendant : Hagh Law PLLC

### CERTIFICATE OF MAILING

    I hereby certify a true copy of the Order was mailed postage prepaid to the party or parties listed below, on 3/4/20.

MANOOKIAN PLLC
C O BRIAN MANOOKIAN MANAGING MEMBER
45 MUSIC SQUARE W
NASHVILLE TN 37203

Dated: 3/4/20

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court

BY: /s/ pjm
Deputy Clerk