**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| **JEANNE ANN BURTON, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) | |
| **MANOOKIAN, PLLC; and FIRST-** | ) | |
| **CITIZENS BANK & TRUST** | ) | |
| **COMPANY,** | ) | |
| Defendants. | ) | |
| | ) | **Adv. Proc. No. 3:20-ap-90002** |

### NOTICE OF WITHDRAWAL OF ENTRY OF DEFAULT AGAINST
### DEFENDANTS HAGH LAW, PLLC, AFSOON HAGH AND MANOOKIAN, PLLC

Jeanne Ann Burton, chapter 7 trustee herein (the "Plaintiff" or "Trustee"), hereby gives

notice of her withdrawal of the entry of default entered against Defendants Hagh Law, PLLC,

Afsoon Hagh and Manookian, PLLC

Dated:    March 17, 2020

                              Respectfully submitted,

                              /s/ Phillip G. Young, Jr.
                              Phillip G. Young, Jr.
                              Thompson Burton PLLC
                              6100 Tower Circle, Suite 200
                              Franklin, TN 37067
                              Tel: (615) 465-6000
                              Email: phillip@thompsonburton.com

                              Attorneys for Trustee

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system upon all parties having entered appearances therein.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.