# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), who respectfully moves to continue the pretrial conference scheduled in this matter to April 21, 2020. Presently, the pretrial conference is scheduled for March 24, 2020 at 9:15 a.m. As grounds for this Motion, the Trustee states that:

1. Trustee's special counsel has conferred with counsel for Afsoon Hagh and Hagh Law, PLLC, Craig Gabbert, and with counsel for Manookian, PLLC, John Spragens. All counsel are in agreement that, with the uncertainty currently existing due to the COVID-19 pandemic, it would be difficult to set a meaningful trial schedule in this matter.

2. All counsel agree that a thirty (30) day continuance of the pretrial conference is in the best interest of all parties and best promotes judicial economy.

3.      Given the above considerations, the Trustee respectfully requests that the pretrial conference presently scheduled for March 24, 2020 at 9:15 a.m. be continued to April 21, 2020.

Respectfully submitted,


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 18th day of March, 2020.


/s/ Phillip G. Young, Jr.