Burton,
        Plaintiff                                                     Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0650-3           User: anm0611           Page 1 of 1              Date Rcvd: Mar 20, 2020
                               Form ID: pdf001         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
dft            +Afsoon Hagh,   45 Music Square W,   Nashville, TN 37203-3205
dft            +Hagh Law PLLC,    c/o Afsoon Hagh, Managing Member,   45 Music Square W,
                Nashville, TN 37203-3205
dft            +Manookian PLLC,   c/o Brian Manookian, Managing Member,    45 Music Square W,
                Nashville, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          GLENN BENTON ROSE   on behalf of Defendant Afsoon  Hagh grose@bassberry.com,  bankr@bassberry.com
          GLENN BENTON ROSE   on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
           bankr@bassberry.com
          JOHN TATE SPRAGENS   on behalf of Defendant   Manookian PLLC JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS   on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
          PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
                                                                              TOTAL: 8

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/19/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE

Upon the Motion to Continue Pretrial Conference filed by Jeanne Ann Burton, Trustee and Plaintiff ("Trustee"), and good cause having been shown,

IT IS HEREBY ORDERED that the pretrial conference scheduled in this matter for March 24, 2020 is hereby continued until April 21 , 2020 at 1:00 p .m. in Courtroom Two, Second Floor Customs House, 701 Broadway, Nashville, Tennessee.

> **THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

2

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.