**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **CUMMINGS MANOOKIAN, PLLC,** ) | **Case No. 3:19-bk-07235** |
| Debtor. ) | **Chapter 7** |
| ) | **Judge Walker** |
| **JEANNE ANN BURTON, TRUSTEE,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **HAGH LAW, PLLC; AFSOON HAGH;** ) | |
| **MANOOKIAN, PLLC; and FIRST-** ) | |
| **CITIZENS BANK & TRUST** ) | |
| **COMPANY,** ) | |
| Defendants. ) | |
| ) | **Adv. Proc. No. 3:20-ap-90002** |

## ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE

Upon the Motion to Continue Pretrial Conference filed by Jeanne Ann Burton, Trustee and

Plaintiff ("Trustee"), and good cause having been shown,

IT IS HEREBY ORDERED that the pretrial conference scheduled in this matter for May

19, 2020 is hereby continued until _____, 2020 at _____ __.m. in Courtroom

Two, Second Floor Customs House, 701 Broadway, Nashville, Tennessee.

<div style="border:1px solid black;">

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS**
**INDICATED AT THE TOP OF THE FIRST PAGE**

</div>

Submitted for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

2