**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:20–ap–90002</u>
### Adversary Case

Related Bankruptcy Proceeding No.: 3:19–bk–07235

Plaintiff : Jeanne Ann Burton

   vs

Defendant : Hagh Law PLLC

---

### CLERK'S REMARK

---

Clerk's Remark – The related document has the following defect(s): – The Notice located at Dkt. #44 is not an effective mechanism to extinguish the Default entered by the Clerk of Court. Such action can only be effectuated by motion practice.. (RE: related document(s)44 Notice of Withdrawal of Entry of Default Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)36).) (lel)

Dated: <u>8/20/20</u>                                                                                 <u>TERESA C. AZAN</u>
                                                                                                           Court Clerk