Burton,
    Plaintiff

Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: anm0611     Page 1 of 1     Date Rcvd: Aug 19, 2020
                Form ID: pdf001    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.
```
dft           +Afsoon Hagh,   45 Music Square W,   Nashville, TN 37203-3205
dft           +Hagh Law PLLC,   c/o Afsoon Hagh, Managing Member,   45 Music Square W,
               Nashville, TN 37203-3205
dft           +Manookian PLLC,   c/o Brian Manookian, Managing Member,   45 Music Square W,
               Nashville, TN 37203-3205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
pla           +E-mail/Text: jeanne.burton@comcast.net Aug 20 2020 02:12:41     Jeanne Ann Burton,
               95 White Bridge Road, Ste 512,   Nashville, TN 37205-1490
```
                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:
```
          CRAIG VERNON GABBERT, JR    on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
           bankr@bassberry.com
          JOHN TATE SPRAGENS    on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM,
           4950469420@filings.docketbird.com
          PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
```
                                      TOTAL: 4



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/19/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## ORDER CONTINUING PRETRIAL CONFERENCE

This matter came before the Court for a pretrial conference on August 18, 2020; and

appearances at the pretrial conference having been made by Phillip G. Young on behalf of the

Trustee, Craig Gabbert on behalf of Afsoon Hagh and Hagh Law, PLLC, and John Spragens on behalf of Manookian, PLLC; and based upon the statements of counsel at the pretrial conference;

IT IS HEREBY ORDERED that the pretrial conference in this matter is hereby continued until January 12 , 2021 at 10:15 a.m. in Courtroom Two, Second Floor Customs House, 701 Broadway, Nashville, Tennessee.

<div style="border:1px solid black; text-align:center">

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

</div>

Submitted for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.