# Exhibit 2

# CUMMINGS LAW

**Brian Cummings**
Licensed to practice in TN, GA, FL, CA & HI

brian@cummingsinjurylaw.com

www.cummingsinjurylaw.com

4235 Hillsboro Pike #300
Nashville, TN 37215

Phone: (615) 800-6822
Fax: (615) 815-1876

October 2, 2020

**Via Email**
Brett Keefer
Afsoon Hagh

**Re:     Shoemaker matter – Brian Cummings' withdrawal as counsel**

Dear Brett and Afsoon:

First, let me say that it has been a pleasure to represent Brett since April 2017 when Brian Manookian and I practiced law together at Cummings Manookian. With that said, I am writing to communicate that, effective today, I am withdrawing as co-counsel in this matter.

After conversations last week with Afsoon and then yesterday with Brett, I believe I am ethically required to withdraw as counsel. Based on your very recent comments, my relationships with each of you have become strained, and your comments indicate there is personal conflict in these relationships. The deterioration of these relationships is unfortunate, but it happens. Professionally, however, my belief is that the situation requires me to withdraw as counsel because those strains may prevent us going forward from working as well and effectively together for the client and for the case as is at all times required.

I heard from Afsoon last week that she believed I was acting "shady" and "only looking out for Brian Cummings." I heard from Brett yesterday that he would not sign an Attorney-Client Agreement with my current firm (I do appreciate Brett stating yesterday that he believed I was "covered" under a previous agreement and that he was told this), that he was told not to sign the Agreement, that he was concerned I was trying to increase the total contingency fee above the 33.33% fee rate previously agreed to (which would be deceitful, and despite me previously stating orally and underlining in the Agreement that no such increase would occur), and telling me he felt I have become frustrated with him. Based on these very recent comments, these relationships lack the amount of complete trust and the absence of conflict that is required in my co-counsel relationships and in my Attorney-Client relationships.

I wanted to send this in writing soon after my conversation with Brett yesterday. It will be next week before I will file notice with the Court regarding my withdrawal. Because this withdrawal is effective immediately, please understand that our communications going forward will not be covered by the Attorney-Client Privilege, but nonetheless, I ask that any such communication be in writing.

Enclosed is a list of our experts' email addresses. I am providing this so Afsoon can move forward with communicating with our experts regarding confirming and scheduling their depositions, and as follow up on the recent emails I copied her on about the scheduling of their

depositions. I am willing to let the experts know that I am no longer involved in this case and that Afsoon is their contact going forward, including for payment of their future invoices, but I understand if Afsoon wants to handle those communications herself. I simply ask that nothing disparaging be said about me to the experts, including because at least one of our experts in this case is also working with me on another matter.

Logistically, I will be glad to email Afsoon any part of the file that she does not currently have, as I have always been. With that said, I leave today on a family vacation and will be doing much less work than normal during that time, but I will respond to any such request in a reasonable amount of time.

Lastly, let me wish both of you the best in this case and in all things. What occurred at Vanderbilt was awful and easily preventable, and a terrific case exists for a great outcome for Brett after all that was taken from him and his brothers, and for which dollars are the only civil remedy.

Sincerely,

Brian Cummings

Enclosure

## Email addresses for Shoemaker experts

Dr. Jeffrey Springer — jrsfpdoc@gmail.com

Dr. Ruxana Sadikot — ruxana.sadikot@emory.edu

Dr. James Calland — james.forrest.calland@gmail.com

Dr. Don Reiff — dreiff@uabmc.edu

Dr. Leon Sykes — trasurg@aol.com

Dr. Jeffrey Jim — jjmdms@gmail.com

Dr. Alfred Pirro — alpirro1@gmail.com

Dr. Fred Callahan — stealthasc@earthlink.net

Dr. Gretchen Green — DrGreen@gretchengreenmd.com

Charles Baum, Ph.D. — cbaum@baumeconomics.com