# Exhibit 3

Copy

## IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

BRETTON KEEFER, as Surviving Adult Son )
and Next-of-Kin of his Deceased Mother, )
CHESTA SHOEMAKER, )
                         )
       **Plaintiff,**         )
                         )
**v.**                            )      **NO. 19C358**
                         )      **Jury Demand (12)**
VANDERBILT UNIVERSITY MEDICAL )
CENTER, )
                         )
      **Defendant.**       )

---

### BRIAN CUMMINGS' NOTICE OF ATTORNEY'S LIEN

---

Brian Cummings respectfully submits his Notice of Attorney's Lien. This Attorney's Lien relates to any settlement or recovery in this matter and includes, but is not limited to, the statutory right of recovery pursuant to Tenn. Code Ann. Section 23-2-102, and also includes the right to reimbursement for advanced, documented litigation expenses.

                **RESPECTFULLY SUBMITTED**

                **/s/Brian Cummings**
                **Brian Cummings, #19354**
                Cummings Law
                4235 Hillsboro Pike #300
                Nashville, TN 37215
                (615) 800-6822 (phone)
                (615) 815-1876 (fax)
                brian@cummingsinjurylaw.com
                *Attorney for the Plaintiff*

1



## CERTIFICATE OF SERVICE

I certify that on November 27, 2020 a copy of this document was served via the methods noted for each person(s):

**The Court's electronic filing system:**

Thomas A. Wiseman, III
Brad Dowd
Wiseman Ashworth Law Group, PLC
511 Union Street, Suite 800
Nashville, TN 37219-1743
(615) 254-1877 (phone)
(615) 254-1878 (fax)

*Attorneys for the Defendant*

Afsoon Hagh
Hagh Law
Music Square West
Nashville, TN 37203
(615) 266-3653 (phone)
(615) 266-3655 (fax)
afsoon@haghlaw.com

*Attorney for the Plaintiff*

**U.S. Mail – postage prepaid:**

Brett Keefer
5960 Pumpkintown Lane
Lafayette, TN 37083

**s/Brian Cummings**

2