# Exhibit 4



**Brian Cummings <brian@cummingsinjurylaw.com>**

## Fwd: Cummings
1 message

**Brian Manookian** <brian@tntriallawyers.com>
To: Brian Cummings <brian@cummingsinjurylaw.com>

Thu, Nov 4, 2021 at 1:41 PM

Case 3:20-ap-90002    Doc -4    Filed 02/09/26    Entered 02/09/26 15:33:00    Desc
Exhibit Exhibit 4 - Craig Gabbert Email - November 4    2021    Page 2 of 3

---------- Forwarded message ---------
From: **Gabbert, Craig V.** <CGabbert@bassberry.com>
Date: Thu, Nov 4, 2021, 1:21 PM
Subject: Cummings
To: Afsoon Hagh <afsoon@tntriallawyers.com>, Brian Manookian <brian@tntriallawyers.com>

Cummings needs to send an email confirming he is okay with the client being paid, the Edwards firm being paid and the balance of the money being sent to my trust account, to which his lien will attach.

BBS

**Craig Gabbert**
Counsel

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
615-742-6277 phone • 615-742-0465 fax
cgabbert@bassberry.com • www.bassberry.com

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**

Unless specifically indicated otherwise, this email, including any attachments, was not intended and cannot be used for the purpose of (A) avoiding U.S. tax-related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

Case 3:20-ap-90002  Doc -4  Filed 02/09/26  Entered 02/09/26 15:33:00  Desc
Exhibit Exhibit 4 - Craig Gabbert Email - November 4  2021  Page 3 of 3

2 of 2      12/12/2021, 9:15 AM