# Exhibit 5

**From:** "Bill Bystrynski" <bbystrynski@edwardskirby.com>
**To:** "Brian Cummings" <brian@cummingsinjurylaw.com>
**Subject:** RE: Shoemaker - Cummings' email re settlement funds
**Date:** Fri, 5 Nov 2021 20:45:50 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Dear Mr. Cummings:

The amount of your expenses in the Shoemaker case, $62,298.43, has been wired to your account.

I understand that Mr. Gabbert will be holding the attorney's fees in trust in compliance with your attorney's lien.

Bill Bystrynski


William B. Bystrynski

Edwards Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
**P** (919) 780-5400
**E** bbystrynski@edwardskirby.com
**www.edwardskirby.com**



---

**From:** Brian Cummings <brian@cummingsinjurylaw.com>
**Sent:** Thursday, November 4, 2021 2:48 PM
**To:** Bill Bystrynski <bbystrynski@edwardskirby.com>; cgabbert@bassberry.com; Afsoon Hagh <afsoon@haghlaw.com>
**Subject:** Shoemaker - Cummings' email re settlement funds

> You don't often get email from brian@cummingsinjurylaw.com. Learn why this is important

All - I am sending this email to communicate that I am okay with the client being paid his portion from the settlement funds, the Edwards firm being paid their portion from the settlements funds, and the balance of the settlement funds then being sent to Craig Gabbert's firm trust account, to which my attorney's lien will attach.

Brian

--
Brian Cummings
Cummings Law
4235 Hillsboro Pike #300
Nashville, TN 37215

T: 615-800-6822
F: 615-815-1876
www.cummingsinjurylaw.com