# Exhibit 6

Cummings Injury Law Mail - RE: 19C358, Keefer vs. VUMC

https://mail.google.com/mail/u/0/?ik=b6347b9c60&view=pt&search=all&permthid=thread-f...

 **Gmail**

**Brian Cummings <brian@cummingsinjurylaw.com>**

## RE: 19C358, Keefer vs. VUMC
1 message

**Gabbert, Craig V.** <CGabbert@bassberry.com>                                          Fri, Dec 3, 2021 at 8:18 AM
To: Phillip Young <phillip@thompsonburton.com>
Cc: Afsoon Hagh <afsoon@tntriallawyers.com>, Bill Bystrynski <bbystrynski@edwardskirby.com>, EDWARDS JOHNNY <jedwards@edwardskirby.com>,
"slefkovitz@lefkovitz.com" <slefkovitz@lefkovitz.com>, "brian@cummingsinjurylaw.com" <brian@cummingsinjurylaw.com>

Your client's claim/lien has attached to my escrow account by agreement, as has those of Brian Cummings and Phillip North's client. I am holding the fee there. The only thing I released were the funds necessary to pay/reimburse actual costs of travel, experts, etc. I don't understand why it is necessary to keep the case open.

BBS

**Craig Gabbert**
Counsel

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
615-742-6277 phone • 615-742-0465 fax
cgabbert@bassberry.com • www.bassberry.com

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**

Unless specifically indicated otherwise, this email, including any attachments, was not intended and cannot be used for the purpose of (A) avoiding U.S. tax-related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Phillip Young <phillip@thompsonburton.com>
**Sent:** Friday, December 3, 2021 7:56 AM

**To:** Guinn, Marla (STC) <marlaguinn@jisnashville.gov>
**Cc:** Afsoon Hagh (afsoon@haghlaw.com) <afsoon@haghlaw.com>; Thomas Wiseman <tom@wisemanashworth.com>; Brad Dowd <brad@wisemanashworth.com>; John Edwards <jedwards@edwardskirby.com>; Bill Bystrynski <bbystrynski@edwardskirby.com>; slefkovitz@lefkovitz.com; brian@cummingsinjurylaw.com; Jeanne Burton <jeanne.burton@comcast.net>; Gabbert, Craig V. <CGabbert@bassberry.com>
**Subject:** Re: 19C358, Keefer vs. VUMC

Ms. Guinn,

Much like Mr. Cummings, the bankruptcy trustee's attorney liens have not been resolved but we are attempting to resolve them with counsel in conjunction with the adversary proceeding pending in the Bankruptcy Court. We will notify the court if we believe a hearing before this court is required.

Thank you,

**Thompson Burton PLLC**

*Redefining the Art of Law.*

_____

**Phillip Young**

One Franklin Park

6100 Tower Circle, Suite 200

Franklin, TN 37067

Direct Dial: (615) 465-6008

phillip@thompsonburton.com

www.thompsonburton.com

Case 3:20-ap-90002    Doc -6    Filed 02/09/26    Entered 02/09/26 15:33:00    Desc
Exhibit Exhibit 6 - Craig Gabbert Email - December 3    2021    Page 3 of 5

2 of 4               12/12/2021, 9:09 AM

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

On Nov 29, 2021, at 1:54 PM, Guinn, Marla (STC) <marlaguinn@jisnashville.gov> wrote:

We are holding the Final Order of Voluntary Dismissal With Prejudice which was submitted on 11/11/2021.  Evidently when this Final Order was submitted to the Davidson County Circuit Court Clerk's Office, Attorney Brian Cummings was aware of the filing and contacted our office advising that he would be filing a Motion for a potential attorney lien on the settlement proceeds.   As of today, after checking CaseLink, we see that on October 29, 2021 a document entitled "Notice of Filing Notice of Attorney's Lien and Abstract of Suit" was filed in the Davidson County Circuit Court Clerk's Office by Attorney Phillip G. Young, Jr., Special Counsel for Jeanne Ann Burton, Bankruptcy Trustee for the bankruptcy filed by the debtor Cummings Manookian, PLLC in the United States Bankruptcy Court for the Middle District of Tennessee, case no. 3:19-bk-07235.

No proposed Order has been entered for this Court's review and/or signature on this attorney lien issue.

The Court would appreciate hearing from counsel as to whether or not this attorney lien issue has been resolved or whether or not a hearing is required.

*MARLA R. GUINN*

*JUDICIAL ASSISTANT TO JUDGE JOE P. BINKLEY, JR.*

*FIFTH CIRCUIT COURT*

*1 PUBLIC SQUARE, 509 METRO COURTHOUSE*

*NASHVILLE, TN  37201*

*615/862-5915*

Case 3:20-ap-90002    Doc -6    Filed 02/09/26    Entered 02/09/26 15:33:00    Desc
Exhibit Exhibit 6 - Craig Gabbert Email - December 3    2021    Page 4 of 5

Cummings Injury Law Mail - RE: 19C358, Keefer vs. VUMC

https://mail.google.com/mail/u/0/?ik=b6347b9c60&view=pt&search=all&permthid=thread-f...

marlaguinn@jisnashville.gov