Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.  3:20–ap–90002
Related Bankruptcy Proceeding No.  3:19–bk–07235

Judge  Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

   vs

Defendant/Respondent : Hagh Law PLLC

PLEASE TAKE NOTICE that a hearing will be held Telephonically.:

The call–in number is 1–888–363–4749, Access Code 7250422# on 4/7/21 at 11:00 AM

to consider and act upon the following:

Motion for Stay of All Discovery. – RESPONSE DUE BY 3/28/2021

Dated: 3/5/21

                /s/ TERESA C. AZAN
                Clerk, U.S. Bankruptcy Court