United States Bankruptcy Court

Middle District of Tennessee

Burton,

    Plaintiff

Hagh Law PLLC,

    Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: leq0323 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: hrgnot2 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | CRAIG VERNON GABBERT, JR, BASS, BERRY & SIMS PLC, 150 THIRD AVENUE SOUTH, SUITE 2800, NASHVILLE, TN 37201-2017 |
| aty | + | GLENN BENTON ROSE, BASS, BERRY & SIMS PLC, 150 THIRD AVENUE SOUTH, SUITE 2800, NASHVILLE, TN 37201-2017 |
| aty | + | JOHN TATE SPRAGENS, SPRAGENS LAW PLC, 311 22ND AVE N, NASHVILLE, TN 37203-1843 |
| aty | + | PHILLIP G YOUNG, Thompson Burton PLLC, One Franklin Park, 6100 Tower Circle, Suite 200, FRANKLIN, TN 37067-1465 |
| ust | + | DAVID ALEXANDER DARCY, ASKOUNIS & DARCY PC, 444 N MICHIGAN AVE, STE 3270, CHICAGO, IL 60611-3906 |
| ust | + | MADALYN GREENWOOD, OFFICE OF THE US TRUSTEE, 200 JEFFERSON AVE, SUITE 400, MEMPHIS, TN 38103-2374 |
| ust | + | MARIE RENEE RICHO, TENNESSEE TITLE LOANS INC, COMMUNITY LOANS OF AMERICA INC, C/O BANKRUPTCY DEPARTMENT, 8601 DUNWOODY PLACE STE 406 ATLANTA, GA 30350-2550 |
| ust | + | NATALIE MARIE COX, US DEPARTMENT OF JUSTICE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY, SUITE 318 NASHVILLE, TN 37203-3966 |
| ust | + | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| ust | + | United States Trustee, Historic U.S. Courthouse, 31 E. Eleventh Street, Fourth Floor, Chattanooga, TN 37402-4205 |
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Mar 06 2021 02:00:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | + Email/Text: ustpregion09.gr.ecf@usdoj.gov | Mar 06 2021 02:00:00 | Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Mar 06 2021 02:00:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + Email/Text: jeanne.burton@comcast.net | Mar 06 2021 02:00:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | CARRIE |
| ust | | KALISIA SCHAEFFER, REVENUE ASSSURANCE PROFESSIONALS, 1350 CONCOURSE AVE SUITE 600 |
| ust | | STEVEN EDWARD ANDERSON, ANDERSON & REYNOLDS PLC |
| ust | | testtrust |

ust         worr robinson

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CRAIG VERNON GABBERT, JR | |
| | on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com  bankr@bassberry.com;delores.walker@bassberry.com |
| GLENN BENTON ROSE | |
| | on behalf of Defendant Hagh Law PLLC grose@bassberry.com  bankr@bassberry.com |
| JOHN TATE SPRAGENS | |
| | on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM  4950469420@filings.docketbird.com |
| PHILLIP G YOUNG | |
| | on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com |

TOTAL: 4

Form hrgnot2

**UNITED STATES BANKRUPTCY COURT**

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:20−ap−90002
Related Bankruptcy Proceeding No. 3:19−bk−07235

Judge Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

vs

Defendant/Respondent : Hagh Law PLLC

PLEASE TAKE NOTICE that a hearing will be held Telephonically.:

The call−in number is 1−888−363−4749, Access Code 7250422# on 4/7/21 at 11:00 AM

to consider and act upon the following:

Motion for Stay of All Discovery. − RESPONSE DUE BY 3/28/2021

Dated: 3/5/21                                          /s/ TERESA C. AZAN
                                                       Clerk, U.S. Bankruptcy Court