# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90002 |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | |

## ORDER GRANTING MOTION TO STAY DISCOVERY
## AND CONTINUING PRETRIAL CONFERENCE

This matter came before the Court for a hearing on the Plaintiff's Motion to Stay All Discovery (Doc. 68) (the "Motion to Stay") on April 7, 2021; and appearances at the pretrial conference having been made by Phillip G. Young on behalf of the Jeanne Ann Burton, Chapter 7 Trustee and Plaintiff in this matter, Craig Gabbert on behalf of Afsoon Hagh and Hagh Law, PLLC, and John Spragens on behalf of Manookian, PLLC; and based upon the Motion to Stay, the

objection thereto filed by the Defendants, and arguments made by counsel at the hearing on April 7, 2021;

**IT IS HEREBY FOUND:**

A. Pursuant to Federal Bankruptcy Rule 7052, the Court hereby incorporates and adopts the findings and conclusions stated orally at the hearing on April 7, 2021.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Motion to Stay is granted, in part, as described herein.

2. All discovery in this matter shall be stayed through May 26, 2021.

3. The Court shall consider whether to further stay all discovery in this matter at a hearing to be held on May 26, 2021, at 11:00 a.m. via AT&T Conference Line, Call-In Number 1-888-363-4749, Access Code 7250422#.

4. The pretrial conference currently set in this matter for April 16, 2021, is hereby continued to and rescheduled for May 26, 2021, at 11:00 a.m. via AT&T Conference Line, Call-In Number 1-888-363-4749, Access Code 7250422#.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

<u>/s/ Phillip G. Young, Jr.</u>
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee