**Form prosenot**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:20–ap–90002**
### Adversary Case

Related Bankruptcy Proceeding No.:  3:19–bk–07235

Plaintiff : Jeanne Ann Burton

   vs

Defendant : Hagh Law PLLC

## PRO SE PARTY NOTICE OF FILING

Pretrial Conference Set – (Order Scheduling Hearing) Pretrial Conference is scheduled for 5/26/2021 at 11:00 AM Telephonically. The call–in number is 1–888–363–4749; Access Code is 7250422# for Judge Walker. Case judge is Charles M Walker. (RE: related document(s)73 Order Scheduling Hearing) (anm)

Dated: 4/8/21