# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **Case No. 3:19-bk-07235**<br>**Chapter 7**<br>**Judge Walker** |
| **CUMMINGS MANOOKIAN, PLLC** | |
| Debtor. | **Adv. Proc. No. 3:23-ap-90036** |
| **BRIAN CUMMINGS,** | |
| Plaintiff, | |
| v. | |
| **BRETTON KEEFER, JEANNE BURTON,**<br>**and AFSOON HAGH** | |
| Defendants. | |

## DECLARATION OF JOHN SPRAGENS IN SUPPORT OF DEFENDANT AFSOON HAGH'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, John Spragens, declare:

1.    I am an attorney licensed to practice law in the State of Tennessee and am admitted to practice before this Court. I am counsel of record for Defendant Afsoon Hagh in this adversary proceeding.

2.    I submit this Declaration to authenticate and introduce into the record true and correct copies of public records obtained from the Tennessee Secretary of State regarding the corporate status of Hagh Law PLLC.

Case 3:20-ap-90002   Doc -1   Filed 02/20/26   Entered 02/20/26 22:21:43   Desc
Affidavit Declaration of John Spragens with Exhibits   Page 1 of 9

3.     Attached hereto as **Exhibit A** is a true and correct copy of the Certificate of Existence for Hagh Law PLLC, issued by the Tennessee Secretary of State on February 19, 2026.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the Certified Copy of Acknowledgment for Hagh Law PLLC, issued by the Tennessee Secretary of State on February 19, 2026.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the Filing Acknowledgment and Application for Reinstatement Following Administrative Dissolution for Hagh Law PLLC, filed with the Tennessee Secretary of State on February 19, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2026, in Nashville, Tennessee.

JOHN SPRAGENS

Case 3:20-ap-90002    Doc -1    Filed 02/20/26    Entered 02/20/26 22:21:43    Desc
Affidavit Declaration of John Spragens with Exhibits    Page 2 of 9



**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

**Tre Hargett**
Secretary of State

AFSOON HAGH                                                                                     02/19/2026
226 PELHAM DRIVE
BRENTWOOD, TN 37027, USA

**Request Type: Certificate of Existence/Authorization**                Issuance Date: 02/19/2026

Request #: C2026017317

**Document Receipt**

| | | |
|---|---|---|
| Order Number: C2026017317 | Verification #: 2B731E38 | |
| Receipt #: 2026-182023 | Filing Fee: | $20.00 |
| Payment: Credit Card - 3915889499 | | $20.00 |

| | | | |
|---|---|---|---|
| Entity Name: | HAGH LAW PLLC | | |
| SOS Control #: | 001019109 | Initial Filing Date: | 03/25/2019 |
| Entity Type: | Limited Liability Company (LLC) | Formation Locale: | TENNESSEE |
| Status: | Active | Duration Term: | Perpetual |
| Fiscal Year Close: | December | Annual Report Due: | 04/01/2027 |
| Business County: | DAVIDSON | Additional Designation: | Professional Limited Liability Company |
| Managed By: | Director Managed | | |
| Obligated Member Entity: | No | | |

## CERTIFICATE OF EXISTENCE

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that effective as of the issuance date noted above

## HAGH LAW PLLC

* is a Limited Liability Company duly formed under the law of this State with a date of incorporation and duration as given above;
* has paid all fees, interest, taxes and penalties owed to this State (as reflected in the records of the Secretary of State and the Department of Revenue) which affect the existence/authorization of the business;
* has filed the most recent annual report required with this office;
* has appointed a registered agent and registered office in this State;
* has not filed Articles of Dissolution or Articles of Termination. A decree of judicial dissolution has not been filed.

Tre Hargett
Secretary of State

**Verification #: 2B731E38**

**EXHIBIT B**



**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

**Tre Hargett**
Secretary of State

AFSOON HAGH
226 PELHAM DRIVE
BRENTWOOD, TN 37027, USA

| | | | |
|---|---|---|---|
| **Request Type:** | **Certified Copies** | Issuance Date: | 02/19/2026 |
| Order #: | C2026017317 | Copies Requested: | 1 |

## Document Receipt

| | | |
|---|---|---|
| Receipt #: 2026-182023 | Filing Fee: | $20.00 |
| Payment: Credit Card - 3915889499 | | $20.00 |

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that **HAGH LAW PLLC**, Control # 001019109 was formed or qualified to do business in the State of Tennessee on 03/25/2019. HAGH LAW PLLC has a home jurisdiction of TENNESSEE and is currently in Active status. The attached documents are true and correct copies and were filed in this office on the date(s) indicated below.

