| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| BRIAN CUMMINGS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:23-ap-90036 |
| | ) | |
| BRETTON KEEFER; JEANNE | ) | |
| BURTON, TRUSTEE; and AFSOON | ) | |
| HAGH, | ) | |
|     Defendants. | ) | |

## BRIAN CUMMINGS' WITNESS LIST FOR TRIAL

Comes now Plaintiff Brian Cummings, by and through undersigned counsel, and hereby gives notice of the witnesses he may call at the March 23, 2026 trial in this matter:

1. Brian Cummings, c/o Elizabeth S. Tipping, Womble Bond Dickinson (US) LLP, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203. If called to testify, Mr. Cummings will testify regarding his communications with Bretton Keefer, Mr. Cummings' representation of Mr. Keefer in the matter of *Keefer v. Vanderbilt University Medical Center*, Mr. Cummings' relationship with Afsoon Hagh and Brian Manookian, the formation and operation of Cummings Manookian PLC, Mr. Cummings' withdrawal as a member of Cummings Manookian PLC, Mr. Cummings' communications with Ms. Hagh, Mr. Cummings' communications with Mr. Manookian, Ms. Hagh's involvement in the matter of *Keefer v. Vanderbilt University Medical Center* during Mr. Cummings' representation, Mr. Manookian's involvement in the matter of *Keefer v. Vanderbilt University Medical Center* during Mr. Cummings' representation, the work

performed in the matter of *Keefer v. Vanderbilt University Medical Center*, Mr. Cummings' claim to a fee in the matter of *Keefer v. Vanderbilt University Medical Center*, the opinions set forth in Mr. Cummings' expert report, the facts and circumstances relevant to the factors to be considered in determining the reasonableness of attorney's fees, and the reputations of the attorneys involved in the matter of *Keefer v. Vanderbilt University Medical Center*.

2. David Randolph Smith, DRS Law, 1913 21st Avenue South, Nashville, TN 37212. If called to testify, Mr. Smith will testify regarding the opinions set forth in Mr. Smith's expert report, the facts and circumstances relevant to the factors to be considered in determining the reasonableness of attorney's fees, and the reputations of the attorneys involved in the matter of *Keefer v. Vanderbilt University Medical Center*.

3. Afsoon Hagh, c/o John Spragens, Spragens Law PLC, 915 Rep. John Lewis Way South, Suite 100, Nashville, TN 37203. If called to testify, Ms. Hagh will testify regarding Mr. Cummings' representation of Mr. Keefer in the matter of *Keefer v. Vanderbilt University Medical Center*, Ms. Hagh's involvement in the matter of *Keefer v. Vanderbilt University Medical Center*, Ms. Hagh's communications with Mr. Keefer, and Ms. Hagh's communications with Mr. Cummings.

4. Bretton Keefer, c/o John Spragens, Spragens Law PLC, 915 Rep. John Lewis Way South, Suite 100, Nashville, TN 37203. If called to testify, Mr. Keefer will testify regarding his communications with Brian Cummings, Mr. Cummings' representation of Mr. Keefer in the matter of *Keefer v. Vanderbilt University Medical Center*, Ms. Hagh's representation of Mr. Keefer in the matter of *Keefer v. Vanderbilt University Medical Center*, Mr. Manookian's representation of Mr. Keefer in the matter of *Keefer v. Vanderbilt University Medical Center*, and the resolution of *Keefer v. Vanderbilt University Medical Center*.

WBD (US) 4922-1847-7459

5.      Brian Manookian, 2016 Sunset Hills Terrace, Nashville, TN 37215. If called to testify, Mr. Manookian will testify regarding Brian Cummings' representation of Mr. Keefer in the matter of *Keefer v. Vanderbilt University Medical Center*, Ms. Hagh's involvement in the matter of *Keefer v. Vanderbilt University Medical Center*, Mr. Manookian's involvement in the matter of *Keefer v. Vanderbilt University Medical Center*, Mr. Manookian's communications with Mr. Keefer, and Mr. Manookian's communications with Mr. Cummings.

6.      Brian Cummings reserves the right to call the witnesses identified by any other party, any other witnesses needed to rebut evidence offered by any other party, and any other witnesses needed to address issues raised in any objection.

Respectfully Submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By:     /s/ Elizabeth S. Tipping
        Elizabeth S. Tipping, No. 023066
        1222 Demonbreun Street, Suite 1201
        Nashville, TN 37203
        (629) 250-3388
        Liz.Tipping@wbd-us.com
        *Counsel for Plaintiff Brian Cummings*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed and served via the Court's ECF system this, the 4th day of March, 2026.

/s/ Elizabeth S. Tipping
Elizabeth S. Tipping

WBD (US) 4922-1847-7459