# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

---

## EMERGENCY MOTION TO CONTINUE PRETRIAL CONFERENCE

---

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), who respectfully moves to continue the pretrial conference scheduled in this matter to August 11, 2021. Presently, the pretrial conference is scheduled for July 21, 2021 at 11:00 a.m. As grounds for this Motion, the Trustee states that Craig Gabbert, counsel for Afsoon Hagh and Hagh Law, PLLC, notified undersigned counsel this afternoon that the funeral for a close friend was scheduled at the same time as this pretrial conference. Mr. Gabbert asked if undersigned counsel and John Spragens, counsel for Manookian, PLLC, would consent to a continuance of the pretrial conference. Both other counsel agreed, and the parties agreed to continue this matter to the Court's August 11, 2021 docket, pending approval by this Court. Undersigned counsel agreed to draft this Motion and the accompanying agreed order.

Given the above considerations, the Trustee respectfully requests that the pretrial conference presently scheduled for July 21, 2021 at 11:00 a.m. be continued to August 11, 2021.

Respectfully submitted,


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 20th day of July, 2021.


/s/ Phillip G. Young, Jr.