# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

---

## MOTION TO CONTINUE PRETRIAL CONFERENCE

---

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), who respectfully moves to continue the pretrial conference scheduled in this matter to September 17, 2021. Presently, the pretrial conference is scheduled for August 11, 2021 at 11:00 a.m. As grounds for this Motion, the Trustee states that John Spragens, counsel for Manookian PLLC, notified undersigned counsel that he would not be in town on August 11, 2021, and asked that the pretrial conference be continued. Subsequently, Mr. Spragens informed undersigned counsel that he would also be out of town on August 18, 2021, and had a deposition scheduled on September 8, 2021. Therefore, September 17, 2021 was the first docket date on which Mr. Spragens was available. He asked that the Trustee and Craig Gabbert, counsel for Afsoon Hagh and Hagh Law, PLLC, consent to continuing this pretrial conference to that date. Both counsel agreed, and the parties have agreed to continue this matter to the Court's September 17, 2021 docket, pending

approval by this Court. Undersigned counsel agreed to draft this Motion and the accompanying agreed order as a matter of convenience.

Given the above considerations, the Trustee respectfully requests that the pretrial conference presently scheduled for August 11, 2021 at 11:00 a.m. be continued to September 17, 2021.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 2nd day of August, 2021.

/s/ Phillip G. Young, Jr.