# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## MOTION TO SCHEDULE PRETRIAL CONFERENCE
## OR TO ENTER PRETRIAL ORDER

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), who respectfully moves to schedule a pretrial conference in this matter on or after October 20, 2021 or, in the alternative, to enter a pretrial order. As grounds for this Motion, the Trustee states that:

1. This Court held a hearing in this matter on September 29, 2021. At the conclusion of the hearing, the Trustee suggested to the Court certain pretrial dates for discovery and dispositive motions. The Court instructed the parties to discuss those proposed dates and either submit an agreed pretrial order or file a motion to schedule a pretrial conference if the parties could reach no agreement. Unfortunately, the parties have been unable to reach an agreement on pretrial dates and deadlines.

2. The Trustee first circulated a pretrial order in the form and substance as the one attached hereto as Exhibit A, which incorporated the dates mentioned by the Trustee at the

September 29 hearing.  In response, counsel for Hagh Law, PLLC and Afsoon Hagh (collectively, "Hagh") asked the Trustee to extend all of the proposed dates by approximately sixty (60) days. Counsel for Manookian, PLLC ("Manookian") concurred with the requested date extensions.

3.  The Trustee agreed to amend the proposed dates as requested by Hagh and Manookian and circulated a proposed order attached hereto as Exhibit B.  In response to this proposed order, counsel for Manookian indicated that he wanted the dates for responses to dispositive motions to be two weeks from the filing of dispositive motions, as opposed to a date certain set for responses.  Counsel for Manookian explained that his client anticipates filing a motion for summary judgment prior to the deadline for such a filing and wants responses due immediately thereafter.  Counsel for Hagh concurred with Manookian's requested change.

4.  The Trustee would not agree to this requested change for three reasons.  First, based on the experience of the Trustee and her counsel, this Court seems to set dates certain for filing and responding to dispositive motions in its pretrial orders, and the Trustee wants to submit an acceptable order.  Second, neither the Trustee nor her counsel have known this Court to consider a dispositive motion before the close of discovery.  Finally, but relatedly, the Trustee believes that Manookian and/or Hagh intend to file a motion for summary judgment, before properly responding to the Trustee's outstanding written discovery or appearing for a deposition, in their continued attempt to conceal relevant facts from the Trustee and the Court.

5.  Given the above considerations, the Trustee respectfully requests that the Court schedule a pretrial conference on or after October 20, 2021 to discuss these matters or, alternatively, to enter its own pretrial order that addresses these issues.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 14th day of October, 2021.

/s/ Phillip G. Young, Jr.