**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| **JEANNE ANN BURTON, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) | |
| **MANOOKIAN, PLLC; and FIRST-** | ) | |
| **CITIZENS BANK & TRUST** | ) | |
| **COMPANY,** | ) | |
| Defendants. | ) | |
| | ) | **Adv. Proc. No. 3:20-ap-90002** |

**AGREED PRETRIAL ORDER**

This matter came before the Court on September 29, 2021 for a Pretrial Conference.

Appearances were made at the Pretrial Conference by Phillip Young on behalf of the Trustee,

Craig Gabbert on behalf of Afsoon Hahg and Hagh Law, PLLC, and John Spragens on behalf of

Manookian, PLLC. The parties being in agreement, as indicated by the signatures of counsel

below, on certain pretrial deadlines, and good cause having been shown, it is hereby **ORDERED**

that :

1.      Written discovery shall be completed by November 30, 2021.

2.      Depositions may commence on December 1, 2021 and shall be completed by March 31, 2022.

3.      All dispositive motions shall be filed no later than April 22, 2022.

4.      All responses to the dispositive motions are to be filed no later than May 6, 2022.

5.      All replies are to be filed no later than May 13, 2022.

6.      Oral argument on dispositive motions will be set at the Court's discretion and set by separate order.

7.      A Pretrial Conference is set for _____, at ____:_____ ___.m., via Zoom video. Judge Walker's Zoom link is https://www.zoomgov.com/j/16086357633 and Meeting ID is 160 8635 7633. Please visit the Court's website at www.tnmb.uscourts.gov for further information regarding Judge Walker's Procedures Regarding Attorney Participation prior to the hearing date.

**IT IS SO ORDERED.**

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

2

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

/s/
Craig V. Gabbert, Jr.
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel: (615) 742-6277
cgabbert@bassberry.com

Counsel to Afsoon Hagh and Hagh Law, PLLC

/s/
John T. Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
Tel: (615) 983-8900
john@spragenslaw.como

Counsel to Manookian PLLC

3