Charles M. Walker
U.S. Bankruptcy Judge
Dated: 10/18/2021



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |
| ) | |
| JEANNE ANN BURTON, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No.: 3:20-ap-90002 |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST – ) | |
| CITIZENS BANK & TRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO SET HEARING ON PRETRIAL CONFERENCE

This matter comes before the Court on the Plaintiff's Motion to Schedule Pretrial Conference or to Enter Pretrial Order (Docket Entry 89). Since the parties are unable to come to an agreement on a schedule for pretrial dates for discovery and dispositive motions,

IT IS HEREBY ORDERED that a hearing will be held on October 20, 2021, at 11:00 a.m. by Zoom. The Videoconference URL is: https://www.zoomgov.com/j/16086357633 The Meeting ID is 160 8635 7633. The Audioconference Telephone Number U.S. Toll-free: 833-568-8864.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.