Charles M. Walker
U.S. Bankruptcy Judge
Dated: 10/28/2021



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## PRETRIAL ORDER

This matter came before the Court on September 29, 2021 for a Pretrial Conference.

Appearances were made at the Pretrial Conference by Phillip Young on behalf of the Trustee,

Craig Gabbert on behalf of Afsoon Hagh and Hagh Law, PLLC, and John Spragens on behalf of

Manookian, PLLC. The matter again came before the Court on October 20, 2021, with the same

participants appearing, after the parties were unable to agree on certain pretrial dates. The Court

having considered the arguments of the parties regarding the proposed pretrial dates, and good cause having been shown, it is hereby **ORDERED** that :

1. Written discovery shall be completed by January 31, 2022.

2. Depositions may commence on February 1, 2022 and shall be completed by May 31, 2022.

3. All dispositive motions shall be filed no later than June 24, 2022.

4. All responses to the dispositive motions are to be filed no later than July 8, 2022.

5. All replies are to be filed no later than July 15, 2022.

6. Oral argument on dispositive motions will be set at the Court's discretion and set by separate order.

7. A Pretrial Conference is set for __February 2, 2022_____, at _11_ : _00_ _a__.m., via Zoom video. Judge Walker's Zoom link is https://www.zoomgov.com/j/16086357633 and Meeting ID is 160 8635 7633. Please visit the Court's website at www.tnmb.uscourts.gov for further information regarding Judge Walker's Procedures Regarding Attorney Participation prior to the hearing date.

**IT IS SO ORDERED.**

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

2

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.