Burton,

    Plaintiff

Hagh Law PLLC,

    Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: anm0611 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2021 | Form ID: pdf001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: jeanne.burton@comcast.net | Oct 30 2021 07:34:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CRAIG VERNON GABBERT, JR | on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com |
| GLENN BENTON ROSE | on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com |

JOHN T. SPRAGENS

on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG

on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

TOTAL: 4

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 10/28/2021



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CUMMINGS MANOOKIAN, PLLC, | ) Case No. 3:19-bk-07235 |
|     Debtor. | ) Chapter 7 |
| | ) Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HAGH LAW, PLLC; AFSOON HAGH; | ) |
| MANOOKIAN, PLLC; and FIRST- | ) |
| CITIZENS BANK & TRUST | ) |
| COMPANY, | ) |
|     Defendants. | ) |
| | ) Adv. Proc. No. 3:20-ap-90002 |

## PRETRIAL ORDER

This matter came before the Court on September 29, 2021 for a Pretrial Conference.

Appearances were made at the Pretrial Conference by Phillip Young on behalf of the Trustee,

Craig Gabbert on behalf of Afsoon Hagh and Hagh Law, PLLC, and John Spragens on behalf of

Manookian, PLLC. The matter again came before the Court on October 20, 2021, with the same

participants appearing, after the parties were unable to agree on certain pretrial dates. The Court

having considered the arguments of the parties regarding the proposed pretrial dates, and good cause having been shown, it is hereby **ORDERED** that :

1. Written discovery shall be completed by January 31, 2022.

2. Depositions may commence on February 1, 2022 and shall be completed by May 31, 2022.

3. All dispositive motions shall be filed no later than June 24, 2022.

4. All responses to the dispositive motions are to be filed no later than July 8, 2022.

5. All replies are to be filed no later than July 15, 2022.

6. Oral argument on dispositive motions will be set at the Court's discretion and set by separate order.

7. A Pretrial Conference is set for __February 2, 2022_____, at _11_ : _00_ _a__.m., via Zoom video. Judge Walker's Zoom link is https://www.zoomgov.com/j/16086357633 and Meeting ID is 160 8635 7633. Please visit the Court's website at www.tnmb.uscourts.gov for further information regarding Judge Walker's Procedures Regarding Attorney Participation prior to the hearing date.

**IT IS SO ORDERED.**

> This order was signed and entered electronically as indicated at the top of the first page.

2

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

3

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.