# SPRAGENSLAW

November 12, 2021

**Via email to: phillip@thompsonburton.com**

Phillip G. Young, Jr., Esq.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

Dear Phillip:

I write to respond to your October 29, 2021 letter, in which you ask Manookian PLLC to supplement its responses to interrogatory nos. 5 & 8 and request for production nos. 1, 3, 4, 5, & 8.

We have reviewed our responses in good faith and believe that they fully reflect the information available to Manookian PLLC with respect to each interrogatory or request. That said—and in the spirit of satisfying our obligations to meet and confer about any discovery disputes—I would suggest we schedule a telephone call to discuss your requests, and our responses and objections thereto, so that we can explain our position on each interrogatory and request. I will have Mr. Manookian on the call to respond to any questions you have in furtherance of this dispute resolution process. Hopefully we can resolve, or at least narrow the scope of, our discovery dispute before seeking court intervention.

We can be available for such a call any weekday between November 16 and 23. Please let us know what suits your schedule.

Very truly yours,

John Spragens