Form hrgnot

**UNITED STATES BANKRUPTCY COURT**

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.  3:20–ap–90002
Related Bankruptcy Proceeding No.  3:19–bk–07235

Judge  Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

   vs

Defendant/Respondent : Hagh Law PLLC

PLEASE TAKE NOTICE that a hearing will be held :

; via Zoom video; For details, please see www.tnmb.uscourts on 1/5/22 at 11:00 AM

to consider and act upon the following:

**95** – Motion and Notice to Compel Discovery Responses from Manookian, PLLC (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4)Certificate of Service mailed on 12/20/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP)

**96** – Motion and Notice to Compel Discovery Responses from Hagh Law, PLLC (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4)Certificate of Service mailed on 12/20/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP)

**97** – Motion and Notice to Compel Discovery Responses from Afsoon Hagh (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)Certificate of Service mailed on 12/20/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP)

Dated: 12/22/21

                                         /s/ TERESA C. AZAN
                                         Clerk, U.S. Bankruptcy Court