Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.  3:20–ap–90002
Related Bankruptcy Proceeding No.  3:19–bk–07235

Judge  Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

   vs

Defendant/Respondent : Hagh Law PLLC

PLEASE TAKE NOTICE that a hearing will be held :

; via Zoom video; For details, please see www.tnmb.uscourts on 2/16/22 at 11:00 AM

to consider and act upon the following:

*104* – Manookian PLLC's Motion and Notice to Compel Plaintiff Trustee Jeanne Burton to Respond to Interrogatories (Attachments: # 1 Exhibit Defendant Manookian PLLC's Interrogatories and Responses # 2 Exhibit Meet and Confer Letter)Filed on the behalf of: Defendant Manookian PLLC. (SPRAGENS, JOHN)

Dated: 1/20/22                           /s/ TERESA C. AZAN
                                         Clerk, U.S. Bankruptcy Court