# EXHIBIT 2

# SPRAGENSLAW

October 21, 2021

**VIA EMAIL**
Phillip Young, Jr.
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Ste. 200
Franklin, Tennessee 37067

Phillip,

I have attached your client's prior responses to Requests for Admission, Interrogatories, and Requests for Production in this matter. They are deficient in every respect. In fact, the vast majority of the responses are flat-out refusals to answer basic requests for information *about your client's own allegations.*

This letter is my good-faith attempt to resolve a discovery dispute. Please provide full, supplemented responses to each of the following identified requests. If such responses are not received by November 5, 2021, we will address the matter with the Court.

**Manookian PLLC's First Requests for Admission (February 25, 2021):** 1-14; 19-55; 57-68; 70-85.

**Plaintiff's First Set of Written Discovery (March 1, 2021): Interrogatories** 1-18; **Requests for Production** 1-23

**Plaintiff's Second Set of Written Discovery (March 1, 2021): Interrogatories** 1-5; **Requests for Production** 1.

I understand that is it easy to make unfounded allegations, and that you now find yourself in the untenable position of being required to support those allegations with actual evidence. Simply refusing to answer, or lodging bogus objections is not sufficient or proper. In each of these instances where you lack any shred of evidence to support your claims; just say so.

Additionally, please provide dates for Jeanne Burton's deposition so that we can get it on the calendar. I anticipate needing two full days. As the accuser, her deposition will need to be completed prior to the other depositions occurring in this case.

Thank you for your consideration of these important issues.

Sincerely,

John Spragens
Spragens Law PLC

Enclosure