# IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| BRETTON KEEFER, on behalf of his deceased mother, CHESTA SHOEMAKER,<br><br>Plaintiff,<br><br>v.<br><br>VANDERBILT UNIVERSITY MEDICAL CENTER,<br><br>Defendant. | NO. 19C-358<br><br>JURY DEMAND |

## DECLARATION OF BRIAN CUMMINGS

Pursuant to Tennessee Rule of Civil Procedure 72, I, Brian Cummings, declare as follows:

1. I am an adult over the age of 18 and I am competent to make this declaration. I have personal knowledge of the matters stated herein.

2. I am an attorney licensed to practice law in Tennessee. I was previously practiced law as a partner at Cummings Manookian. The partners of Cummings Manookian consisted of me and Brian Manookian.

3. I withdrew from Cummings Manookian by September 2018. I started my new and current law firm of Cummings Law in or around September 2018.

4. During my time at Cummings Manookian, and prior to my withdrawal

1

from Cummings Manookian, I worked on the *Keefer v. Vanderbilt University Medical Center* matter ("the Keefer Matter").

5. My time working on the Keefer Matter while I was with Cummings Manookian consisted of initial conversations with the client, reviewing Chesta Shoemaker's medical records, and performing an initial review of relevant medical literature.

6. I estimate that I spent approximately 20 hours of time performing the above-mentioned work with approximately 12-14 hours of that total involving my review of the Vanderbilt medical records.

7. The above-mentioned work by me took place by or in 2018. I graduated from Vanderbilt University Law School in 1998.

8. I believe a reasonable fee for an hour for my time in 2018 was $400-500/hour. I believe this would be toward or at the top of the market for medical malpractice attorneys in Nashville, Tennessee, which I believe I would command.

9. I make and provide this Declaration solely to address the time I spent on the Keefer Matter while I was still with Cummings Manookian, which was a small percentage of the time I spent on the matter overall through my work on the case up through my withdrawal as counsel in the case in October 2020 (two years of work on the Keefer Matter _after_ I left Cummings Manookian). Nothing in this Declaration is intended to, nor does it, waive, alter, modify or amend the attorney's

2

lien I filed in this matter, nor does this Declaration waive, alter, modify or amend

any right or claim I have to be reimbursed for litigation expenses I paid in this case

or regarding my right to a portion of the Plaintiff's attorneys' fee in this case.

I declare under penalty of perjury this day of November 3, 2021.

**Brian Cummings**

Case 3:20-ap-90002   Doc -1   Filed 04/01/26   Entered 04/01/26 21:56:33   Desc
Exhibit B. Cummings Deposition   Page 3 of 3