# PROOF OF SERVICE
## (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Marty Fitzgerald
on *(date)* 12/9/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: Marty Fitzgerald: 8158 Golf Club Road; Mount Pleasant, TN 38474   at 3:32 P.M.

on *(date)* 12/13/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $____—____ for travel and $ 85.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true and correct.

Date: 12/14/2021

*Tom A. Clark*
Server's signature

Tom A Clark, Server
Printed name and title

**Expedite**
5009 Stillwood Drive
Nashville, TN 37220
Server's address
615-651-8601

Additional information concerning attempted service, etc.: