**From:** **Afsoon Hagh** afsoon@haghlaw.com
**Subject:** Subpoena to Marty Fitzgerald
**Date:** December 27, 2021 at 5:22 PM
**To:** Phillip Young phillip@thompsonburton.com

Phillip,

As you know, I represent Marty Fitzgerald. He is in receipt of the subpoena you issued in the Adversary Proceeding. This email serves as his written objection to that subpoena.

Generally, Mr. Fitzgerald objects on the grounds that the materials called for are privileged; were not maintained or retained; or would create an excessive burden for him to locate and produce.

I've advised Mr. Fitzgerald that I would convey this written objection on his behalf in order to preserve his objection within the short timeframe contemplated by the Federal Rules of Civil Procedure; but that he would need to retain separate counsel to address any further requests. My understanding is that he is in the process of doing so, and that separate counsel will reach out to you to further discuss possibilities in reaching an agreement on materials, if any, subject to production.

In the interim, this email serves as his written objection to the subpoena as currently composed.

Thank you,

Afsoon Hagh

Case 3:20-ap-90002    Doc 114-3    Filed 02/01/22    Entered 02/01/22 09:56:37    Desc
Exhibit C    Page 1 of 1