Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:20–ap–90002
Related Bankruptcy Proceeding No. 3:19–bk–07235

Judge Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

    vs

Defendant/Respondent : Hagh Law PLLC

PLEASE TAKE NOTICE that a hearing will be held :

; via Zoom video; For details, please see www.tnmb.uscourts on 2/16/22 at 11:00 AM

to consider and act upon the following:

*114* – Motion and Notice to Compel Marty Fitzgerald to Comply with Subpoena for Production of Documents (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)Certificate of Service mailed on 2/1/22. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP)

Dated: 2/1/22

/s/ TERESA C. AZAN
Clerk, U.S. Bankruptcy Court