Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/18/2022



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |
| **JEANNE ANN BURTON, TRUSTEE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) |
| **MANOOKIAN, PLLC; and FIRST-** | ) |
| **CITIZENS BANK & TRUST** | ) |
| **COMPANY,** | ) |
| Defendants. | ) |
| | ) **Adv. Proc. No. 3:20-ap-90002** |

## ORDER CONTINUING HEARINGS AND PRETRIAL CONFERENCE

This matter came before the Court on February 16, 2022 for a pretrial conference and for

a hearing on the following motions: Motion to Compel Discovery Responses from Manookian,

PLLC (Doc. 95) ("Motion to Compel Manookian"); Motion to Compel Discovery Responses from

Hagh Law, PLLC (Doc. 96) ("Motion to Compel Hagh Law"); Motion to Compel Discovery

Responses from Afsoon Hagh (Doc. 97) ("Motion to Compel Hagh"); Motion to Compel Marty

Fitzgerald to Comply with Subpoena for Production of Documents (Doc. 114) ("Motion to Compel

Fitzgerald"); Defendant Manookian PLLC's Motion to Compel Responses to Interrogatories from

First and Second Sets of Written Discovery (Doc. 104) ("Motion to Compel Trustee"); and Defendant Manookian, PLLC's Motion to Determine Sufficiency of Responses to Requests for Admission, or, Alternatively, to Deem Admitted (Doc. 109) ("RFA Sufficiency Motion"). Appearances at the hearing and pretrial conference were made by Phillip G. Young on behalf of the Trustee, Craig Gabbert on behalf of Afsoon Hagh and Hagh Law, PLLC, and John Spragens on behalf of Manookian, PLLC. Based upon the statements of counsel and arguments made at the February 16, 2021 hearing and pretrial conference;

IT IS HEREBY ORDERED that the hearing on the Motion to Compel Manookian, Motion to Compel Hagh Law, Motion to Compel Hagh, Motion to Compel Fitzgerald, Motion to Compel Trustee, and RFA Sufficiency Motion is hereby continued until March 17, 2022 at 8:30 a.m., ~~via Courtroom~~ 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. ~~Zoom video for Nashville (for details please see www.tnmb.uscourts.gov).~~

Counsel is required to appear in person.

~~IT IS FURTHER ORDERED that the pretrial conference in this matter is hereby continued until March 17, 2022 at 8:30 a.m., via Zoom video for Nashville (for details please see www.tnmb.uscourts.gov).~~

> **THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

2

Submitted for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

3

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.