From: **John Spragens** john@spragenslaw.com
Subject: Re: Burton v. Hagh et al
Date: February 28, 2022 at 12:52 PM
To: Phillip Young phillip@thompsonburton.com

Phillip,

I have been in depositions for the last week. I will check with my client and get back to you promptly. Relatedly, my client has agreed to make someone available in-person to answer any questions you have about pending discovery in an effort to explain what materials exist and resolve any continuing concerns about production or responses. I will write you separately on this point, but basically, we are happy to come to your office and let you and the Trustee speak directly with a representative of Manookian PLC for as long as you need to identify any materials that you think exist that should be produced and have not been. Please be thinking about dates you and Ms. Burton are free, and whether you might concurrently make the Plaintiff available for a similar discussion about outstanding discovery.

Thanks,
John

On Fri, Feb 18, 2022 at 10:52 AM Phillip Young <phillip@thompsonburton.com> wrote:
John,

As a brief follow up to Wednesday's hearing, if Manookian PLLC's position is that it has disclaimed any claims to fees from the Fitzgerald case and the Shoemaker case, it would be beneficial if it would simply provide a written and signed supplement to its prior response to Interrogatory No. 5. That might moot a lot of the other issues concerning the Manookian PLLC discovery responses, considering a lot of that is interrelated. Please advise if your client intends to provide such an amendment, as it might streamline things in advance of March 17.

## Thompson Burton PLLC
*Redefining the Art of Law.*

_____

**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Direct Dial: (615) 465-6008
phillip@thompsonburton.com
www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

--
John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900