# SPRAGENSLAW PLC

March 3, 2022

<u>VIA EMAIL</u>
Phillip Young
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
phillip@thompsonburton.com

> **Re:** **Discovery Deficiencies / Deposition Dates**

Phillip,

I am writing in advance of the upcoming hearing on March 17, 2022, on our clients' competing Motions to Compel. The purpose of this letter is to attempt to fully resolve any remaining discovery disputes so that those motions can be removed from the docket, and we can proceed toward an orderly completion of this case.

My proposals here are non-exclusive in the sense that if you have other suggestions, I fully welcome them. Again, the goal is to get you and the Plaintiff any information you believe you need from Manookian PLLC and also to receive full and complete responses to Manookian PLLC's outstanding discovery to the Plaintiff. I would ask that you consider these proposals in good-faith; discuss them with your client; and reconsider Plaintiff's previous "my way or the highway" attitude with respect to discovery.

## I. Manookian PLLC's Discovery Responses

Plaintiff's Motion to Compel identifies two interrogatories and five requests for production for which it seeks supplemented responses. Each of these inquiries are discussed in detail in response to Plaintiff's Motion to Compel. It appears the vast majority of the disputed production can be made as soon as a protective order is entered. Please send me a copy of the protective order you recently entered in this case with Hagh Law. Let's get an identical or substantially identical one entered early next week to cover Manookian PLLC's production, and then any remaining responsive documents can be produced the same day.

To the extent there remains any confusion or dispute after you review those materials, I am specifically inviting you and the Plaintiff to meet in-person with a representative of

Manookian PLLC to directly discuss any lingering questions as to any outstanding discovery. This will allow you to question Manookian PLLC in real time about the universe of materials that exist to be produced as well as any ambiguities you might believe remain in Manookian PLLC's interrogatory responses. Essentially, you can just ask my client what documents exist and any other questions you might have about its discovery responses.

With respect to your inquiries regarding fees, I am not aware of Manookian PLLC "disclaiming" any fees as to any case. Manookian PLLC's position is that it is either entitled or not entitled to a fee from a client based upon the particular terms of its engagement agreement with that client. I can again reiterate that Manookian PLLC does not take the position that it is owed any fees from your client if that helps resolve any of your outstanding discovery issues.

## II.      Plaintiff's Discovery Responses

As I have expressed, Plaintiff's discovery responses are entirely deficient. Although I obviously cannot force you to do so, I would encourage you to make the Plaintiff available for the same type of in-person, direct discussion regarding her discovery responses. To date, your client has refused to answer any inquiries on the most basic elements of her claims. I, frankly, do not understand her objections or refusal, but I would welcome the opportunity to meet with her to discuss her discovery responses in advance of March 17, 2022.

My offer to make my client available for a meeting and questioning is not contingent upon you doing the same. A representative from Manookian PLLC is available to directly answer your questions about its discovery responses whether or not you choose to reciprocate. Again, my hope is that going directly to the source will allow us to resolve any remaining discovery disputes and withdraw our Motions to Compel.

## III.     Deposition Dates

I will need to depose both you and the Plaintiff. I suggest we set aside two days so that I can utilize seven hours for the Plaintiff and, likely, just a half-day for your testimony. I would like to get these on the calendar for early April if you don't mind providing me with available dates. If you would like to depose my client, please get me a list of topics and I will get you available dates for the deposition of Manookian PLLC.

I look forward to resolving our discovery disputes without court intervention and hope this letter will assist in that process.

Sincerely,

John Spragens
SPRAGENS LAW PLC

2