From: **Gabbert, Craig V.** CGabbert@bassberry.com 📎
Subject: RE: Hagh Discovery Follow Up
Date: March 3, 2022 at 4:41 PM
To: Phillip Young phillip@thompsonburton.com
Cc: Rose, Glenn, B. GRose@bassberry.com



Phillip, I am checking with her about emails. Attached is a letter that addresses the follow up discovery and questions about deficiencies in your responses. Also, the attachment to your letter is what was covered of expenses I paid. I am checking with our client on the status of the additional production.

## BASS BERRY + SIMS

**Craig Gabbert**
Counsel

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
615-742-6277 phone • 615-742-0465 fax
cgabbert@bassberry.com • www.bassberry.com

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**

Unless specifically indicated otherwise, this email, including any attachments, was not intended and cannot be used for the purpose of (A) avoiding U.S. tax-related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Phillip Young <phillip@thompsonburton.com>
**Sent:** Wednesday, March 2, 2022 4:38 PM
**To:** Gabbert, Craig V. <CGabbert@bassberry.com>
**Cc:** Rose, Glenn, B. <GRose@bassberry.com>
**Subject:** Hagh Discovery Follow Up

Craig,

I'm following up on the discovery responses you sent the week before last. First, your prior email indicated that Ms. Hagh was continuing to look for and gather other responsive documents. Where does that stand? Are there going to be additional documents produced? I note, for example, that the production contained no emails.

Second, I want to confirm that the document that I've attached to this email is the list of invoices that Ms. Hagh paid with the $100,000 that was released to her from trust. That's my assumption since this list totals just shy of $100,000. Is that correct?

**Thompson Burton PLLC**
*Redefining the Art of Law.*

**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Direct Dial: (615) 465-6008
phillip@thompsonburton.com
www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

2022.03.01
Letter t...es.PDF