Craig V. Gabbert, Jr.
cgabbert@bassberry.com
(615) 742-6277

March 1, 2022

Phillip G. Young, Jr.
Partner (Attorney at Law)
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin TN 37067

Re:     Discovery Deficiencies, Hagh Production, Deposition Dates

Dear Phillip:

The Defendant has reviewed the Plaintiff's responses to Hagh Law's First Set of Interrogatories and Requests for Production ("Plaintiff's Discovery Responses"). Those responses were received on January 26, 2022, after at least one extension at your client's request.

Regrettably, Plaintiff's Discovery Responses are deficient in every respect. Your client has objected to or refused to respond to all twenty-four (24) of the propounded Interrogatories. Likewise, the Plaintiff has refused to adequately respond to Requests for Production Nos. 4-40. Specifically, the Plaintiff repeatedly lodges bogus objections; maintains that the "Defendants already have access to the requested documents"; or states that she "does not currently possess any such documents."

By this letter I am respectfully requesting that you immediately provide full and accurate responses to Interrogatories Nos. 1-24 as well as Requests for Production Nos. 4-40. Please produce all responsive documents regardless of whether you believe the Defendants have access to the documents (in most cases they do not; moreover, they are entitled to compare whatever documents your client possesses with any documents the Defendant possesses). For requests where the Plaintiff purportedly lacks responsive materials, please state that no such documents are within the Plaintiff's custody, control, or possession rather than simply stating that the Plaintiff "does not currently possess the documents;" which injects significant ambiguity into the response.

If fully supplemented responses are not provided by March 11, 2022, we will be required to move to compel responses. If there are any specific inquiries where Defendant can provide guidance or clarify in order to assist you in providing a response and avoid motion practice, we are happy to do so. Likewise, if there are inquiries that you sincerely believe the Defendant cannot answer, let's discuss them, and see if we can come to an agreed upon response that does

150 Third Avenue South, Suite 2800
Nashville, TN 37201
bassberry.com

not require court intervention. I will make myself available for a meeting to discuss this if need be. Just let me know.

I am also writing to confirm that the Hagh Defendants have now produced over 10,000 pages of materials in response to the Plaintiff's broad and generalized requests for production. That production includes all responsive materials except certain documents related to the Fitzgerald case. As you know, the Fitzgerald case was resolved and the case file was closed long before this action was instituted. The Hagh Defendants are attempting to retrieve additional responsive documents from a dormant drive. They have otherwise provided you everything within their custody, control, or possession. Please confirm that you are withdrawing any pending motion to compel against the Hagh Defendants.

Finally, upon receiving full responses to our outstanding written discovery, the Hagh Defendants need to depose you and Jeanne Anne Burton at the outset of depositions. I note that you and Ms. Burton are the first two witnesses identified by the Plaintiff as "individuals with personal knowledge of the facts alleged in the Complaint" in response to Defendants' Interrogatory No. 1. I would ask that you provide dates in early April with Ms. Burton's deposition to occur first.

Thank you for your attention to these matters.

Sincerely,

Craig V. Gabbert, Jr.

CVG:mrh

cc:     Afsoon Hagh