**From:** **Phillip Young** phillip@thompsonburton.com
**Subject:** Re: Burton v. Hagh et al
**Date:** March 13, 2022 at 7:25 PM
**To:** John Spragens john@spragenslaw.com
**Cc:** Gabbert, Craig V. CGabbert@bassberry.com, Rose, Glenn, B. GRose@bassberry.com, stacia@spragenslaw.com
**Bcc:** Jeanne Burton jeanne.burton@comcast.net



John,

For clarification, here are the documents that the Trustee will produce to both you and Craig, subject to an agreement between your clients referenced in my March 11 email:

1) A 2018 tax return of Cummings Manookian PLC that was produced by Steve Lefkovitz.

2) Documents produced by Brian Manookian on March 9, 2020 in response to the Trustee's Motion for Turnover. These documents consist primarily of Cummings Manookian engagement letters for cases referenced in the Complaint in this matter, and invoices for expenses in those matters.

3) Documents produced to the Receiver by Brian Manookian in September 2019 during a meeting at the offices of Cummings Manookian. These documents also consist primarily of Cummings Manookian engagement letters for cases referenced in the Complaint in this matter, and invoices for expenses in those matters.

4) Documents produced by Afsoon Hagh/Hagh Law in February 2022 in response to the Trustee's requests for production of documents.

Shortly, I will be sending each of you revised discovery responses. By separate email, you will receive a link to a file containing responsive documents that are not confidential, as they were received from neither the Manookian nor Hagh parties. Once I receive written confirmation from each of you that it is acceptable to share these other documents, I will add those to the file.

## Thompson Burton PLLC
*Redefining the Art of Law.*

---

**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Direct Dial: (615) 465-6008
phillip@thompsonburton.com
www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

---

On Mar 12, 2022, at 8:54 AM, John Spragens <john@spragenslaw.com> wrote:

Phillip,

I generally do not have a problem with your request but (1) I don't believe Manookian PLLC has designated any production as confidential such that it would fall within a protective order and (2) to the extent either Brian Manookian or Manookian PLLC has designated materials as confidential, I need you to identify what you seek to further disseminate before I can agree. We are dealing with a lot of potentially privileged materials that need to be evaluated on a case-by-case basis.

Thanks,
John

On Fri, Mar 11, 2022 at 7:52 AM Phillip Young <phillip@thompsonburton.com> wrote:
Craig & John:

The Trustee anticipates completing some amended discovery responses this weekend. With those amended responses, she intends to produce some additional documents. Those documents will include documents that have been previously produced by Brian Manookian, Manookian PLLC, Afsoon Hagh, and Hagh Law PLLC. Given the entry of the protective orders, I need each of you to confirm that it is acceptable to share with the co-defendant the documents that you have produced to us (i.e., that we can produce Manookian documents to Hagh's counsel and we can produce Hagh documents to Manookian's counsel).

I am out of the office today but, if you will confirm that you have no objection with us sharing these documents with your co-defendant, we will get those documents out to you this weekend.

Thanks,

Phillip

**Thompson Burton PLLC**
*Redefining the Art of Law.*

**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Direct Dial: (615) 465-6008
phillip@thompsonburton.com
www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

--
John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900

Case 3:20-ap-90002   Doc 133-8   Filed 03/15/22   Entered 03/15/22 13:03:15   Desc
Exhibit 8   Page 2 of 2