# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## NOTICE REGARDING MOTIONS TO COMPEL ORDER

Comes now Jeanne Ann Burton, Trustee and Plaintiff herein (the "Trustee"), by and through special counsel, and hereby files this notice regarding a proposed order concerning the pending motions to compel.

On March 17, 2022, the Court held an extensive hearing to consider a multitude of discovery disputes between the parties. The Court articulated specific findings and rulings from the bench, and asked special counsel for the Trustee and counsel for the Defendants to submit an agreed order reflecting those findings and rulings. Special counsel for the Trustee drafted a proposed agreed order and circulated it to counsel for the Defendants on Tuesday, March 22, 2022. Special counsel for the Trustee asked the Defendants' counsel for feedback and/or authorization to sign and submit the order on their behalf. Having received neither permission to submit the agreed order nor any proposed changes by the evening of Thursday, March 24, 2022, special counsel for the Trustee emailed Defendants' counsel and informed them that the Trustee would be

submitting the order without their signature by noon on Friday unless comments were received prior to that time.

On the morning of Friday, March 25, 2022, Craig Gabbert, counsel for Afsoon Hagh and Hagh Law, PLLC, responded and indicated that his clients would not agree to depositions at the courthouse and would not agree to take the Trustee's deposition at the beginning of the time for depositions. John Spragens, counsel for Manookian, PLLC, also responded by email on the morning of Friday, March 25, 2022. Mr. Spragens' email first asked that the deadline for Marty Fitzgerald's compliance with the subpoena issued him be extended to Monday, March 28, 2022. The Trustee agreed to that request and made a corresponding change in the proposed order. Mr. Spragens' email further indicated that he was in court and could not fully respond, that Manookian PLLC would not waive its objections to the Court's rulings, but that it "may" be able to agree that the form of the order prepared by the Trustee accurately reflected the Court's rulings.

Since the Court's order included certain items that were to be addressed by no later than Friday, March 25, 2022, and since it appears that it is not going to be possible to submit an agreed order as the Court requested, the Trustee felt it necessary to submit an order for the Court's consideration without approval from the Defendants. The Trustee will defer to the Court regarding whether it wishes to sign the order proposed by the Trustee, schedule a conference with all counsel to discuss the order, or take some other action.

Case 3:20-ap-90002    Doc 141    Filed 03/25/22    Entered 03/25/22 11:58:52    Desc Main
Document    Page 2 of 3

Dated:  March 25, 2022

                    Respectfully Submitted,

                    /s/Phillip G. Young, Jr.
                    Phillip G. Young, Jr.
                    Thompson Burton PLLC
                    One Franklin Park
                    6100 Tower Circle, Suite 200
                    Franklin, TN  37067
                    Tel: 615-465-6008
                    phillip@thompsonburton.com

                    Special Counsel for Trustee