**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No, 3:19-bk-07235** |
| | **Chapter 7** |
| **CUMMINGS MANOOKIAN, PLLC** | **Judge Walker** |
| **Debtor.** | **Adv. Proc. No. 3:20-ap-90002** |
| **JEANNE ANN BURTON, TRUSTEE** | |
| **Plaintiff,** | |
| **v.** | |
| **HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,** | |
| **Defendants.** | |

**DEFENDANT MANOOKIAN PLLC'S NOTICE OF DEPOSITION OF**
**JEANNE ANN BURTON AND PHILLIP YOUNG**

Manookian PLLC, through counsel, gives notice of the depositions of Jeanne Ann Burton and Phillip Young, to be conducted at the time and place ordered by the Court in its March 8, 2022 Order, Document Number 143 at Paragraph 7.

The depositions will be taken before a person authorized by law to administer oaths and will continue from day-to-day until the examination is complete. The depositions will each be recorded by any means authorized by Fed. R. Civ. P. 30(b)(3), pursuant to Fed. Fed. R. Bankr. P. 7030, including audiovisually and stenographically.

The scope of both examinations will be any and all nonprivileged matters that are relevant to any party's claim or defense.

Case 3:20-ap-90002   Doc 145   Filed 04/08/22   Entered 04/08/22 16:52:28   Desc Main
Document    Page 1 of 2

Date: April 8, 2022                Respectfully submitted,

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC and
Brian Manookian*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed April 8, 2022 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ John Spragens

2