**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No, 3:19-bk-07235** |
| | **Chapter 7** |
| **CUMMINGS MANOOKIAN, PLLC** | **Judge Walker** |
| Debtor. | **Adv. Proc. No. 3:20-ap-90002** |
| **JEANNE ANN BURTON, TRUSTEE** | |
| Plaintiff, | |
| **v.** | |
| **HAGH LAW, PLLC; AFSOON HAGH;** | |
| **and MANOOKIAN PLLC,** | |
| Defendants. | |

## DEFENDANT HAGH LAW, PLLC'S NOTICE OF DEPOSITION OF JEANNE ANN BURTON AND PHILLIP YOUNG

Hagh Law, PLLC, through counsel, gives notice of the depositions of Jeanne Ann Burton and Phillip Young, to be conducted at the time and place ordered by the Court in its March 8, 2022 Order, Document Number 143 at Paragraph 7.

The scope of both examinations will be as set forth in Rule 7026(b)(1) of the Bankruptcy Rules and may include any nonprivileged matters that are relevant to any party's claim or defense.

Date: April 8, 2022                                     Respectfully submitted,


                                                        /s/ *Craig V. Gabbert, Jr.*
                                                        Craig V. Gabbert, Jr. (BPR 004702)
                                                        Glenn B. Rose (BPR 10598)
                                                        Bass, Berry & Sims PLC
                                                        150 Third Ave. S., Suite 2800
                                                        Nashville, TN 37201
                                                        (615) 742-6200
                                                        cgabbert@bassberry.com
                                                        grose@bassberry.com

                                                        *Attorney for Afsoon Hagh and*
                                                        *Hagh Law, PLLC*


                        **CERTIFICATE OF SERVICE**

        I hereby certify that a true copy of the foregoing was served via email and the Court's ecf system on the 8th day of April, 2022 on parties receiving notice in this adversary proceeding, including the following:

Phillip G. Young, Jr.
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067



                                                        /s/ *Craig V. Gabbert, Jr.*
                                                             Craig V. Gabbert, Jr.