## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE:                    ) | |
|                  ) | |
| CUMMINGS MANOOKIAN, PLLC,    ) | Case No. 3:19-bk-07235 |
|     Debtor.          ) | Chapter 7 |
|                  ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE,   ) | |
|     Plaintiff,       ) | |
|                  ) | |
| v.                 ) | |
|                  ) | |
| HAGH LAW, PLLC; AFSOON HAGH;   ) | |
| MANOOKIAN, PLLC; and FIRST-   ) | |
| CITIZENS BANK & TRUST     ) | |
| COMPANY,        ) | |
|     Defendants.     ) | |
|                  ) | Adv. Proc. No. 3:20-ap-90002 |

## JOINT MOTION TO RESCHEDULE DEPOSITION
## OF AFSOON HAGH AND HAGH LAW, PLLC

Come now Jeanne Ann Burton, Trustee (the "Trustee") and Afsoon Hagh and Hagh Law, PLLC (collectively, the "Hagh Parties"), by and through counsel, and jointly request to reschedule the deposition of Afsoon Hagh and Hagh Law, PLLC.  In support for this request, the parties state as follows:

1.      On March 28, 2022, the Court entered an Order Regarding Motions to Compel Discovery Responses (Doc. 143) (the "Order").  Among the provisions of the Order was that Afsoon Hagh and Hagh Law, PLLC would be deposed on May 10, 2022, beginning at 10:00 a.m.

2.      The parties had previously agreed to move the Hagh Parties' deposition to May 9, 2022, effectively switching it with the deposition of Brian Manookian.  Mr. Manookian's deposition will now occur on May 10, 2022.

3. The Hagh Parties have recently made the Trustee aware of a scheduling conflict that will prevent Ms. Hagh from appearing for deposition on May 9, 2022. The Hagh Parties and the Trustee have agreed that the deposition of the Hagh Parties should be rescheduled for May 18, 2022, beginning at 10:00 a.m. and concluding at 5:00 p.m., if that date is acceptable to the Court. Counsel for the Hagh Parties has consulted with counsel for Manookian, PLLC who has no objection to the rescheduling of this deposition.

4. The Hagh Parties and the Trustee agree that the rescheduling of this deposition should not impact any other deadlines set in this case.

Wherefore, the Trustee and the Hagh Parties request that the deposition of the Hagh Parties be rescheduled for May 18, 2022, from 10:00 a.m. until 5:00 p.m.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr.
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel: (615) 742-6277
cgabbert@bassberry.com

Counsel to Afsoon Hagh and Hagh Law, PLLC