# EXHIBIT 3

# Burton v. Hagh Law PLLC, et al          20-90002

## <u>DEPOSITION INSTRUCTIONS</u>

Judge Walker has noted the following procedures regarding all depositions scheduled in this case to take place at the Customs House, 701 Broadway, 2nd Floor, Nashville, Tennessee:

All applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure and Orders of this Court will be strictly enforced.

The parties are expected to exercise appropriate professionalism and decorum, remembering that this Court and the above referenced applicable rules and orders govern these matters.

<u>Room Assignments</u>

1) The depositions will take place in Conference Room 231.
2) The Plaintiff will have access to Conference Room 254 for use during the depositions.
3) Defendant, Manookian PLLC will have access to Conference Room 233 during the depositions.
4) Defendant, Afsoon Hagh and Hagh Law, PLLC will have access to Conference Room 234 while depositions are taking place.

All objections will be heard by the Court at 3:00 p.m. in Courtroom 2.

Any questions or concerns regarding these procedures should be addressed to Judge Walker's Staff in Chambers #260.