# UNITED STATES BANKRUPTCY COURT

_____Middle_____ District of _____Tennessee_____

In re Cummings Manookian, PLLC
_____
Debtor

_(Complete if issued in an adversary proceeding)_

Jeanne Ann Burton, Trustee
_____
Plaintiff

v.

Hagh Law, PLLC et al.
_____
Defendant

Case No. ___3:19-bk-07235___

Chapter ___7___

Adv. Proc. No. ___3:20-ap-90002___

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Marty Fitzgerald
_____
_(Name of person to whom the subpoena is directed)_

☑ _Testimony_: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: _See Attachment A_

| PLACE | DATE AND TIME |
|---|---|
| Via Zoom - See Attached Instructions | 05/27/22        10:00 am |

The deposition will be recorded by this method: Stenographic and videographic means, including Zoom recording

☐ _Production_: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ___5/5/22___

CLERK OF COURT

OR

_____          /s/ Phillip G. Young, Jr.
_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_
Jeanne Ann Burton, Trustee_____ , who issues or requests this subpoena, are:
Philip Young, 6100 Tower Circle, Suite 200, Franklin, TN 37067, phillip@thompsonburton.com, (615) 465-6008

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Marty Fitzgerald; 8158 Golf Club Road;

Mount Pleasant, TN 38474   Via personal service at 4:12 PM.

_____ on *(date)* 5/7/2022 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____40.00_____ .

My fees are $ __40.00__ for travel and $_____ for services, for a total of $__40.00__ .

I declare under penalty of perjury that this information is true and correct.

Date: 5/9/2022 _____

Tom a. Clark
*Server's signature*

Tom A Clark, server
*Printed name and title*

**Expedite**
5009 Stillwood Drive
Nashville, TN 37220
*Server's address*
615-651-8601

Additional information concerning attempted service, etc.:
Fee check mailed to James Price