# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |
| **JEANNE ANN BURTON, TRUSTEE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **HAGH LAW, PLLC; AFSOON** | ) |
| **HAGH; MANOOKIAN, PLLC; and** | ) |
| **FIRST-CITIZENS BANK & TRUST** | ) |
| **COMPANY,** | ) |
| Defendants. | ) |
| | ) **Adv. Proc. No. 3:20-ap-90002** |

---

## SECOND REVISED NOTICE OF DEPOSITION
## OF AFSOON HAGH AND HAGH LAW, PLLC

Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7030 Jeanne Ann Burton, Chapter 7 Trustee and Plaintiff in this action, respectfully gives notice that she will take the deposition of Afsoon Hagh, individually and as the corporate representative of Hagh Law, PLLC, on May 18, 2022, beginning at 10:00 a.m. Central time via Zoom Video Conference.[1] A link to the conference will be sent to counsel for all parties and to the witness; any other party wishing to participate in the deposition should contact undersigned counsel. The deposition will be recorded by stenographic and/or videographic means. The topics to be addressed in the deposition are any nonprivileged matters relevant to any

---

[1] On May 16, 2022, counsel for Afsoon Hagh raised certain childcare concerns that would prevent her from attending a deposition at the courthouse but offered to make his client available for the deposition via Zoom. Rather than continuing the deposition further, the Trustee elected to proceed with the deposition via Zoom.

party's claims or defenses, pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure made applicable to this matter by Rule 7026 of the Federal Rules of Bankruptcy Procedure. The Trustee anticipates addressing the following topics:

**Afsoon Hagh, individually:**

- Background of Ms. Hagh's law practice

- Ms. Hagh's relationship with the Debtor

- Ms. Hagh's knowledge of the operations of the Debtor

- Work performed by Ms. Hagh and/or any other attorneys on the *Fitzgerald* case

- The settlement of the *Fitzgerald* case and distribution of settlement proceeds

- Work performed by Ms. Hagh and/or any other attorneys on the *Shoemaker* case

- Expenses advanced by and/or reimbursed to Ms. Hagh in the *Shoemaker* case

- Work performed by Ms. Hagh on any other case listed in Paragraph 23 of the Complaint in this matter

**Afsoon Hagh, as representative of Hagh Law, PLLC:**

- The founding and operations of Hagh Law, PLLC

- Work performed by Hagh Law, PLLC and/or any other attorneys on the *Fitzgerald* case

- The settlement of the *Fitzgerald* case and distribution of settlement proceeds

- Work performed by Hagh Law, PLLC and/or any other attorneys on the *Shoemaker* case

- Expenses advanced by and/or reimbursed to Hagh Law, PLLC in the *Shoemaker* case

2

- Work performed by Hagh Law, PLLC on any other case listed in Paragraph 23 of the Complaint in this matter

Dated: May 17, 2022

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel:    615.465.6008
Fax:    615.807.3048
Email: phillip@thompsonburton.com

Special Counsel for Jeanne Ann Burton, Trustee

**Certificate of Service**

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic notice/ECF on all parties having made an appearance herein.

This 17th day of May, 2022.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.

3