IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |
| JEANNE ANN BURTON, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90002 |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THIRD PARTY
DEPOSITIONS AND RESET CERTAIN OTHER DEADLINES**

Come now Defendants Hagh Law, PLLC ("Hagh Law"), Afsoon Hagh ("Ms. Hagh") and Mannokian, PLLC ("Manookian", collectively "Defendants"), by and through counsel, and respectfully move to continue three third party depositions scheduled for the week of May 23-27, 2022. (DNs 158 (notice for Ronette McCarthy, 5/25); 159 (notice for Brian Cummings, 5/26); 160 (Marty Fitzgerald, 5/27); 162–64 (subpoenas for same deponents).) As grounds for this Motion, the Defendants state that the principals of Defendants' firms have a previously scheduled trip next week for which they have already paid. Rescheduling these depositions will necessitate moving certain other deadlines, and the Trustee and Defendants have cooperated to reach an agreement on those revisions as memorialized in the attached proposed order. This Motion and Proposed Order were drafted in consultation with counsel for the Trustee.

Respectfully submitted,

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 10598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorney for Afsoon Hagh and Hagh Law, PLLC*

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed May 19, 2022, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |
| JEANNE ANN BURTON, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90002 |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THIRD PARTY DEPOSITIONS AND RESETTING CERTAIN OTHER DEADLINES

Upon the Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Certain Other Deadlines filed by Defendants Hagh Law, PLLC, Afsoon Hagh and Manookian, PLLC ("Defendants"), and good cause shown,

IT IS HEREBY ORDERED:

1. The third party depositions of Ronette McCarthy, Brian Cummings, and Marty Fitzgerald, previously scheduled for the week of May 23, 2022, may be re-set by agreement of the parties.

2. The discovery cutoff is hereby extended to June 30, 2022.

3. The deadline for any party to supplement its discovery responses is hereby extended to July 1, 2022.

4. The deadline for filing dispositive motions is hereby extended to July 29, 2022.

    a. The deadline for filing responses to dispositive motions is hereby extended to August 12, 2022.

    b. The deadline for replies to responses to dispositive motions is hereby extended to August 19, 2022.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY<br>AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 010598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorneys for Afsoon Hagh and
Hagh Law, PLLC*


/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed May 19, 2022, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

                                            /s/ Craig V. Gabbert, Jr.