# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, | ) | Chapter 7 |
| | ) | Judge Walker |
| Debtor. | ) | |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## EXPEDITED MOTION TO SET TELEPHONIC HEARING ON DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THIRD PARTY DEPOSITIONS AND RESET CERTAIN OTHER DEADLINES

Come now Defendants Hagh Law, PLLC ("Hagh Law"), Afsoon Hagh ("Ms. Hagh") and Mannokian, PLLC ("Manookian", collectively "Defendants"), by and through counsel, and respectfully move the Court to set an expedited hearing to rule on the Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Other Deadlines (DN 167) ("Motion") which was filed on May 19, 2022. In support of this Motion, and in compliance with Local Rule 9075-1(b), Defendants respectfully state as follows:

1. Defendants request expedited relief in in the Court's ruling on their Motion in order to enable rescheduling of three third party depositions.

2. These third party depositions are scheduled for this week, the first of which is set for today, May 25, 2022.

3. Notice of this expedited motion has been given to Plaintiff's counsel via e-mail on May 25, 2022 and Trustee's counsel consents to this expedited motion and the expedited hearing.

4. Defendants requests that a telephonic hearing be held on this Motion today or as soon as possible and can be available for hearing today at 1:00 p.m. or 2:00 p.m.

5. In the alternative, Defendants request that the Court enter the Proposed Order Granting Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Other Deadlines (DN 168).

Respectfully submitted,

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 10598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorney for Afsoon Hagh and*
*Hagh Law, PLLC*

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com
*Attorney for Manookian PLLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed May 25, 2022, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE: )
)                  Case No. 3:19-bk-07235
CUMMINGS MANOOKIAN, PLLC, )        Chapter 7
)                  Judge Walker
Debtor. )
)
JEANNE ANN BURTON, TRUSTEE, )
)
Plaintiff, )
)
v. )                                Adv. Proc. No. 3:20-ap-90002
)
HAGH LAW, PLLC; AFSOON HAGH; )
MANOOKIAN, PLLC; and FIRST- )
CITIZENS BANK & TRUST COMPANY, )
)
Defendants. )

## EXPEDITED ORDER ON MOTION TO SET TELEPHONIC HEARING ON DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THIRD PARTY DEPOSITIONS AND RESET CERTAIN OTHER DEADLINES

Upon the Motion to Set Telephonic Hearing on the Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Other Deadlines ("Motion"), and for good cause shown, the Court hereby schedules a telephonic hearing on the Motion for _____, 2022 at _____ ___.m.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 010598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorneys for Afsoon Hagh and*
*Hagh Law, PLLC*

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC*