Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.: 3:20−ap−90002
Related Bankruptcy Proceeding No.: 3:19−bk−07235

Judge: Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

vs

Defendant/Respondent : Hagh Law PLLC

## ORDER

ORDER by Judge Walker : With regard to docket entry # 168, The Submitted Order located at Dkt. #168 will not be entered by the Court as the related motion at Dkt. #168 is DENIED. The Courts previous order entered March 28, 2022 at Dkt. #143 paragraph 9 renders the motion as unnecessary and therefore, is moot. (RE: related document(s) 168) (leq)

Dated: 5/25/22

                                                /s/ Charles M Walker
                                                UNITED STATES BANKRUPTCY JUDGE