B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ Middle _____ District of _____ Tennessee _____

In re _Cummings Manookian, PLLC_____
### Debtor

*(Complete if issued in an adversary proceeding)*

Jeanne Ann Burton, Trustee_____
### Plaintiff

v.

Hagh Law, PLLC et al._____
### Defendant

Case No. ____3:19-bk-07235____

Chapter ____7____

Adv. Proc. No. ___3:20-ap-90002___

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:  Marty Fitzgerald_____

*(Name of person to whom the subpoena is directed)*

☑ *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:  *See Attachment A*

| PLACE | DATE AND TIME |
|---|---|
| Via Zoom - Instruction to be emailed to marty.fitzgerald17@gmail.com | 06/24/22        10:00 am |

The deposition will be recorded by this method:  Stenographic and videographic means, including Zoom recording

☐ *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____6/6/22_____

CLERK OF COURT

OR

_____              /s/ Phillip G. Young, Jr.
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Jeanne Ann Burton, Trustee_____ , who issues or requests this subpoena, are:

Philip Young, 6100 Tower Circle, Suite 200, Franklin, TN 37067, phillip@thompsonburton.com, (615) 465-6008

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Marty Fitzgerald; 8158 Golf Club Road; Mount Pleasant, TN 38474   via *personal service at 4:53 PM.*
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____40.00_____ .

My fees are $ ___40.00___ for travel and $_____ for services, for a total of $____40.00___ .

I declare under penalty of perjury that this information is true and correct.

Date: *6/7/2022*

_____
*Tom A. Clerk*
Server's signature

*Tom A. Clerk, Server*
Printed name and title

**Expedite**
5009 Stillwood Drive
Nashville, TN 37220
Server's address
615-681-8601

Additional information concerning attempted service, etc.:
Fee check previously tendered