UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Case No. 3:19-bk-07235

CUMMINGS MANOOKIAN, PLLC

    Debtor.

_____

JEANNE ANN BURTON

    Plaintiff,

v.                                       Adversary Case No. 20-ap-90002

HAGH LAW, PLLC,
AFSOON HAGH,
MANOOKIAN PLLC

    Defendants.

_____

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, the Notice of Appeal, document 184 on the record of the above case, was served by first class mail postage prepaid (or hand delivered as indicated below) to the following recipients:

**Debtor Cummings Manookian,**
**Jay R. Lefkovitz**
**Lefkovitz & Lefkovitz, PLLC**
312 East Broad Street, Suite A
Cookeville, TN 38501

**Trustee Jeanne Anne Burton**
**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

**Creditor Grant, Konvalinka & Harrison P.C.**
**John P. Konvalinka**
**Grant, Konvalinka & Harrison, P.C.**
633 Chestnut Street, Suite 900 Republic Centre
Chattanooga, TN 37450-0900

**Creditor D.F. Chase. Inc.**
**Daniel Puryear**
**Puryear Law Group**
104 Woodmont Boulevard, Suite 201

Nashville, TN 37205

**John Spragens**
**Spragens Law PLC**
311 22nd Ave. N.
Nashville, TN 37203

**MEGAN SELIBER**
U.S. TRUSTEE
701 Broadway, Room 318
Nashville, TN  37203
(HAND DELIVERED)

Dated: June 24, 2022                           /s/ Teresa C. Azan, Clerk of Court

LQ