# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## ORDER SETTING EXPEDITED STATUS CONFERENCE

This matter came before the Court upon the Expedited Motion to Schedule Status Conference (the "Motion") filed by Jeanne Ann Burton, Chapter 7 Trustee and Plaintiff herein (the "Trustee"); it appearing that good cause exists for conducting a status conference; and it appearing that the relief requested is in the best interests of all parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

A pretrial conference in this matter shall be conducted on _____, 2022 at _____ __.m. prevailing Central Time in The United States Bankruptcy Court for the Middle District of Tennessee, Courtroom Two, 701 Broadway, Nashville, Tennessee.

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

Approved for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008
phillip@thompsonburton.com

Special Counsel for Trustee