Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/28/2022



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|    Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|    Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

## ORDER SETTING EXPEDITED STATUS CONFERENCE

This matter came before the Court upon the Expedited Motion to Schedule Status Conference (the "Motion") filed by Jeanne Ann Burton, Chapter 7 Trustee and Plaintiff herein (the "Trustee"); it appearing that good cause exists for conducting a status conference; and it appearing that the relief requested is in the best interests of all parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

Response due by July 7, 2022.

A pretrial conference in this matter shall be conducted on July 13, 2022 at 11:00 a.m. prevailing Central Time in The United States Bankruptcy Court for the Middle District of Tennessee, Courtroom Two, 701 Broadway, Nashville, Tennessee.

This order was signed and entered electronically as indicated at the top of the first page.

Approved for entry:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008
phillip@thompsonburton.com

Special Counsel for Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.