# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

**AUDIO CD REQUEST FORM**

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

| 1. NAME OF PARTY REQUESTING CD | 2. DATE OF ORDER |
|---|---|
| **3. EMAIL ADDRESS** | **4. PHONE NUMBER** |
| **5. MAILING ADDRESS** | |

| 6. CASE NUMBER | 7. CASE NAME | 8. JUDGE |
|---|---|---|

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

**From** _____ **to** _____

**10. ORDER IS FOR**
    APPEAL        BANKRUPTCY        ADVERSARY
    OTHER:_____

**11. NUMBER OF COPIES REQUESTED** _____
(Note: Complete one copy of this form for each hearing/trial date requested.)

**12. PICK-UP/DELIVERY**
    Requesting Party:
      Will wait while the audio CD is prepared.
      Will return to pick-up the audio CD.
      Has provided a self-addressed, postage-paid mailing envelope.

| FOR COURT USE ONLY | DATE | BY | CD PICKED-UP OR DELIVERED TO: | |
|---|---|---|---|---|
| ORDER RECEIVED BY INTAKE | | | INITIALS | |
| SEARCH FEE PAID | | | DATE | |
| CD CREATED/DELIVERED | | | | |

jjk 2/2017
Case 3:20-ap-90002    Doc 193    Filed 06/29/22    Entered 06/29/22 15:50:38    Desc Main
Document    Page 1 of 1