# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:22-cv-00474 |
| CUMMINGS MANOOKIAN, PLLC, ) | |
| ) | Judge Aleta A. Trauger |
| Debtor. ) | |
| ) | |

## APPELLANTS MANOOKIAN PLLC AND BRIAN MANOOKIAN'S STATEMENT OF THE ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN APPELLATE RECORD

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellants Manookian PLLC and Brian Manookian ("Appellants") hereby files this Statement of the Issues to be Presented and Designation of Items to be Included in Appellate Record.

**Issues To Be Presented**

Whether the Bankruptcy Court erred in failing to recuse itself, scheduling an evidentiary hearing, and *sua sponte* quashing a subpoena after engaging in material *ex parte* communications about Appellants, details of which it has not disclosed to the parties.

**Designation of Items To Be Included in Appellate Record**

The appellate record consists of the following:

- All docket entries in the bankruptcy proceeding (No. 3:19-bk-07235) and related adversary proceeding (No. 3:20-ap-90002), specifically including adversary proceeding docket entries 161, 165, 173, 174, 177, and 178, and all attachments thereto.

- Transcript (forthcoming) of June 29, 2022 adversary proceeding hearing on motion to disqualify.

Date:   June 29, 2022                                    Respectfully submitted,

*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC and Brian Manookian*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Statement of the Issues to be Presented and Designation of Items to be Included in Appellate Record was filed June 29, 2022, and served electronically upon the following parties in interest as indicated on the receipt issued by the Court's electronic filing system:

Phillip Young
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008 (T)
phillip@thompsonburton.com

*Counsel for Trustee Jeanne Anne Burton*

Craig Vernon Gabbert, Jr
Glenn Benton Rose
Bass, Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
615-742-6277
Fax : 615-742-0465
cgabbert@bassberry.com
grose@bassberry.com

*Counsel for Defendant Hagh Law PLLC*


      /s/ John Spragens