IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

## MOTION TO WITHDRAW EXPEDITED MOTION TO SCHEDULE STATUS CONFERENCE AND TO CANCEL STATUS CONFERENCE

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), and moves to withdraw her Expedited Motion to Schedule Status Conference (Doc. 189) (the "Motion") and to cancel the status conference set by the Court in its June 28, 2022 Order (Doc. 191) (the "Order") which was requested by the Motion. In support hereof, the Trustee states that the primary purpose of her Motion was to seek immediate guidance from the Court concerning the application of certain deadlines to this case. In light of the Court's oral statement made in open court on June 29, 2022 regarding its jurisdiction pending appeal, it appears that the relief sought in the Motion is premature and/or moot. Wherefore, the Trustee respectfully requests that she be allowed to withdraw the Motion, and that the Court cancel the status conference set for July 13, 2022 pursuant to the Order. The Trustee reserves the right to request a status conference in this matter upon the resolution of the pending appeal in this matter.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 30th day of June, 2022.

/s/ Phillip G. Young, Jr.