Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.: 3:20−ap−90002
Related Bankruptcy Proceeding No.: 3:19−bk−07235

Judge: Charles M Walker

In Re:

Plaintiff/Movant : Jeanne Ann Burton

   vs

Defendant/Respondent : Hagh Law PLLC

ORDER

ORDER by Judge Walker : With regard to docket entry # 198, The Court will take no action regarding the Submitted Order at Dkt. #198 as a motion is properly withdrawn via Notice. (RE: related document(s) 198) (leq)

Dated: 7/1/22

/s/ Charles M Walker
UNITED STATES BANKRUPTCY JUDGE