IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## NOTICE OF WITHDRAWAL OF
## EXPEDITED MOTION TO SCHEDULE STATUS CONFERENCE

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), and gives notice of her withdrawal of the Expedited Motion to Schedule Status Conference (Doc. 189) (the "Motion") previously filed in this case.[1] In light of the Court's oral statement made in open court on June 29, 2022 regarding its jurisdiction pending appeal (and, more specifically, its comment that all proceedings in this matter are stayed pending the appeal), it appears that most of the relief sought in the Motion is premature and/or moot. Accordingly, the Trustee hereby withdraws the Motion and requests that the scheduled status conference be canceled. The Trustee reserves the right to request a status conference in this matter upon the resolution of the pending appeal in this matter and/or to

---

[1] On June 30, 2022, the Trustee filed a Motion to Withdraw Expedited Motion to Schedule Status Conference and to Cancel Status Conference (Doc. 198). The Trustee originally filed a motion to withdraw, rather than a notice of withdrawal, because the Court had already granted the Motion and entered an Order establishing a status conference. In light of the Court's order of July 1, 2022 (Doc. 200), the Trustee submits this Notice instead of the motion to withdraw.

seek other relief similar to that sought in the Motion.

Dated: July 1, 2022.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr. (Bar No. 21078)
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615.465.6000
Fax: 615.807.3048
Email: phillip@thompsonburton.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 1st day of July, 2022.

/s/ Phillip G. Young, Jr.