IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | Adv. Proc. No. 3:20-ap-90002 |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENTRY
OF UNOPPOSED SUMMARY JUDGMENT ON ALL CLAIMS AND NOTICE OF
FILING PROPOSED ORDER**

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), and files her response objecting to *Defendants' Motion for Entry of Unopposed Summary Judgment on All Claims and Notice of Filing Proposed Order* (the "Motion"). As grounds for her objection, the Trustee states that:

1. The Trustee vehemently opposes the Motion as the parties had previously agreed to an extension of time to file and respond to motions for summary judgment in this adversary proceeding. Given the agreement of the parties to extend the deadlines, the Motion is untimely as the deadline to respond has not expired.

2. As a result of the appeal filed by Mr. Manookian (Docket Entry 184), this Court has stayed all matters in this adversary proceeding until such time as the United States District

Court for the Middle District of Tennessee renders a decision. Therefore, there is no response deadline to the Motion and the Motion should be denied.

3. Finally, summary judgment is entirely improper at this junction as discovery is still ongoing and Trustee needs to complete discovery to formulate its response to summary judgment. The Trustee will file a more detailed and thorough response at the appropriate time.

WHEREFORE, premises considered, the Trustee respectfully requests that this Court enter and order denying the Motion and for such other and further relief as may be warranted.

Respectfully submitted,

/s/ Ronald G. Steen, Jr.
Phillip G. Young, Jr.
Ronald G. Steen, Jr. (BPR No. 20536)
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com
ronn.steen@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 15th day of July, 2022.

/s/ Ronald G. Steen, Jr.
Ronald G. Steen, Jr.