EXHIBIT

_1_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **Case No, 3:19-bk-07235** |
| | **Chapter 7** |
| **CUMMINGS MANOOKIAN, PLLC** | |
| Debtor. | **Judge Walker** |
| | **Adv. Proc. No. 3:20-ap-90002** |
| **JEANNE ANN BURTON, TRUSTEE** | |
| Plaintiff, | |
| v. | |
| **HAGH LAW, PLLC; AFSOON HAGH;** | |
| **and MANOOKIAN PLLC,** | |
| Defendants. | |

**DEFENDANT MANOOKIAN PLLC'S SECOND SET OF
REQUESTS FOR ADMISSION TO THE PLAINTIFF**

Manookian PLLC, through counsel, and propounds the following Requests for Admission

upon the Plaintiff.

**REQUESTS FOR ADMISSION**

1.      Admit that Exhibit 1 is an attorney-client agreement between Cummings

Manookian and Edward Goodwin and Brett Keefer.

**RESPONSE:**

2.	Admit that Exhibit 1 is a genuine copy of an attorney-client agreement between Cummings Manookian and Edward Goodwin and Brett Keefer.

**RESPONSE:**


3.	Pursuant to Fed. R. Civ. P. 36(a)(1)(B), admit the genuineness of Exhibit 1.

**RESPONSE:**


4.	Admit that on April 19, 2017, Brian Cummings was a member of Cummings Manookian.

**RESPONSE:**


5.	Admit that on April 1, 2017, Brian Cummings had the authority to enter into Exhibit 1 on behalf of Cummings Manookian.

**RESPONSE:**


6.	Admit that on April 1, 2017, Cummings Manookian entered into an Agreement with Brett Keefer and Edward Goodwin whose terms are contained in Exhibit 1.

**RESPONSE:**


7.	Admit that Exhibit 1 was drafted by Cummings Manookian.

**RESPONSE:**

8. Admit that Exhibit 1 was drafted by Brian Cummings on behalf of Cummings Manookian.

**RESPONSE:**

9. Admit that Exhibit 1 is a binding contract.

**RESPONSE:**

10. Admit that Exhibit 1 is binding upon Brett Keefer.

**RESPONSE:**

11. Admit that Exhibit 1 is binding upon Edward Goodwin.

**RESPONSE:**

12. Admit that Exhibit 1 is binding upon Cummings Manookian.

**RESPONSE:**

13. Admit that Cummings Manookian withdrew from representing Brett Keefer.

**RESPONSE:**

14. Admit that Cummings Manookian withdrew from representing Edward Goodwin.

**RESPONSE:**

15. Admit that Cummings Manookian withdrew from representing Brett Keefer prior to receiving a settlement for Mr. Keefer or Chesta Shoemaker's estate.

**<u>RESPONSE:</u>**

16. Admit that Cummings Manookian withdrew from representing Edward Goodwin prior to receiving a settlement for Mr. Goodwin or Chesta Shoemaker's estate.

**<u>RESPONSE:</u>**

17. Admit that Cummings Manookian did not pay any costs or expenses associated with any lawsuit filed on behalf of Brett Keefer, Edward Goodwin, or Chesta Shoemaker's estate.

**<u>RESPONSE:</u>**

18. Admit that Exhibit 1 is the only written agreement between Cummings Manookian and Brett Keefer.

**<u>RESPONSE:</u>**

19. Admit that Exhibit 1 is the only written agreement between Cummings Manookian and Edward Goodwin.

**<u>RESPONSE:</u>**

20. Admit that Exhibit 1 is the only written agreement between Cummings Manookian and any representative of Chesta Shoemaker's estate.

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs   Page 4 of 17

**RESPONSE:**

21.     Admit that as of January 1, 2019, Cummings Manookian had no members or partners with active licenses to practice law.

**RESPONSE:**

22.     Admit that as of February 1, 2019, Cummings Manookian had no members or partners with active licenses to practice law.

**RESPONSE:**

23.     Admit that as of February 11, 2019, Cummings Manookian had no members or partners with active licenses to practice law.

**RESPONSE:**

24.     Admit that as of March 1, 2019, Cummings Manookian had no members or partners with active licenses to practice law.

