**From:** **John Spragens** john@spragenslaw.com
**Subject:** Re: Burton v. Hagh et al. - Discovery Responses
**Date:** July 1, 2022 at 6:56 PM
**To:** Phillip Young phillip@thompsonburton.com

Phillip,

As you were previously advised, the Defendants certify that their prior discovery responses are accurate.

Best,
John

On Fri, Jul 1, 2022 at 4:27 PM Phillip Young <phillip@thompsonburton.com> wrote:

John,

Please see attached.

## Thompson Burton PLLC
*Redefining the Art of Law.*

_____

**Phillip Young**
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Direct Dial: (615) 465-6008
phillip@thompsonburton.com
www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

--
John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900