## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST-CITIZENS BANK & TRUST COMPANY, | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF INTENT TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT

Jeanne Ann Burton, chapter 7 trustee herein (the "Trustee"), hereby gives notice that she intends to file a motion for partial summary judgment upon conclusion of discovery in this case. As thoroughly outlined in the Trustee's Motion to Stay All Deadlines Pending Resolution of Appeal (Doc. 209) (the "Motion to Stay"), the parties agreed to extend the deadline for filing motions for summary judgment until July 29, 2022, and the deadline for responding to those motions until August 12, 2022. However, as discussed in the Motion to Stay and in the Motion to Compel Marty Fitzgerald to Comply with Subpoena for Testimony (Doc. 2010) (the "Motion to Compel"), discovery has not been completed and the Court has indicated that it would not consider any discovery disputes until the conclusion of a pending appeal. Therefore, the Trustee hereby notifies the Court and all parties in interest that she intends to file a motion for partial

summary judgment in this matter once discovery has been completed as contemplated by all pretrial orders filed in this matter.

Dated: July 29, 2022

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
Email: phillip@thompsonburton.com

Special Counsel for Truste

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system upon all parties having entered appearances therein on this the 29th day of July, 2022.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.