# EXHBIT 8 TO BE FILED UNDER SEAL