# EXHBIT 9 TO BE FILED UNDER SEAL