## Erica S. Gilmore, Metropolitan Trustee
## Property Tax Payment



| ADDRESS INFORMATION | Account | 000172363 | Bill | 20-21941 |
|---|---|---|---|---|
| 45 MUSIC SQ W | Receipt | 4558679 | Date | May 18, 2021 |
| NASHVILLE | Receipted By | PATRICK EVANS | | |
| | Received By | PATRICK EVANS | | |

### APPRAISAL INFORMATION

| | |
|---|---|
| Personal Property | Personalty |
| Equal Factor | 1.000000000 |
| Total Value | $73,806.00 |
| Assessed Percent | 30% |
| Assessed Value | $22,142.00 |
| Tax Rate | 4.221000000 |
| Total Base Tax | $934.62 |

### PAYMENT INFORMATION

| | |
|---|---|
| Total Base Tax | $934.62 |
| Interest Accrued | $42.06 |
| Previous Balance | $976.68 |
| Tax Paid Today | $934.62 |
| Interest Paid Today | $42.06 |
| Total Paid Today | $976.68 |

PAID IN FULL

| METHOD | PAID BY | AMOUNT |
|---|---|---|
| Ck#65540 | Attorneys Title Company Inc | $976.68 |

**2020**

**THANK YOU FOR YOUR PAYMENT!**

BALANCE DUE | $0.00

---

✂ CUT OR TEAR ALONG THIS LINE



EXHIBIT
Cummings
3 CW
6-9-22

CUMMINGS MANOOKIAN PLC
45 MUSIC SQ W
NASHVILLE, TN 37203

Metropolitan Trustee
PO BOX 305012
Nashville, TN 37230-5012