**JL Design**
439 East Iris Dr
TN  37204 US (615) 321-1888
dawnne.stephens@gmail.com

Brian Manookian
45 Music Square W
Nashville, TN  37203-3205
**INVOICE #** 1350

# INVOICE

**BILL TO**

**DATE** 06/10/2016
**DUE DATE** 06/10/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **cost of goods sold:item**<br>Crate and Barrell - Desk | 1 | 359.10 | 359.10T |
| **cost of goods sold:Shipping** | 1 | 39.90 | 39.90 |
| **cost of goods sold:item**<br>CB2 - Side Table | 1 | 224.10 | 224.10T |
| **cost of goods sold:Shipping** | 1 | 24.90 | 24.90 |
| **cost of goods sold:item**<br>Lumens - Marsh Chandelier (Black) | 1 | 1,925.00 | 1,925.00T |
| **cost of goods sold:item**<br>Four Hands - Chair | 1 | 650.00 | 650.00T |
| **cost of goods sold:Shipping** | 1 | 53.90 | 53.90 |
| **cost of goods sold:item**<br>Lumens - Karrington Chandelier | 1 | 2,075.00 | 2,075.00T |
| **cost of goods sold:item**<br>Nashville Office Interiors - Brian's Desk | 1 | 10,970.00 | 10,970.00T |
| **cost of goods sold:Shipping** | 1 | 110.00 | 110.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 16,431.90 |
| TAX (9.25%) | | 1,498.80 |
| TOTAL | | 17,930.70 |
| BALANCE DUE | | **$17,930.70** |