# EXHBIT 12 TO BE FILED UNDER SEAL