<>Legal Professionals: Law Firm Marketing



… Lawyers.com  /  Find a US Lawyer  /  Tennessee  /  Nashville  /  Cummings Manookian PLC

**Not active on Lawyers.com**



### Need Legal Help?

We will match you with lawyers in your area.

Select your legal issue

**Start Live Chat**



# Cummings Manookian PLC

Law Firm in Nashville, TN

**Peer Reviews**
5.0  (13)

**Client Reviews**
👍 no reviews



What are they? 

Established in 2014

UPDATE YOUR PROFILE

## Featured Medical Malpractice Firms in Nashville, TN



**The Cochran Firm - Nashville**

n/a

👍 80%

📞 View Phone #	✉ Contact



**Kinnard Law**

5.0

👍 n/a

📞 615-823-7422	✉ Contact



**Hancock, Daniel & Johnson, P.C.**

4.6

👍 100%

📞 615-271-9107	✉ Contact

Contact All Featured Law Firms

View More Law Firms ›

OVERVIEW	REVIEWS	LOCATION

## Areas of Law

Medical Malpractice            Personal Injury            Catastrophic Injury
Automobile Accidents           Wrongful Death

---

## Firm Reviews 

 WRITE A CLIENT REVIEW

**CLIENT (0)**    PEER (13)

This firm's attorneys do not have client reviews.

---

## Attorneys at This Firm


**Brian Philip Manookian**
Member


**Afsoon Hagh**
Senior Attorney

---

## Firm Details

**Year Established**

2014

**Firm Size**

3

---

## Location Details

 **Nashville**

45 Music Square West
Nashville, TN 37203
U.S.A.

## Related Lawyers Near You

- Clarksville Personal Injury Lawyers
- Murfreesboro Personal Injury Lawyers
- Nashville Personal Injury Lawyers
- Clarksville Medical Malpractice Lawyers
- Murfreesboro Medical Malpractice Lawyers
- Nashville Medical Malpractice Lawyers
- Clarksville Automobile Accidents Lawyers
- Murfreesboro Automobile Accidents Lawyers
- Nashville Automobile Accidents Lawyers

**LEGAL PROFESSIONALS** | Build Your Business | Canadian Lawyers | Lawyer Blogs

About Us | Contact Us | Terms of Use | Privacy Policy | Do Not Sell My Personal Information | Cookie Policy

CONNECT WITH US    

Lawyers.com is part of the Martindale Network

Copyright © 2022 MH Sub I, LLC dba Internet Brands. The information provided on this site is not legal advice, does not constitute a lawyer referral service, and no attorney-client or confidential relationship is or should be formed by use of the site. The attorney listings on the site are paid attorney advertisements. Your access of/to and use of this site is subject to additional Supplemental Terms.