Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/10/2023



# IN THE UNITED STATTES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| _____ | ) |
| | ) |
| Jeanne Ann Burton, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proceeding: 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC; Afsoon Hagh; and | ) |
| Manookian PLLC | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER SCHULING HEARING
## ON MOTION TO DISQUALIFY BANKRUPTCY JUDGE

THIS MATTER is before the Court on the motion to disqualify filed on May 5, 2022, located at Docket Entry #161, as well as the Responses located at Dkt. # 173 and #174. The Court being duly advised,

IT IS HEREBY ORDERED that:

(1) An evidentiary hearing is set for presentation of the motion and any objections/responses on <u>March 28, 2023 at 1:00 p.m.</u>

(2) All parties and/or counsel must appear in person at the above scheduled date and time at Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.

(3) Presentation of evidence and argument subject to applicable Federal and Local Rules.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE***

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.