Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/27/2023



# IN THE UNITED STATTES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| | ) |
| Jeanne Ann Burton, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proceeding: 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC; Afsoon Hagh; and | ) |
| Manookian PLLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING**

THIS MATTER came before the Court on the Motion of Defendant's Hagh Law, PLLC, Afsoon Hagh, and Manookian, PLLC, to continue the hearing on the Motion to Disqualify Bankruptcy Judge scheduled for March 28, 2023 at 1:00 p.m.

Based on the Trustee/Plaintiff's agreement to a continuance, IT IS HEREBY ORDERED that

1) the Motion to Disqualify Bankruptcy Judge is reset to **April 4, 2023 at 8:00 a.m**.; and

2) all other provisions of the Order at Dkt. #220 remain in effect.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.