# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>　　Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE<br><br>　　Plaintiff,<br><br>v.<br><br>HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,<br><br>　　Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

### BRIAN MANOOKIAN AND MANOOKIAN PLLC'S LIST OF POTENTIAL WITNESSES FOR HEARING ON MOTION TO DISQUALIFY BANKRUPTCY JUDGE CHARLES WALKER

Brian Manookian and Manookian PLLC ("the Manookian Parties") respectfully submit this list of potential witnesses who may be called affirmatively by the Manookian parties at the April 4, 2023 hearing on the Manookian Parties' motion to disqualify:

1. Phillip Young, counsel for the Trustee.

2. Brian Manookian, interested party.

3. Judge Charles M. Walker.[1]

---

[1] The Manookian Parties recognize, based on the Court's prior ruling, that it may not permit itself to be called to testify, but they renew their request for the Court's testimony

Date: April 3, 2023                                    Respectfully submitted,


                                                       */s/ John Spragens*
                                                       John Spragens (TN Bar No. 31445)
                                                       Sragens Law PLC
                                                       311 22nd Ave. N.
                                                       Nashville, TN 37203
                                                       T: (615) 983-8900
                                                       F: (615) 682-8533
                                                       john@spragenslaw.com

                                                       *Attorney for Manookian PLLC and
                                                       Brian Manookian*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed April 3, 2023 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.


                                                       */s/ John Spragens*

---

on the limited topic of any *ex parte* communications about a litigant, and preserve the issue for the record.