# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE: )
)
CUMMINGS MANOOKIAN, PLLC, ) Case No. 3:19-bk-07235
 Debtor. ) Chapter 7
) Judge Walker
JEANNE ANN BURTON, TRUSTEE, )
 Plaintiff, )
)
v. )
)
HAGH LAW, PLLC; AFSOON HAGH; )
MANOOKIAN, PLLC; and FIRST- )
CITIZENS BANK & TRUST )
COMPANY, )
 Defendants. ) Adv. Proc. No. 3:20-ap-90002

---

BRIAN CUMMINGS, )
 Plaintiff, )
)
v. )
)
BRETTON KEEFER, on behalf of the )
deceased Chesta Shoemaker; JEANNE )
BURTON, as Trustee on behalf of )
Cummings Manookian, PLC; and )
AFSOON HAGH, )
 Defendants. ) Adv. Proc. No. 3:23-ap-90036
)

---

## MOTION TO SCHEDULE PRETRIAL CONFERENCE

Comes now Jeanne Ann Burton, Trustee (the "Trustee"), who respectfully moves to schedule a pretrial conference both Adversary Proceeding Number 3:20-ap-90002 (the "Trustee AP") and Adversary Proceeding Number 3:23-ap-90036 (the "Cummings AP"). As grounds for this Motion, the Trustee states that:

1. The Trustee AP has essentially been on hold for nearly a year, after Afsoon Hagh, Hagh Law, PLLC, Manookian, PLLC, and Brian Manookian filed a motion to recuse The Honorable Charles M. Walker from this proceeding, and then proceeded to appeal an interlocutory order related to that motion. There are a number of matters that need to be discussed and/or scheduled related to the Trustee AP, including: (1) ordering a key witness, Marty Fitzgerald, to sit for a subpoenaed deposition; and (2) resetting all pretrial dates, including deadlines for dispositive motions, since those deadlines all expired during the pendency of the appeal.

2. More recently, the United States District Court for the Middle District of Tennessee has referred the Cummings AP to this Court for determination. In essence, the Cummings AP seeks a legal determination as to the rights to legal fees generated in a case known as the "Shoemaker" case among Brian Cummings, Afsoon Hagh, and this bankruptcy estate. The Cummings AP involves some (but not all) issues that are present in the Trustee AP. The Trustee believes that the parties and the Court need to determine whether the Cummings AP should proceed in concert with the Trustee AP, or whether it should proceed on an independent schedule to be set by the Court.

3. Wherefore, the Trustee respectfully requests that the Court schedule a pretrial conference at the Court's convenience to discuss these matters or, alternatively, to enter its own pretrial order that addresses these issues.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 11th day of April, 2023.

/s/ Phillip G. Young, Jr.