# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,<br><br>Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

## BRIAN MANOOKIAN, MANOOKIAN PLLC, AFSOON HAGH, AND HAGH LAW PLLC'S NOTICE OF APPEAL AND STATEMENT OF ELECTION

Manookian PLLC, Brian Manookian, Afsoon Hagh, and Hagh Law PLLC ("Appellants") through counsel, give notice of their appeal from the Bankruptcy Court's April 5, 2023 Order (Doc 229). In furtherance of the same, Appellants state as follows.

**Part 1: Identity of Appellant**

1. The names of the appellants are Brian Manookian, Manookian, PLLC, Afsoon Hagh, and Hagh Law PLLC. Mr. Manookian is the sole owner and member of the Debtor, Cummings Manookian, PLLC as well as the sole owner and member of Adversary Proceeding Defendant, Manookian, PLLC. Afsoon Hagh is the sole owner and member of Adversary Proceeding Defendant, Hagh Law PLLC.

**Part 2: Subject of the Appeal**

2. Appellants appeals from the Court's Order Denying Motion to Disqualify Bankruptcy Judge Charles Walker (Doc. 229). The Order was entered on April 5, 2023.

**Part 3: Parties to the Appeal**

3. The names of the Parties to the Order appealed from as well as the contact information for their attorneys are:

    a. Debtor Cummings Manookian,
       Jay R. Lefkovitz
       Lefkovitz & Lefkovitz, PLLC
       312 East Broad Street, Suite A
       Cookeville, TN 38501
       (931) 528-5297 (T)
       931-526-6244 (F)
       JLefkovitz@lefkovitz.com

    b. Trustee Jeanne Anne Burton
       Phillip Young
       One Franklin Park
       6100 Tower Circle, Suite 200
       Franklin, TN 37067
       (615) 465-6008 (T)
       phillip@thompsonburton.com

    c. Creditor Grant, Konvalinka & Harrison, P.C.,
       John P. Konvalinka
       Grant, Konvalinka & Harrison, P.C.
       633 Chestnut Street Suite 900 Republic Centre
       Chattanooga, TN 37450-0900
       (423) 756-8400 (T)
       (423) 756-6518 (F)
       jkonvalinka@gkhpc.com

    d. Creditor D.F. Chase, Inc.
       Daniel Puryear
       Puryear Law Group
       104 Woodmont Boulevard, Suite 201
       Nashville, TN 37205
       (615) 255-4859 (T)

(615) 630-6602 (F)
dpuryear@puryearlawgroup.com

## Part 4: Election to have appeal heard by District Court

4. Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: April 18, 2023

Respectfully submitted,

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC, Brian Manookian, Afsoon Hagh, and Hagh Law PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed April 18, 2023 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ John Spragens