IN RE:

Case No. 3:19-bk-07235

CUMMINGS MANOOKIAN, PLLC

    Debtor.

---

Jeanne Ann Burton

      Plaintiff,

v.

Adversary Case No. 3:20-ap-90002

Hagh Law PLLC,
Afsoon Hagh,
Manookian PLLC

      Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, the Notice of Appeal, document 231 on the record of the above case, was served by first class mail postage prepaid (or hand delivered as indicated below) to the following recipients:

**JAY R. LEFKOVITZ**
**Lefkovitz & Lefkovitz, PLLC**
Debtor Cummings Manookian
312 East Broad Street, Suite A
Cookeville, TN 38501

**PHILLIP YOUNG**
Trustee Jeanne Anne Burton
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

**JOHN P. KONVALINKA**
Grant, Konvalinka & Harrison, P.C.
Creditor Grant, Konvalinka & Harrison P.C.,
633 Chestnut Street Suite 900 Republic Centre
Chattanooga, TN 37450-0900

**DANIEL PURYEAR**
Puryear Law Group
Creditor D.F. Chase, Inc.
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205

**JOHN SPRAGENS**
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203

**MEGAN SELIBER**
U.S. TRUSTEE
701 Broadway, Room 318
Nashville, TN  37203
(HAND DELIVERED)

Dated: April 20, 2023                                    /s/ Teresa C. Azan, Clerk of Court

LQ