Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/29/2024



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC., ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Jeanne Ann Burton, Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No.: 3:20-ap-90002 |
| ) | |
| Hagh Law, PLLC., Afsoon Hagh, ) | |
| Manookian, PLLC., and First Citizens ) | |
| Bank & Trust Company, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER SETTING STATUS CONFERENCE**

THIS MATTER is before the Court following issuance of the District Court of the Middle District of Tennessee's ruling affirming this Court's Order Denying the Motion to Recuse.

Therefore, IT IS HEREBY ORDERED that:

(1) A scheduling conference and status hearing is set for **Wednesday, February 7, 2024 at 11:00 a.m.** to ascertain the status of the case and schedule proceedings in furtherance of case administration.

(2) All parties and/or counsel may appear at the appointed time via Zoom. See the Courts' website for instructions to appear virtually.

1

(3) Failure to appear and participate in the scheduling conference may result in litigation

sanctions in the form of a waiver of any objection to or continuance of the established

administration dates and deadlines related hereto.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE***

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the 2
first page.
United States Bankruptcy Court.