**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| **JEANNE ANN BURTON, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) | |
| **MANOOKIAN, PLLC; and FIRST-** | ) | |
| **CITIZENS BANK & TRUST** | ) | |
| **COMPANY,** | ) | |
| Defendants. | ) | |
| | ) | **Adv. Proc. No. 3:20-ap-90002** |

---

## MOTION TO SCHEDULE STATUS CONFERENCE

---

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), who respectfully moves to schedule a status conference in this matter on or after February 12, 2025, at 11:00 a.m. As grounds for this Motion, the Trustee states that:

1. This case has effectively been stayed due to the Defendants' appeals of this Court's order denying recusal in this adversary proceeding and in the related main case. The District Court affirmed this Court's opinions (*see* Doc. 239), and recently the Sixth Circuit Court of Appeals also affirmed this Court's opinions (*see* Doc. 243).

2.      A status conference should be conducted in order to reset certain dates in this case, including dates for hearing discovery disputes[1] and deadlines for filing motions for summary judgment.

3.      Given the above considerations, the Trustee respectfully requests that the Court schedule a status conference on or after February 12, 2025, at 11:00 a.m.to discuss these matters or, alternatively, to enter its own order that addresses these issues.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 27th day of January, 2025.

/s/ Phillip G. Young, Jr.

---

[1] For example, the Trustee intends to file a motion to compel the deposition of a third party who has failed to appear despite two subpoenas. *See* Doc. 196. There may be other open discovery issues that need to be addressed as well.