SO ORDERED.
SIGNED 10th day of March, 2025



_____
Charles M. Walker
U.S. Bankruptcy Judge

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| ) | |
| Jeanne Ann Burton, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proceeding: 3:20-ap-90002 |
| ) | |
| Hagh Law, PLLC, Afsoon Hagh, ) | |
| Manookian, PLLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SCHEDULING ORDER

THIS MATTER was before the Court for status and scheduling pursuant to this Court's Order of January 28, 2025 (See Dkt. #246). The following schedule was set forth with the agreement of counsel present at the hearing:

(1) Discovery Deadline is April 21, 2025.

(2) Status hearing is continued to Wednesday. April 23, 2025, at 11:00 a.m. Courtroom 2, Second Floor, 701 Broadway, Nashville, Tennessee.

(3) Pre-trial conference is continued to April 23, 2025, at 11:00 a.m., Courtroom 2, Second Floor, 701 Broadway, Nashville, Tennessee.

All parties and/or counsel may appear in person or virtually via Zoom. Please refer to the Court's website for instructions to register to appear virtually.

Failure to appear and participate in the scheduling conference may result in litigation sanctions in the form of a waiver of any objection to or continuance of the established administration dates and deadlines related hereto.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE***