**Form prosenot**

# United States Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:20–ap–90002**
### Adversary Case

Related Bankruptcy Proceeding No.: 3:19–bk–07235

Plaintiff : Jeanne Ann Burton

   vs

Defendant : Hagh Law PLLC

---
### PRO SE PARTY NOTICE OF FILING
---

Hearing Set – (Scheduling Order – SA Order)– On Status. Hearing scheduled 4/23/2025 at 11:00 AM, Courtroom 2 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)252 Scheduling Order – SA Order) (mlh)

Dated: 3/10/25