United States Bankruptcy Court
Middle District of Tennessee

Burton,
    Plaintiff

Hagh Law PLLC,
    Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: admin      Page 1 of 2
Date Rcvd: Mar 10, 2025      Form ID: pdf001      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: ustpregion08.na.ecf@usdoj.gov | Mar 11 2025 00:21:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + | Email/Text: jeanne.burton@comcast.net | Mar 11 2025 00:21:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:
**Name      Email Address**

CRAIG VERNON GABBERT, JR
    on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

GLENN BENTON ROSE
    on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com

JOHN T. SPRAGENS
    on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG
    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

RONALD G STEEN, JR
    on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com

TOTAL: 5

District/off: 0650-3　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Mar 10, 2025　　　　　　　　Form ID: pdf001　　　　　　　　　　　Total Noticed: 6

CRAIG VERNON GABBERT, JR
    on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

SO ORDERED.
SIGNED 10th day of March, 2025



Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| Jeanne Ann Burton, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No: 3:20-ap-90002 |
| | ) |
| Hagh Law PLLC, Afsoon Hagh, Manookian PLLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER FOR RULE TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte* as a result of counsel's failure to appear pursuant to the Order Scheduling Status Conference ("Order" – Dkt. #228 in 3:19-bk-07235; Dkt. #246 in 3:20-ap-90002; Dkt. #34 in 3:23-ap-90036). In the Order, the Court set a Status Hearing for March 5, 2025, at 11:00 a.m. The Court set the hearing to "discuss the status of

1

further administration and future pleadings" in the cases. The Court required parties to appear either in-person or via Zoom, as well as ordering:

> (3) Failure to appear and participate in the scheduling conference may result in litigation sanctions in the form of a waiver of any objection to or continuance of the established administration dates and deadlines related hereto.

On the day of the hearing, John Spragens, counsel for Defendant, Bretton Keefer[1], and Defendant, Manookian, PLLC,[2] failed to appear as ordered.[3] The Court now issues this Rule for Mr. Spragens to show cause why he should not be held in contempt of this Court for his failure to appear as ordered.

Mr. Spragens is given until March 25, 2025, to file a Response to this Rule. The Response shall include the specific information regarding the conflict that prevented him from appearing as ordered on March 5, 2025. The specific information required includes the following:

(1) The Court in which the hearing referenced in his Motion to Continue.
(2) The case number of the conflicting hearing.
(3) The presiding judge over the conflicting hearing.
(4) The time the hearing began and ended.

Failure to comply with this Rule to Show Cause will result in the issuance of an Order of Contempt which will subject Mr. Spragens to sanctions, both litigatory and monetary.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.***

---

[1] 3:23-ap-90036
[2] 3:20-ap-90002
[3] On March 3, 2025, Mr. Spragens filed a Motion to Continue the hearing stating that he had a scheduling conflict on March 5, 2025, where he was scheduled for a lengthy evidentiary hearing in another case. Based on his failure to comply with this Court's Local Rules, as well as his failure to respect the Court and parties to these actions by waiting until the last minute to request a continuance, this Court denied the motion to continue. The Motion to Continue was only filed in the main bankruptcy case but was captioned for 3:20-ap-90002. Nothing was filed by Mr. Spragens in either adversary regarding the hearing.