IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| and MANOOKIAN, PLLC, | ) | |
| | ) | |
| Defendants. | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |

## RESPONSE TO ORDER FOR RULE TO SHOW CAUSE

Undersigned counsel respectfully files this Response to the Court's March 10, 2025, Order

for Rule to Show Cause (Case No. 3:19-bk-07235, Dkt. #235; Adv. Proc. No. 3:20-ap-90002, Dkt.

#251).

On December 10, 2024, Judge Lynne T. Ingram of the Eighth Circuit Court for Davidson

County, Tennessee, at Nashville, entered an Order in Case No. 18C1229, *Salas v. Rosdeutscher,*

*et al.*, setting an evidentiary hearing on March 5, 2025. Declaration of John Spragens, ¶ 2 (attached

as Ex. 1). The Court specifically noted that a full day would be reserved for the hearing. *Id.*

The hearing was convened at 9:01 a.m. on March 5, 2025, and proceeded until 3:54 p.m.

that day. *Id.*, ¶ 3. At the Court's direction, no lunch break was taken, only a brief recess in the

morning and a brief recess in the afternoon. Undersigned counsel attended and participated in the

entire hearing, which consisted of the direct and cross-examination of live witnesses, and personally conducted examinations of witnesses throughout the hearing. *Id.*

On March 19, 2025, undersigned counsel was present at the Tennessee Court of Appeals for oral argument in *Metropolitan Government of Nashville and Davidson County et al. v. Bill Lee et al.*, No. M2024-01182-COA-R3-CV, a case in which he serves as counsel for several of the plaintiffs. *Id.*, ¶ 4.

After discovering that he had unknowingly had two hearings set at the same time on March 5, 2025, undersigned counsel exchanged a series of emails with counsel for the Trustee over the last two weeks of February. *Id.*, ¶ 5. During the course of those email exchanges, undersigned counsel also realized he was unavailable on the Court's next scheduled docket of March 19, 2025. *Id.* Counsel for the Trustee stated that he would not oppose the request for a continuance but could not agree to postpone the hearing until the Court's next scheduled docket after March 19, 2025, which was April 23, 2025. *Id.* Accordingly, undersigned counsel respectfully asked the Court to reset the hearing for "April 23, 2025, or an earlier date agreeable to the Court and parties," with the understanding that counsel for the Trustee did not oppose the request for an earlier date, as he confirmed in his March 3, 2025 response. *Id.*

Undersigned counsel respectfully apologizes to the Court for his failure to perceive the scheduling conflict earlier, bring it to the Court's attention earlier, and specifically request a special setting of the hearing given counsel's conflicts with other court hearings on March 5 and 19, 2025.

/

/

/

/

Respectfully submitted,

John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Brian Manookian and Manookian, PLLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 25th day of March, 2025.

Craig V. Gabbert, Jr.
Glenn B. Rose
Bass, Berry & Sims
150 Third Avenue South Suite 2800
Nashville, TN 37201
615-742-6277
cgabbert@bassberry.com
grose@bassberry.com
*Attorneys for Afsoon Hagh*

Jay R. Lefkovitz
Lefkovitz & Lefkovitz, PLLC
312 East Broad Street, Suite A
Cookeville, TN 38501
(931) 528-5297
JLefkovitz@lefkovitz.com
*Attorneys for Cummings Manookian*

Phillip Young
Thompson Burton PLLC
One Franklin Park 6100
Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com
*Attorneys for Trustee Jeanne Burton*

John P. Konvalinka Grant
Konvalinka & Harrison, P.C.
633 Chestnut Street Suite 900
Chattanooga, TN 37450-0900
(423) 756-8400 (T)
jkonvalinka@gkhpc.com
*Attorney for Creditor Grant, Konvalinka & Harrison, P.C.*

Daniel Puryear
Puryear Law Group
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 255-4859 (T)
dpuryear@puryearlawgroup.com
*Attorney for Creditor D.F. Chase, Inc.*

Elizabeth S. Tipping
Neal|Harwell
1201 Demonbreun St #1000
Nashville, TN 37203
(615)244-1713
tipping@nealharwell.com
*Attorney for Brian Cummings*