SO ORDERED.
SIGNED 1st day of May, 2025



_____
Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|    Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|    Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

## PRETRIAL ORDER

This matter came before the Court on April 23, 2025, for a Pretrial Conference. Appearances were made at the Pretrial Conference by Phillip Young on behalf of the Trustee, Craig Gabbert on behalf of Afsoon Hagh and Hagh Law, PLLC, and John Spragens on behalf of Manookian, PLLC. At the Pretrial Conference, the Court directed the parties to confer concerning the completion of outstanding discovery. The parties were unable to come to an agreement on pretrial deadlines, but good cause having been shown, it is hereby **ORDERED** that:

1. Discovery in this matter shall be completed by June 30, 2025.

2. All parties shall serve amended discovery responses or certify in writing that their prior discovery responses are accurate, full and complete by May 19, 2025.

3. The deposition of Marty Fitzgerald shall occur via Zoom on June 12, 2025, pending the Trustee's issuance and service of a subpoena for testimony and production of documents for that day, or on such other date as the parties may agree.

4. The deadline for any party to file a discovery-related motion shall be June 20, 2025.

5. The Court shall conduct a subsequent pretrial conference on July 16, 2025, at 11:00 a.m., in Courtroom Two of the United States Bankruptcy Court for the Middle District of Tennessee.

6. Counsel for the parties shall confer on proposed pretrial and trial dates and shall file with the Court a pretrial worksheet outlining those proposed dates at least five (5) days prior to that pretrial conference,.

**IT IS SO ORDERED.** 7. This Order complies with the Court's statements at the hearing except that all parties have not signed it. The Court has considered all submissions at this time.

This order was signed and entered electronically as indicated at the top of the first page.

2

Case 3:20-ap-90002    Doc 263    Filed 05/01/25    Entered 05/01/25 16:21:55    Desc Main
Document    Page 2 of 3

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

3