

**Phillip Young <phillip@thompsonburton.com>**

## 19C358, Keefer vs. VUMC

**Gabbert, Craig V.** <CGabbert@bassberry.com>                    Fri, Dec 3, 2021 at 8:18 AM
To: Phillip Young <phillip@thompsonburton.com>
Cc: Afsoon Hagh <afsoon@tntriallawyers.com>, Bill Bystrynski <bbystrynski@edwardskirby.com>, EDWARDS JOHNNY <jedwards@edwardskirby.com>,
"slefkovitz@lefkovitz.com" <slefkovitz@lefkovitz.com>, "brian@cummingsinjurylaw.com" <brian@cummingsinjurylaw.com>

Your client's claim/lien has attached to my escrow account by agreement, as has those of Brian Cummings and Phillip North's client. I am holding the fee there. The only thing I released were the funds necessary to pay/reimburse actual costs of travel, experts, etc. I don't understand why it is necessary to keep the case open.

# BASS BERRY + SIMS

**Craig Gabbert**
Counsel

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
615-742-6277 phone • 615-742-0465 fax
cgabbert@bassberry.com • www.bassberry.com

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**

Unless specifically indicated otherwise, this email, including any attachments, was not intended and cannot be used for the purpose of (A) avoiding U.S. tax-related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Phillip Young <phillip@thompsonburton.com>
**Sent:** Friday, December 3, 2021 7:56 AM
**To:** Guinn, Marla (STC) <marlaguinn@jisnashville.gov>
**Cc:** Afsoon Hagh (afsoon@haghlaw.com) <afsoon@haghlaw.com>; Thomas Wiseman <tom@wisemanashworth.com>; Brad Dowd <brad@wisemanashworth.com>; John Edwards <jedwards@edwardskirby.com>; Bill Bystrynski <bbystrynski@edwardskirby.com>;

slefkovitz@lefkovitz.com; brian@cummingsinjurylaw.com; Jeanne Burton <jeanne.burton@comcast.net>; Gabbert, Craig V. <CGabbert@bassberry.com>
**Subject:** Re: 19C358, Keefer vs. VUMC

Ms. Guinn,

[Quoted text hidden]