| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | **Case No. 3:19-bk-07235** |
|     Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON | ) | |
| HAGH; MANOOKIAN, PLLC; and | ) | |
| FIRST-CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | **Adv. Proc. No. 3:20-ap-90002** |

---

## RENEWED MOTION TO COMPEL
## DISCOVERY RESPONSES FROM MANOOKIAN, PLLC

Pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7037, Jeanne Ann Burton, Chapter 7 Trustee and Plaintiff herein (the "Trustee"), respectfully moves to compel responses to Plaintiff's First Set of Interrogatories Propounded to Defendant Manookian, PLLC (the "Interrogatories") originally propounded to Manookian, PLLC ("Manookian Law") on November 24, 2020.

On November 24, 2020, the Trustee served interrogatories, requests for document production, and requests for admission on Manookian Law. Pursuant to the Federal Rules of Civil Procedure and the Bankruptcy Rules, responses to this discovery were due on December 24, 2020. Due to the holidays, and upon request by counsel for Manookian

Law, the Trustee extended the response deadline for this written discovery to January 28, 2021.

On January 26, 2021, Manookian Law served responses to the Interrogatories, Requests, and the requests for admission. The Trustee deemed Manookian Law's responses to the requests for admission adequate, but viewed Manookian Law's responses to the Interrogatories and Requests as seriously deficient. Because the Court had stayed discovery in this matter for a number of months, the Trustee took no action on the deficiencies in Manookian Law's responses to the Interrogatories and Requests until October 29, 2021. On that day, the Trustee sent a letter (the "Meet and Confer Letter") to counsel for Manookian Law identifying the deficiencies in the responses to the Interrogatories and Requests.

The Trustee sought more full and adequate responses to the Interrogatories and Requests by November 12, 2021. On November 12, 2021, counsel for Manookian Law responded to the Meet and Confer Letter in writing (the "Response"). In essence, the Response made clear that Manookian Law stands by its prior discovery responses, declined to provide any updated responses, but invited the Trustee's counsel to initiate a conference call with counsel for Manookian Law and Brian Manookian, individually. Counsel of the Trustee replied to the Response on November 16, 2021 (the "Reply"). In the Reply, the Trustee declined the invitation to conduct a call with counsel for Manookian Law and his client, but expressed a willingness to conduct a call involving counsel only. Despite requesting a response by November 29, 2021, counsel for Manookian Law did not respond until December 3, 2021. In an email dated December 3, 2021, counsel for Manookian Law agreed to have a telephone call that involved counsel only. On December 7, 2021, counsel

2

for the Trustee initiated that call and explained more fully the deficiencies with Manookian Law's responses. Counsel for Manookian Law agreed to consult with his client and inform the Trustee's counsel of their position.

On December 21, 2021, the Trustee filed a Motion to Compel Discovery Responses from Manookian, PLLC (Doc. 95). On March 28, 2022, the Court entered an Order Regarding Motions to Compel Discovery Responses (Doc. 143) (the "Order Compelling"). Among the provisions of the Order Compelling was this directive: "Manookian, PLLC is hereby ordered to provide, by April 1, 2022, a written statement in response to Interrogatory Number 5 regarding the percentage or dollar amount to which Manookian, PLLC alleges it is entitled with regard to fees generated by the *Fitzgerald* and *Shoemaker* matters." To date, Manookian, PLLC has not provided a response to that direct question.

On March 26, 2025, the Trustee once again sought a response to this question in a letter from Trustee's counsel to Manookian, PLLC's counsel. No response was given. On May 1, 2025, the Court entered a Pretrial Order (Doc. 263) that included the following requirement: "All parties shall serve amended discovery responses or certify in writing that their prior discovery responses are accurate, full and complete by May 19, 2025.". On May 20, 2025, counsel for Manookian, PLLC certified that its prior discovery responses were accurate, full and complete without providing an update to its response to Interrogatory Number 5.

Manookian Law, PLLC should be compelled to fully respond to Interrogatory 5 and specifically identify "the percentage or dollar amount to which Manookian, PLLC alleges it is entitled with regard to fees generated by the *Fitzgerald* and *Shoemaker* matters".

Case 3:20-ap-90002   Doc 265   Filed 06/20/25   Entered 06/20/25 18:25:31   Desc Main
Document    Page 3 of 5

For the reasons outlined above, the Trustee requests that the Court compel Manookian Law, PLLC to respond to the outstanding Interrogatory listed in this Motion. The Trustee further requests that the Court award the estate its attorney's fees incurred in connection with this Motion.

Dated: June 20, 2025

<div style="margin-left:40%">

Respectfully Submitted,

*/s/ Phillip G. Young, Jr.*
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel:    615.465.6008
Fax:    615.807.3048
Email: phillip@thompsonburton.com

Special Counsel to Trustee

</div>

## RULE 37 CERTIFICATION

I certify that I, in good faith, conferred or attempted to confer with Manookian Law PLLC's counsel in an effort to obtain discovery responses without court action. The specific actions taken to obtain these discovery responses are detailed in this Motion, and contained on the Court's docket in this matter.

<div style="margin-left:40%">

/s/ Phillip G. Young, Jr.

</div>

<u>**Certificate of Service**</u>

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic notice/ECF and/or United States Mail, first class, postage prepaid, to the following persons:

Craig V. Gabbert, Jr.
Bass, Berry & Sims PLC
21 Platform Way, Suite 3500
Nashville, TN 37203

John T. Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203

This 20th day of June, 2025.

*/s/ Phillip G. Young, Jr.*
Phillip G. Young, Jr.