UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Case No. 3:19-bk-07235

JEANNE ANN BURTON, TRUSTEE VS. HAGH LAW, PLLC

## TENNESSEE AFFIDAVIT OF SERVICE

William Clark is a professional process server working with Expedite Process and Courier Services, which was originally hired and tasked with serving MARTY FITZGERALD on 1 April 2025 with a Subpoena.

1. Service was attempted at 0911hrs 1 April 2025 at Mr. Fitzgerald's residence located at:

   8158 Golf Club Rd.
   Mount Pleasant, TN 38474.

   A young man who is staying with Mr. Fitzgerald took a notice of attempted service for Mr. Fitzgerald and claimed Mr. Fitzgerald would be in Alabama for, "quite some time," but that he would give Mr. Fitzgerald the message.

2. A second and third attempt were made on Mr. Fitzgerald at 1127hrs 15 April 2025 and 1523hrs on 17 April 2025 without success. Notices were left on the front door of the resdidence.

3. A fourth, fifth and sixth attempt were made on Mr. Fitzgerald at his home address at 134hrs 7 May 2025, again at 1129hrs 14 May 2025, and at 0831hrs 21 May 2025.

4. As of the date of this document Mr. Fitzgerald has failed to reach out to arrange for service.

5. Further affiant sayeth not.

**Expedite**
214 2nd Ave N, suite 205
Nashville, TN 37201
615-852-6190

_____
Signature of Affiant

State of Tennessee

County of: Davidson

On this 9th day of June, 2025 before me appeared personally William Clark

To me known to be the person (or persons) described in and who executed the foregoing instrument, and acknowledged that such person (or persons) executed the same as such person (or persons) free act and deed.

_Tom A. Clark_

Notary Signature

My Commission Expires: _____ (SEAL)