# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CUMMINGS MANOOKIAN, PLLC, | ) Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HAGH LAW, PLLC; AFSOON | ) |
| HAGH; MANOOKIAN, PLLC; and | ) |
| FIRST-CITIZENS BANK & TRUST | ) |
| COMPANY, | ) |
| Defendants. | ) |
| | ) Adv. Proc. No. 3:20-ap-90002 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, a true and correct copy of *Plaintiff's Motion to Compel Marty Fitzgerald to Appear for Deposition or to Exclude Testimony of Marty Fitzgerald* in the above-referenced matter was served via CM/ECF upon all parties having made an appearance in this matter, and served via U.S. Mail on the following parties:

Craig V. Gabbert, Jr.
Bass, Berry & Sims PLC
21 Platform Way, Suite 3500
Nashville, TN 37203

John T. Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203

Marty Fitzgerald
8158 Golf Club Rd.
Mount Pleasant, TN 38474

DATED this 20th day of June, 2025.

Respectfully submitted,

s/ Phillip G. Young, Jr.
Phillip G. Young, Jr. (21087)
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
Email: phillip@thompsonburton.com

*Special Counsel for Jeanne Burton, Trustee*