**SO ORDERED.**
**SIGNED 23rd day of June, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Charles M. Walker**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| | ) |
| Jeanne Ann Burton, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No: 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC; Afsoon Hagh; and | ) |
| Manookian, PLLC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER SETTING HEARING AND ESTABLISHING PROCEDURES

THIS MATTER is before the Court on the following matters filed on behalf of the Chapter 7

Trustee:

a) Motion to Compel Discovery Responses from Afsoon Hagh and Hagh Law, PLLC

(ECF 264);

b) Renewed Motion to Compel Discovery Responses from Manookian, PLLC (ECF 265);

1

c) Motion to Compel Marty Fitzgerald to Appear for Deposition or to Exclude Testimony of Marty Fitzgerald (ECF 266)

These matters will be heard on July 16, 2025 at 11:00 a.m., Courtroom 2, 701 Broadway, Customs House, Nashville, Tennessee. In-person appearance ONLY. No virtual appearance permitted.

Any Response or pleading related in any way to these matters, and/or the subject matter contained there, must be filed by 12:00 p.m. on July 7, 2025. Any Reply to a Response, or any Response to a related pleading, must be filed no later than 12:00 p.m. on July 10, 2025.

**PLEASE NOTE**: The Court will *NOT* entertain any request for continuance of the hearing.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS*
*INDICATED AT THE TOP OF THE FIRST PAGE*

2