# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90002 |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST-CITIZENS BANK & TRUST COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | |

## TRUSTEE'S STATUS REPORT

Jeanne Ann Burton, chapter 7 trustee herein (the "Trustee"), hereby provides this status report in advance of the status conference to be conducted by this Court on July 16, 2025.

On May 1, 2025, this Court entered a Pretrial Order (Doc. 263) that addressed certain discovery issues and scheduled a pretrial conference on July 16, 2025. The Court also directed the parties to confer on pretrial and trial dates and file a joint pretrial worksheet outlining those dates.[1]

While she would like to move this matter forward as soon as possible, the Trustee believes that it is premature to suggest trial dates, or even dispositive motion dates, at this time.

---

[1] The parties exchanged emails about the joint pretrial worksheet on Wednesday, July 9, 2025. The Trustee's counsel expressed to the Defendants' counsel that he felt it would be premature to suggest trial dates and dispositive motion dates for the reasons expressed herein, and suggested that the parties file a joint status report to that effect. The Defendants did not respond to that suggestion so the Trustee has determined to file this status report with the Court.

As the Court knows from the three pending motions to compel, there are fairly significant discovery issues remaining, including the potential for an additional deposition. If the Court were to compel the third party witness' attendance at that deposition, it is unlikely that discovery will be complete until mid-August, at best. Further, the Sixth Circuit Court of Appeals has not issued an opinion on the appeal of this Court's denial of a motion to dismiss in *Cummings v. Keefer et al.,* 3:23-bk-90036. Based upon this Court's prior comments at pretrial conferences, the Trustee has understood that the Court is awaiting a decision in the *Cummings* appeal before deciding whether to consolidate that matter with this adversary proceeding, in whole or in part. The Trustee anticipates that counsel for Brian Cummings will want some limited discovery which, if that matter is administratively consolidated with this adversary proceeding, will likely affect the timing of motions and/or a trial.

The Trustee respectfully suggests that judicial economy and practicality would be best served by setting another pretrial conference on or after August 20, 2025, at which time the discovery issues and appeal might be resolved.

Dated:    July 11, 2025

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
Email: phillip@thompsonburton.com

Special Counsel for Trustee

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system upon all parties having entered appearances therein on this the 11th day of July, 2025.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.