Burton,

     Plaintiff

Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,

     Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Jul 22 2025 00:14:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + Email/Text: jeanne.burton@comcast.net | Jul 22 2025 00:14:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:**

**Name**       **Email Address**

CRAIG VERNON GABBERT, JR

on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com  bankr@bassberry.com;delores.walker@bassberry.com

GLENN BENTON ROSE

on behalf of Defendant Hagh Law PLLC grose@bassberry.com  bankr@bassberry.com

JOHN T. SPRAGENS

on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM  spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG

on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

RONALD G STEEN, JR

on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com


TOTAL: 5

SO ORDERED.
SIGNED 21st day of July, 2025



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



Charles M. Walker
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
) Case No: 3:19-bk-07235
Cummings Manookian, PLLC, ) Chapter 7
) Honorable Charles M. Walker
Debtor. )
_____ )
Jeanne Ann Burton, )
)
Plaintiff, )
v. ) Adv. Proc. 3:20-ap-90002
)
Hagh Law, PLLC, Afsoon Hagh, )
Manookian, PLLC, )
)
Defendants. )
_____ )

### ORDER GRANTING THE TRUSTEE'S MOTIONS TO COMPEL (2) AS TO THE DEFENDANTS, DENYING THE MOTION AS TO MARTY FITZGERALD AND SETTING PRETRIAL CONFERENCE

The Court has reviewed the Trustee's Motions to Compel and the Responses of the

Defendants. The Court has not read nor considered the Replies of the Trustee (ECF 273, 274,

275) as they were filed in violation of this Court's order dated June 24, 2025, requiring those

Replies to be filed by noon on July 10, 2025.

1

Considering the filings and pursuant to this Court's Orders dated April 14, 2022, and April 28, 2025, containing admonitions and instructions as to the administration and litigation of this case, the Court finds and rules as follows:

First, the Trustee's Motion to Compel Discovery Responses from Afsoon Hagh, Individually and on behalf of Hagh Law, PLLC (ECF 264) is GRANTED. Ms. Hagh has until July 25, 2025, to provide complete responses to the questions set forth in the Trustee's motion subject to the applicable protective order. Failure to comply with this order will result in a rule to show cause wherein the Court may impose litigation sanctions and/or monetary sanctions.

As for this motion, pursuant to the Court's orders previously referenced, this Court is prepared to exercise its discretion in the imposition of discovery sanctions. Therefore, the attorney for the Trustee is to provide an affidavit as to the services and attorney fees associated with the prosecution of this motion. Not to be included in the charges are those related to the associated Reply (ECF 264) as it is not a part of this proceeding. There has been a protective order in place for over three years that safeguards Ms. Hagh and addresses her concerns regarding this discovery request. Three years is more than enough time to answer seven questions. As the Court has previously noted, failures to disclose, willful concealment of relevant information, gamesmanship, etc. will not be tolerated. The Defendant's assertion that "other than one letter" the Trustee made no effort to confer is ridiculous. The Trustee should not have to send letter after letter, file numerous motions and wait several years for discovery.

Second, the Trustee's Renewed Motion to Compel Discovery Responses from Manookian PLLC. (ECF 265) is GRANTED. Manookian Law, PLLC has until July 25, 2025, to provide a complete response to Interrogatory 5 and specifically identify the percentage or dollar amount to which Manookian, PLLC alleges it is entitled regarding fees generated by the

2

*Fitzgerald/Shoemaker* matters. The Defendant's response is an attempt to skew the request. The question does not ask if Manookian PLLC alleges that Cummings Manookian PLLC owes it money. It is if Manookian PLLC alleges a claim to any fees generated by the *Fitzgerald/Shoemaker* matters. The Defendant shall answer the question that was asked over three years ago and answer it properly according to the rules and law. The attorney for the Trustee is to submit an affidavit as to the fees associated with this Motion and do not include fees for the Reply (ECF 265).

Third, the Trustee's Motion to Compel Marty Fitzgerald to Appear for Deposition or to Exclude Testimony of Marty Fitzgerald (ECF 266) is DENIED WITHOUT PREJUDICE to the extent that it seeks his appearance without service or exclusion of his testimony. The Court will extend the discovery deadline only as to Mr. Fitzgerald considering the proof the Trustee tendered with the motion showing the numerous attempts at service. The Trustee has until August 20, 2025, to effectuate service on Mr. Fitzgerald. Although it may appear that he is evading service, the Court will give him one last chance to schedule a deposition once served. Given that the Trustee is interested in the logistics of the matter and not in details that may be painful, the Court orders that he comply with the subpoena or face the usual and customary consequences for such behavior. The request for exclusion of testimony is premature at this juncture. That is a motion to be taken *in limine*.

Therefore, IT IS HEREBY ORDERED that

1) The Trustee's Motion to Compel as to Afsoon Hagh and Hagh Law is GRANTED, and the Trustee is awarded reasonable attorney's fees subject to further order of this Court.

2) The Trustee's Motion to Compel as to Manookian PLLC is GRANTED and the Trustee is awarded reasonable attorney's fees subject to further order of this Court.

3

3) The Motion to Compel Marty Fitzgerald to Appear for Deposition is DENIED as to the request that he be required to appear without proper service of a subpoena. The request for attorney's fees as to this motion is DENIED.

4) The discovery deadline exclusively for Marty Fitzgerald is August 20, 2025, and Mr. Fitzgerald is ordered to comply with any properly served subpoena.

5) The PreTrial Conference in this matter is continued to September 10, 2025, at 11:15 am.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE***

4