**From:** **John Spragens** john@spragenslaw.com
**Subject:** Manookian/Hagh discovery responses
**Date:** July 25, 2025 at 1:14 PM
**To:** Phillip Young phillip@thompsonburton.com
**Cc:** Dave Kieley dave@spragenslaw.com

Phillip,

Can you please send word copies of the discovery requests we were ordered to supplement? Also — my clients and I are all out of the office today for vacation. Would you grant me a one-business-day extension and let us serve our supplemental discovery responses on Monday?

Thanks,
John

John Spragens
Spragens Law PLC
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
(615) 983-8900