IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|    Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|    Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

**SUPPLEMENT TO TRUSTEE'S MOTION FOR CONTEMPT
OF A PRIOR COURT ORDER AND FOR SANCTIONS**

    Comes now Jeanne Ann Burton, Chapter 7 Trustee herein (the "Trustee") and files this *Supplement to Trustee's Motion for Contempt of a Prior Court Order and for Sanctions* against the Defendants Hagh Law, PLLC ("Hagh Law"), Afsoon Hagh ("Hagh"), and Manookian, PLLC ("Manookian Law").

    On July 30, 2025, the Trustee filed her *Motion for Contempt of a Prior Court Order and for Sanctions* against Hagh Law, Hagh, and Manookian Law (collectively, the "Defendants") for the Defendants' failure to provide certain discovery responses by July 25, 2025, as ordered by this Court. On August 4, 2025, undersigned counsel received adequate responses to the outstanding discovery via United States Mail. The responses were typewritten, signed on July 28, 2025, and postmarked on July 29, 2025, from Santa Rosa, Florida.

The Trustee considers the discovery responses to be complete, albeit untimely. The Trustee defers to the Court regarding how it wishes to address the outstanding Motion for Contempt, as it is wholly within the Court's discretion how it wishes to enforce its own Order.

DATED: August 4, 2025

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel. (615) 465-6008
E-mail: phillip@thompsonburton.com

Special Counsel to Trustee

Certificate of Service

The undersigned hereby certifies that a copy of this Motion was served on all parties having filed notice in this adversary proceeding via the Court's electronic case filing system, including counsel for the Defendants, John Spragens and Craig Gabbert, this the 4th day of August, 2025.

/s/ Phillip G. Young, Jr.