SO ORDERED.
SIGNED 8th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER AWARDING AND IMPLEMENTING SANCTIONS
PURSUANT TO THIS COURT'S ORDER OF JULY 21, 2025**

On July 21, 2025, this Court entered an Order Granting the Trustee's Motions to Compel ("Order" - ECF 278). The provisions of that Order included an award of attorneys' fees to the Movant/Plaintiff/Trustee[1], as follows:

1) The Trustee's Motion to Compel as to Afsoon Hagh and Hagh Law is GRANTED, and the Trustee is awarded reasonable attorney's fees subject to further order of this Court.

---

[1] That Order also referenced and incorporated this Court's Orders of April 14, 2022 (ECF 149) and April 28, 2025 (ECF 260).

1

2) The Trustee's Motion to Compel as to Manookian PLLC is GRANTED and the Trustee is awarded reasonable attorney's fees subject to further order of this Court.

The attorney for the Trustee was instructed to file an Affidavit (see ECF 277) as to the services and attorney fees associated with the prosecution of the (1) Motion to Compel Discovery Responses from Afsoon Hagh and Hagh Law, PLLC (ECF 264); and (2) Renewed Motion to Compel Discovery Responses from Manookian PLLC (ECF 265).

Therefore, pursuant to this Court's Order of July 21, 2025, and the Affidavit of the Trustee's attorney, IT IS HEREBY ORDERED that:

A. The Affidavit of Phillip G. Young, Jr. Regarding Fees Associated with Motion to Compel Discovery Responses (ECF 277) is well taken and appears to be filed in good faith.

B. Afsoon Hagh and Hagh Law, PLLC are sanctioned $2,760, payable to Thompson Burton, PLLC.

C. Manookian, PLLC is sanctioned in the amount of $2,185.00 payable to Thompson Burton, PLLC.

D. Payments pursuant to paragraphs A and B above are to be made in full directly to Phillip G. Young, Jr., Thompson Burton PLLC, One Franklin Park, 6100 Tower Circle, Suite 200, Franklin, Tennessee 37067 and received at that address no later than <u>August 14, 2025</u>.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*