# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | |

---

## NOTICE OF SERVICE OF ORDER FOR RULE TO SHOW CAUSE

---

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), and provides notice that service of that certain *Order for Rule to Show Cause* (Dkt No. 284) dated August 8, 2025, has been served by the undersigned counsel for the Trustee by first-class U.S. Mail, postage prepaid, on August 8, 2025, upon the following as required by the Court:

| | | |
|---|---|---|
| Afsoon Hagh<br>45 Music Square W.<br>Nashville, TN 37203 | Hagh Law PLLC<br>c/o Afsoon Hagh<br>Managing Partner<br>45 Music Square W.<br>Nashville, TN 37203 | Manookian PLLC<br>c/o Brian Manookian<br>Managing Partner<br>45 Music Square W.<br>Nashville, TN 37203 |
| Craig V. Gabbert, Jr.<br>Bass, Berry & Sims PLC<br>21 Platform Way South, Ste. 3500<br>Nashville, TN 37203 | John T. Spragens<br>Spragens Law PLC<br>915 Rep. John Lewis Way S.<br>Suite 100<br>Nashville, TN 37203 | |

Dated: August 8, 2025.

Respectfully submitted,

/s/ Ronald G. Steen, Jr.
Phillip G. Young, Jr. (21087)
Ronald G. Steen, Jr. (20536)
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com
ronn.steen@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee