United States Bankruptcy Court
Middle District of Tennessee

Burton,

    Plaintiff

Hagh Law PLLC,

    Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: admin      Page 1 of 2

Date Rcvd: Aug 08, 2025      Form ID: pdf001      Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| ust | | Email/Text: ustpregion08.na.ecf@usdoj.gov | Aug 08 2025 23:48:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + | Email/Text: jeanne.burton@comcast.net | Aug 08 2025 23:48:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |

CRAIG VERNON GABBERT, JR
> on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

GLENN BENTON ROSE
> on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com

JOHN T. SPRAGENS
> on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG
> on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

RONALD G STEEN, JR
> on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com


TOTAL: 5

SO ORDERED.
SIGNED 8th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, | ) |
| Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER AWARDING AND IMPLEMENTING SANCTIONS
PURSUANT TO THIS COURT'S ORDER OF JULY 21, 2025**

On July 21, 2025, this Court entered an Order Granting the Trustee's Motions to Compel

("Order" - ECF 278). The provisions of that Order included an award of attorneys' fees to the

Movant/Plaintiff/Trustee[1], as follows:

1) The Trustee's Motion to Compel as to Afsoon Hagh and Hagh Law is
GRANTED, and the Trustee is awarded reasonable attorney's fees subject to
further order of this Court.

---

[1] That Order also referenced and incorporated this Court's Orders of April 14, 2022 (ECF 149) and April 28, 2025 (ECF 260).

1

2) The Trustee's Motion to Compel as to Manookian PLLC is GRANTED and the Trustee is awarded reasonable attorney's fees subject to further order of this Court.

The attorney for the Trustee was instructed to file an Affidavit (see ECF 277) as to the services and attorney fees associated with the prosecution of the (1) Motion to Compel Discovery Responses from Afsoon Hagh and Hagh Law, PLLC (ECF 264); and (2) Renewed Motion to Compel Discovery Responses from Manookian PLLC (ECF 265).

Therefore, pursuant to this Court's Order of July 21, 2025, and the Affidavit of the Trustee's attorney, IT IS HEREBY ORDERED that:

A. The Affidavit of Phillip G. Young, Jr. Regarding Fees Associated with Motion to Compel Discovery Responses (ECF 277) is well taken and appears to be filed in good faith.

B. Afsoon Hagh and Hagh Law, PLLC are sanctioned $2,760, payable to Thompson Burton, PLLC.

C. Manookian, PLLC is sanctioned in the amount of $2,185.00 payable to Thompson Burton, PLLC.

D. Payments pursuant to paragraphs A and B above are to be made in full directly to Phillip G.Young, Jr., Thompson Burton PLLC, One Franklin Park, 6100 Tower Circle, Suite 200, Franklin, Tennessee 37067 and received at that address no later than August 14, 2025.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

2