United States Bankruptcy Court

Middle District of Tennessee

Burton,

    Plaintiff

        Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0650-3             User: admin               Page 1 of 2

Date Rcvd: Aug 08, 2025         Form ID: pdf001            Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Aug 08 2025 23:48:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla + | Email/Text: jeanne.burton@comcast.net | Aug 08 2025 23:48:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025            Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:**

**Name**             **Email Address**

CRAIG VERNON GABBERT, JR
on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

GLENN BENTON ROSE
on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com

JOHN T. SPRAGENS
on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG
on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

RONALD G STEEN, JR
on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com

TOTAL: 5

CRAIG VERNON GABBERT, JR
on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

SO ORDERED.
SIGNED 8th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Charles M. Walker
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, | ) |
| Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER FOR RULE TO SHOW CAUSE

To:   **Afsoon Hagh**          **Hagh Law PLLC**          **Manookian PLLC**
      **45 Music Square W.**    **c/o Afsoon Hagh**        **c/o Brian Manookian**
      **Nashville, TN 37203**   **Managing Partner**       **Managing Partner**
                                **45 Music Square W.**      **45 Music Square W.**
                                **Nashville, TN 37203**     **Nashville, TN 37203**

This Rule to Show Cause is issued against you for failure to obey the directions and

orders of this Court regarding that Order entered on July 21, 2025 ("Order" - ECF 278) requiring

1

your compliance with the Trustee's discovery requests by July 25, 2025. That Order also provided: "Failure to comply with this order will result in a rule to show cause wherein the Court may impose litigation sanctions and/or monetary sanctions."

Pursuant to the Trustee's Motion for Contempt of Prior Court Order and for Sanctions (ECF 280), the Court being duly advised,

IT IS HEREBY ORDERED that you are to appear before the Honorable Charles M. Walker, or any judge sitting in his place, in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee at 11:00 a.m. on Wednesday, August 20, 2025,C to show cause why you should not be held in contempt of court. **Any failure to comply with this order will result in an Order of Contempt against you and the U.S. Marshals Service will be directed to enforce such order of contempt by body attachment (arrest) and/or the imposition of sanctions up to $500 per day.**

IT IS FURTHER ORDERED that the Trustee is to serve a copy of this Rule to Show Cause on the above-named Defendants, as well as their counsel of record, by U.S. Mail, or any other method to ensure proper service, at the address listed on the Court's docket.

### *THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

2