# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE

**Bankruptcy Proceeding No. <u>3:20–ap–90002</u>**
**Adversary Case**
**Judge <u>Charles M Walker</u>**

Related Bankruptcy Proceeding No.:  3:19–bk–07235

Plaintiff : Jeanne Ann Burton

vs

Defendant : Hagh Law PLLC

## ORDER SETTING HEARING ON SHORTENED NOTICE

ORDER REGARDING:

*290* – Trustee's Second Motion For Contempt of a Prior Court Order and for Sanctions. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP)

Trustee's Second Motion For Contempt of a Prior Court Order and for Sanctions.

PLEASE TAKE NOTICE that a hearing is set on the motion filed at docket entry no.290 requesting that the relief referenced in the motion be scheduled on shortened notice.

The hearing on the motion is scheduled for 8/20/25 at 11:00 AM, in Courtroom 2 (Virtual hearing if allowed, see website for details), 701 Broadway, Nashville, TN 37203.

Dated: <u>8/18/25</u>                                                      <u>/s/ Charles M Walker</u>
                                                                                       U.S Bankruptcy Judge