**SO ORDERED.**
**SIGNED 18th day of August, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**





_____
**Charles M. Walker**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| _____ | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, | ) |
| Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

# ORDER FOR RULE TO SHOW CAUSE

**To:** **Afsoon Hagh**          **Hagh Law PLLC**          **Manookian PLLC**
**45 Music Square W.**    **c/o Afsoon Hagh**      **c/o Brian Manookian**
**Nashville, TN 37203**   **Managing Partner**     **Managing Partner**
                          **45 Music Square W.**   **45 Music Square W.**
                          **Nashville, TN 37203**  **Nashville, TN 37203**

This Rule to Show Cause is issued against you for failure to obey the directions and

orders of this Court regarding that Order entered on August 8, 2025 ("Order" - ECF 283)

1

requiring your payment of sanctions in the form of attorney fees to Phillip G. Young, Jr. by August 14, 2025. That Order also provided: "Failure to comply with this order will result in a rule to show cause wherein the Court may impose litigation sanctions and/or monetary sanctions."

Pursuant to the Trustee's Second Motion for Contempt of Prior Court Order and for Sanctions (ECF 290), the Court being duly advised,

IT IS HEREBY ORDERED that you are to appear before the Honorable Charles M. Walker, or any judge sitting in his place, in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee <u>at 11:00 a.m. on Wednesday, August 20, 2025,C</u> to show cause why you should not be held in contempt of court. **Any failure to comply with this order will result in an Order of Contempt against you and the U.S. Marshals Service will be directed to enforce such order of contempt by body attachment (arrest) and/or the imposition of sanctions up to $500 per day.**

IT IS FURTHER ORDERED that the Trustee is to serve a copy of this Rule to Show Cause on the above-named Defendants, as well as their counsel of record, by U.S. Mail, or any other method to ensure proper service, at the address listed on the Court's docket.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE***

2