# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE OF ORDER FOR RULE TO SHOW CAUSE

Comes now Jeanne Ann Burton, Trustee and Plaintiff in this matter (the "Trustee"), and provides notice that service of that certain *Order for Rule to Show Cause* (Dkt No. 292) dated August 18, 2025, has been served by the undersigned counsel for the Trustee by first-class U.S. Mail, postage prepaid, on August 19, 2025, upon the following as required by the Court:

| | | |
|---|---|---|
| Afsoon Hagh<br>45 Music Square W.<br>Nashville, TN 37203 | Hagh Law PLLC<br>c/o Afsoon Hagh<br>Managing Partner<br>45 Music Square W.<br>Nashville, TN 37203 | Manookian PLLC<br>c/o Brian Manookian<br>Managing Partner<br>45 Music Square W.<br>Nashville, TN 37203 |
| Craig V. Gabbert, Jr.<br>Bass, Berry & Sims PLC<br>21 Platform Way South, Ste. 3500<br>Nashville, TN 37203 | John T. Spragens<br>Spragens Law PLC<br>915 Rep. John Lewis Way S.<br>Suite 100<br>Nashville, TN 37203 | |

Dated: August 19, 2025.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr. (21087)
Ronald G. Steen, Jr. (20536)
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com
ronn.steen@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee