# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## SUPPLEMENT TO TRUSTEE'S SECOND MOTION FOR CONTEMPT OF A PRIOR COURT ORDER AND FOR SANCTIONS

Comes now Jeanne Ann Burton, Chapter 7 Trustee herein (the "Trustee") and files this *Supplement to Trustee's Second Motion for Contempt of a Prior Court Order and for Sanctions* against the Defendants Hagh Law, PLLC ("Hagh Law"), Afsoon Hagh ("Hagh"), and Manookian, PLLC ("Manookian Law").

On August 15, 2025, the Trustee filed her Second *Motion for Contempt of a Prior Court Order and for Sanctions* against Hagh Law, Hagh, and Manookian Law (collectively, the "Defendants") for the Defendants' failure to pay sanctions by August 14, 2025, as ordered by this Court. At approximately 2:00 p.m. on August 19, 2025, undersigned counsel received via hand delivery a check in the amount of $4945.00, drawn on the operating account of Spragens Law. The check is made payable to "Phillip G. Young, Jr. / Thompson Burton PLLC" and references "8/8/2025 Sanctions Award Payment".

As with the prior motion for contempt, the Trustee defers to the Court regarding how it wishes to proceed with the enforcement of its own Order.

DATED: August 19, 2025

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel.  (615) 465-6008
E-mail:  phillip@thompsonburton.com

Special Counsel to Trustee

Certificate of Service

The undersigned hereby certifies that a copy of this Supplement was served on all parties having filed notice in this adversary proceeding via the Court's electronic case filing system, including counsel for the Defendants, John Spragens and Craig Gabbert, this the 19th day of August, 2025.

/s/ Phillip G. Young, Jr.