# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
|     Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAGH LAW, PLLC; AFSOON HAGH; | ) | |
| MANOOKIAN, PLLC; and FIRST- | ) | |
| CITIZENS BANK & TRUST | ) | |
| COMPANY, | ) | |
|     Defendants. | ) | |
| | ) | Adv. Proc. No. 3:20-ap-90002 |

## AFFIDAVIT OF PHILLIP G. YOUNG, JR. REGARDING FEES ASSOCIATED WITH SECOND MOTION FOR CONTEMPT OF A PRIOR COURT ORDER AND FOR SANCTIONS

Phillip G. Young, Jr., being duly sworn, states as follows:

1. I am over eighteen years of age and have personal knowledge of the matters set forth herein.

2. I am an attorney licensed to practice law in the state of Tennessee and admitted to practice before all courts in the State of Tennessee. I am a member of Thompson Burton PLLC (the "Firm").

3. Thompson Burton, PLLC has been employed as special counsel for Jeanne Ann Burton, Trustee for the Debtor and Plaintiff herein.

4. The Trustee filed her Second Motion for Contempt of a Prior Court Order and for Sanctions (Doc. 290) (the "Second Contempt Motion") due to the Defendants' violations

of the terms of the Court's Order Awarding and Implementing Sanctions Pursuant to this Court's Order of July 21, 2025 (Doc. 283) (the "Sanctions Order"). Subsequently, the Court entered an Order for Rule to Show Cause (Doc. 292) (the "Second Show Cause Order").

5. On August 20, 2025, the Court conducted a show cause hearing and issued an Order Granting Trustee's Motions for Contempt and Sanctions (Doc. 295) (the "Contempt Order"). In the Contempt Order, the Court directed me to file an affidavit outlining all fees spent pursuing the Second Contempt Motion.

6. My firm spent a total of 4.3 hours pursuing the Second Contempt Motion; all of those hours were my time. Of that, 1.7 hours was spent drafting the Second Contempt Motion and Supplement thereto. 0.7 hours was spent reviewing the Court's Second Show Cause Order, performing the actions it directed this firm to take, and preparing for the hearing. 1.0 hours was spent traveling to and attending the hearing on the Second Contempt Motion and Second Show Cause Order.[1] 0.9 hours was spent drafting and filing this affidavit. At my hourly rate of $575.00 per hour that totals $2472.50 in fees incurred by Thompson Burton, PLLC in pursuit of the Second Contempt Motion (excluding $475.00 incurred by Justin Campbell).

---

[1] For attendance at the hearing, I divided the total time of 2.0 hours evenly among both motions that were heard that day. I did not include the time spent by Justin Campbell, who attended in case the Court asked me to testify. He likewise spent 2.0 hours between the two matters at a rate of $475.00 per hour.

FURTHER AFFIANT SAITH NOT.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008
phillip@thompsonburton.com

Special Counsel for the Trustee