# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>    Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE<br><br>    Plaintiff,<br><br>v.<br><br>HAGH LAW, PLLC; AFSOON HAGH;<br>and MANOOKIAN PLLC,<br><br>    Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

## DEFENDANTS HAGH LAW, AFSOON HAGH, AND MANOOKIAN PLLC'S NOTICE OF COMPLIANCE WITH COURT ORDER

Defendants respectfully give notice of their compliance with the Court's August 20, 2025 Order Granting Trustee's Motions for Contempt and Sanctions. Specifically, on August 21, 2025, a $1,000 donation was made to the Tennessee Lawyers Assistance Program (TLAP) Foundation, as directed by the Court in paragraph (7) of the "Ruling" section of the August 20, 2025 Order.

A copy of the receipt for this transaction is attached hereto as Exhibit 1.

1

Date: August 22, 2025                                     Respectfully submitted,

*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed August 22, 2025 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

*/s/ John Spragens*

2