# EXHIBIT 1



---------- Forwarded message ---------
From: **service@paypal.com** <service@paypal.com>
Date: Thu, Aug 21, 2025 at 9:52 AM
Subject: Receipt for your donation to TLAP Foundation
To: Brian Manookian <brian@tntriallawyers.com>

Hello, Brian Manookian



# You donated $1,000.00 USD to TLAP Foundation

## Donation Details

**Date**
August 21, 2025

**Transaction ID**
1501-9603-5106-7928

**Purpose**

**Donation to**
TLAP Foundation

**Donation from**
brian@tntriallawyers.com

**Donation Amount**
$1,000.00 USD

Funding Sources Used (Total)

VISA                                                     $1,000.00 USD

Amount you paid                                          $1,000.00 USD

The transaction will appear on your credit card statement as PAYPAL *TLAPFOUNDAT.

This is a record of your generosity, but it's not an official tax donation receipt.



# Use PayPal next time.

Your PayPal account makes donating quick and secure.

( **Log in to PayPal** )



Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

PayPal, Inc. NMLS ID #: 910457

Not sure why you received this email? Learn more

Copyright © 1999-2025 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000309:en_US(en-US):1.3.0:f3318261fe240