Tre Hargett
Secretary of State

| Tracking # | Date Filed | Filing Description |
|---|---|---|

Page 1 of 1

**EXHIBIT C**



**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

**Tre Hargett**
Secretary of State

AFSOON HAGH                                                                                    02/19/2026
226 PELHAM DRIVE
BRENTWOOD, TN 37027, USA

# Filing Acknowledgment

Please review the filing information below and notify our office immediately of any discrepencies.

| | | | |
|---|---|---|---|
| Entity Name: | HAGH LAW PLLC | | |
| SOS Control #: | 001019109 | Initial Filing Date: | 03/25/2019 |
| Entity Type: | Limited Liability Company (LLC) | Formation Locale: | TENNESSEE |
| Status: | Active | Duration Term: | Perpetual |
| Fiscal Year Close: | December | Annual Report Due: | 04/01/2027 |
| Business County: | DAVIDSON | Additional Designation: | Professional Limited Liability Company |
| Managed By: | Director Managed | | |
| Obligated Member Entity: | No | | |

### Document Receipt

| | | | |
|---|---|---|---|
| Receipt #: 2026-164844 | | Filing Fee: | $1,270.00 |
| Payment: Credit Card - 3915889189 | | | $1,270.00 |

| | | | |
|---|---|---|---|
| Amendment Type: | Reinstatement with Annual Report | | |
| Filing Date: | 02/19/2026 02:05 PM | Tracking Number: | B2026128423 |

It has been determined that the attached application for reinstatement contains the information required by statue; therefore, the above entity is hereby reinstated. When corresponding with this office or submitting additional documents for filing, please refer to the control number given above.

Tre Hargett
Secretary of State

### Event History

Registration Status changed from: Inactive - Dissolved (Administrative) to: Active
Annual Report Status changed from: Delinquent to: Good
Annual Reports Filed For the Following Years: 2022, 2023, 2024, 2025
Officers Changed
Annual Report Due Date changed from: 4/1/2023 to: 4/1/2027
Inactive Date changed from: 08/11/2021 to: No Value

# Application for Reinstatement Following Administrative Dissolution/Revocation



**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

Control #: 001019109
Filed: 02/19/2026  02:05 PM
Tre Hargett
Secretary of State

**Tre Hargett**
Secretary of State

## Name Information

**Entity Name:** HAGH LAW PLLC

**Entity Type:** Limited Liability Company

**Place of Formation:** TENNESSEE

**Inactive Date:** 08/11/2021

**Managed By:** Director Managed

**Control Number:** 001019109

**Managed By:** Director Managed

**Do you need to change the Business Name?**
☐ Yes  ☑ No

## Reinstatement Information

**The ground(s) for the administrative dissolution/revocation:**
☑ Has/Have been eliminated.
☐ Did not exist.

Do you have additional uploads you would like to attach to this filing?
☐ Yes  ☑ No

## Signature

☑ By entering my name in the space provided below, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day.

☑ Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this application for reinstatement is submitted to the Tennessee Secretary of State.

**Signed Electronically:** AFSOON  HAGH
**Title:** MEMBER

**Date:** 02/16/2026



**Tre Hargett**
Secretary of State

# Annual Report

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

Control #: 001019109
Filed: 02/19/2026  02:05 PM
Tre Hargett
Secretary of State

---

## Entity Information

**Business Name:**  HAGH LAW PLLC

**Entity Type:** Limited Liability Company

**Place of Formation:** TENNESSEE

**Control Number:** 001019109

**Managed Type:** Director Managed

**Annual Reports are due for the following years**:
2022, 2023, 2024, 2025

**Principal Office Address:**
226 PELHAM DR
USA, BRENTWOOD, TN 37027-4237

**Mailing Address:**
226 PELHAM DR
USA, BRENTWOOD, TN 37027-4237

---

## Member Information

**Please provide the number of members for each missed annual report:**
2022 - 1
2023 - 1
2024 - 1
**Do you need to change the current number of members?**
☐ Yes   ☑ No

**Number of Members:**  1

---

## Officer Information

AFSOON HAGH
226 PELHAM DRIVE
BRENTWOOD,  TN  37027, USA
*Director*

---

## Registered Agent Information

AFSOON HAGH
226 PELHAM DR
BRENTWOOD, TN 37027

---

Case 3:20-ap-90002   Doc -1   Filed 02/20/26   Entered 02/20/26 22:21:43   Desc
Affidavit Declaration of John Spragens with Exhibits   Page 7 of 9

## Signature

☑ By entering my name in the space provided below, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day.

☑ Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this application for reinstatement is submitted to the Tennessee Secretary of State.

**Signed Electronically:** AFSOON  HAGH                                    **Date:** 02/16/2026
**Title:** MEMBER

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

**Tre Hargett**
Secretary of State

**Date:** 02/16/2026                                                                                    **Invoice:** 2026-164844

**Customer Information**

AFSOON HAGH

HAGH LAW PLLC

226 PELHAM DRIVE
BRENTWOOD, TN 37027, USA

| Tracking # | Description | Amount Paid |
|---|---|---|
| B2026128423 | Reinstatement for HAGH LAW PLLC (LLC Filings) | $ 1,270.00 |

| **Payment Details** | | |
|---|---|---|
| | Fee Total: | $ 1,270.00 |
| | Payment Total: | $ 1,270.00 |
| | Amount Due: | $ 0.00 |

**Payment Method**

    Payment Type: Credit Card

    Check/Confirmation Number: 3915889189

Case 3:20-ap-90002   Doc -1   Filed 02/20/26   Entered 02/20/26 22:21:43   Desc
Affidavit Declaration of John Spragens with Exhibits   Page 9 of 9