**RESPONSE:**

25.     Admit that as of January 1, 2019, Cummings Manookian had no employees.

**RESPONSE:**

26.     Admit that as of February 1, 2019, Cummings Manookian had no employees.

**RESPONSE:**

27.	Admit that as of February 11, 2019, Cummings Manookian had no employees.

**RESPONSE:**

28.	Admit that as of March 1, 2019, Cummings Manookian had no employees.

**RESPONSE:**

29.	Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in December 2018.

**RESPONSE:**

30.	Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in January 2019.

**RESPONSE:**

31.	Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in February 2019.

**RESPONSE:**

32.	Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in March 2019.

Case 3:20-ap-90002    Doc 214-1    Filed 07/28/22    Entered 07/28/22 07:38:02    Desc
Exhibit Manookian Second RFAs    Page 6 of 17

**RESPONSE:**

33. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in April 2019.

**RESPONSE:**

34. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in May 2019.

**RESPONSE:**

35. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in June 2019.

**RESPONSE:**

36. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in July 2019.

**RESPONSE:**

37. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in August 2019.

**RESPONSE:**

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs   Page 7 of 17

38. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in September 2019.

**RESPONSE:**

39. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in October 2019.

**RESPONSE:**

40. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in November 2019.

**RESPONSE:**

41. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in December 2019.

**RESPONSE:**

42. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in 2020.

**RESPONSE:**

43. Admit that Cummings Manookian made no payments to any employee, as salary or otherwise, in 2021.

**RESPONSE:**

44.     Admit that Cummings Manookian has made no payments to any employee, as salary or otherwise, in 2022.

**RESPONSE:**

45.     Admit that Brian Cummings never signed a pleading in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358, identifying himself as working for or on behalf of Cummings Manookian.

**RESPONSE:**

46.     Admit that Brian Manookian never signed a pleading in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358, identifying himself as working for or on behalf of Cummings Manookian.

**RESPONSE:**

47.     Admit that Afsoon Hagh never signed a pleading in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358, identifying himself as working for or on behalf of Cummings Manookian.

**RESPONSE:**

9

48. Admit that no attorney ever signed a pleading in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358, identifying himself or herself as working for or on behalf of Cummings Manookian.

**<u>RESPONSE:</u>**

49. Admit that no attorney ever entered an appearance in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358, that identified himself or herself as working for or on behalf of Cummings Manookian.

**<u>RESPONSE:</u>**

50. Admit that Brian Cummings did no work for or on behalf of Cummings Manookian in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358.

**<u>RESPONSE:</u>**

51. Admit that Brian Manookian did no work for or on behalf of Cummings Manookian in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358.

**<u>RESPONSE:</u>**

52. Admit that Afsoon Hagh did no work for or on behalf of Cummings Manookian in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358.

**<u>RESPONSE:</u>**

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs   Page 10 of 17

53. Admit that no attorney did any work for or on behalf of Cummings Manookian in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358.

**RESPONSE:**

54. Admit that Cummings Manookian did not correspond or communicate with Brett Keefer or Edward Goodwin in 2019.

**RESPONSE:**

55. Admit that Cummings Manookian did not correspond or communicate with Brett Keefer or Edward Goodwin in 2020.

**RESPONSE:**

56. Admit that Cummings Manookian did not correspond or communicate with Brett Keefer or Edward Goodwin in 2021.

**RESPONSE:**

57. Admit that Cummings Manookian was not involved in negotiating any final terms of settlement in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358.

**RESPONSE:**

58. Admit that Cummings Manookian is aware of the terms of any settlement in *Shoemaker v. VUMC*, Davidson County Circuit Court No. 19C358.

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs   Page 11 of 17

**RESPONSE:**

59.     Admit that Exhibit 2 is an attorney-client agreement between Cummings Manookian and Marty Fitzgerald and Melissa Fitzgerald.

**RESPONSE:**

60.     Admit that Exhibit 2 is a genuine copy of an attorney-client agreement between Cummings Manookian and Marty Fitzgerald and Melissa Fitzgerald.

**RESPONSE:**

61.     Pursuant to Fed. R. Civ. P. 36(a)(1)(B), admit the genuineness of Exhibit 2.

**RESPONSE:**

62.     Admit that on May 23, 2018, Brian Manookian was a member of Cummings Manookian.

**RESPONSE:**

63.     Admit that on May 23, 2018, Brian Manookian had the authority to enter into Exhibit 2 on behalf of Cummings Manookian.

**RESPONSE:**

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs    Page 12 of 17

64.  Admit that on May 23. 2018, Cummings Manookian entered into an Agreement with Marty and Melissa Fitzgerald whose terms are contained in Exhibit 2.

**RESPONSE:**

65.  Admit that Exhibit 2 was drafted by Cummings Manookian.

**RESPONSE:**

66.  Admit that Exhibit 2 was drafted by Brian Manookian on behalf of Cummings Manookian.

**RESPONSE:**

67.  Admit that Exhibit 2 is a binding contract.

**RESPONSE:**

68.  Admit that Exhibit 2 is binding upon Marty and Melissa Fitzgerald

**RESPONSE:**

69.  Admit that Exhibit 2 is binding upon Cummings Manookian.

**RESPONSE:**

70.  Admit that Cummings Manookian withdrew from representing Marty and Melissa Fitzgerald.

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs   Page 13 of 17

**RESPONSE:**

71.    Admit that Cummings Manookian withdrew from representing Marty and Melissa Fitzgerald prior to receiving any settlement for them.

**RESPONSE:**

72.    Admit that Exhibit 2 is the only written agreement between Cummings Manookian and Marty and Melissa Fitzgerald.

**RESPONSE:**

73.    Admit that Exhibit 3 is a letter from Cummings Manookian to Marty and Melissa Fitzgerald.

**RESPONSE:**

74.    Admit that on December 7, 2018, Brian Manookian was a member or partner of Cummings Manookian.

**RESPONSE:**

75.    Admit that on December 7, 2018, Brian Manookian was the sole member of Cummings Manookian.

**RESPONSE:**

Case 3:20-ap-90002   Doc 214-1   Filed 07/28/22   Entered 07/28/22 07:38:02   Desc
Exhibit Manookian Second RFAs   Page 14 of 17

76. Admit that on December 7, 2018, Brian Manookian was authorized to speak on behalf of Cummings Manookian.

**RESPONSE:**

77. Admit that on December 7, 2018, Brian Manookian was authorized to speak to Marty and Melissa Fitzgerald on behalf of Cummings Manookian on the topic of his and Cummings Manookian's representation of the Fitzgeralds.

**RESPONSE:**

78. Admit that Exhibit 3 is a letter from Brian Manookian on behalf of Cummings Manookian to Marty and Melissa Fitzgerald.

**RESPONSE:**

79. Pursuant to Fed. R. Civ. P. 36(a)(1)(B), admit the genuineness of Exhibit 3.

**RESPONSE:**

80. Admit that Exhibit 3 was sent by Brian Manookian to Marty and Melissa Fitzgerald.

**RESPONSE:**

81. Admit that Exhibit 3 was received by Marty and Melissa Fitzgerald.

**RESPONSE:**

82. Admit that Exhibit 3 states that Brian Manookian and Cummings Manookian are withdrawing from their representation of Marty and Melissa Fitzgerald.

**RESPONSE:**

83. Admit that Exhibit 3 requests that Marty and Melissa Fitzgerald obtain another attorney or firm to represent them.

**RESPONSE:**

84. Admit that Exhibit 3 states that because Cummings Manookian is withdrawing from the representation, it will not be entitled to any portion of an attorney's fee in the matter.

**RESPONSE:**

85. Admit that Exhibit 3 states that Cummings Manookian specifically disclaims any attorney's fee in the Fitzgerald matter.

**RESPONSE:**

86. Admit that Cummings Manookian disclaimed any attorney's fee in the Fitzgerald matter via written letter to the Fitzgeralds.

**RESPONSE:**

Date: March 3, 2022                                    Respectfully submitted,

                                                       */s/ John Spragens*
                                                       John Spragens (TN Bar No. 31445)
                                                       Spragens Law PLC
                                                       311 22nd Ave. N.
                                                       Nashville, TN 37203
                                                       T: (615) 983-8900
                                                       F: (615) 682-8533
                                                       john@spragenslaw.com

                                                       *Attorney for Manookian PLLC and Brian*
                                                       *Manookian*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on Phillip Young as Counsel for the Plaintiff on March 3, 2022.

                                                       */s/ John Spragens*