SO ORDERED.
SIGNED 25th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>Cummings Manookian, PLLC,<br><br>Debtor. | Case No: 3:19-bk-07235<br>Chapter 7<br>Honorable Charles M. Walker |
| Jeanne Ann Burton,<br><br>Plaintiff,<br>v.<br><br>Hagh Law, PLLC, Afsoon Hagh,<br>Manookian, PLLC,<br><br>Defendants. | Adv. Proc. 3:20-ap-90002 |

**ORDER IMPLEMENTING SANCTIONS**
**PURSUANT TO THIS COURT'S ORDER OF AUGUST 20, 2025**

On August 20, 2025, this Court entered an Order Granting the Trustee's Motions for Contempt and Sanctions ("Order" - ECF 295). The provisions of that Order included a finding of contempt against each and all of the Defendants. Associated with that contempt are sanctions in

1

the form of attorneys' fees to the Movant/Plaintiff/Trustee[1] related to the two Motions for Contempt and Sanctions (ECF 280 and 290).

The attorney for the Trustee was instructed to file Affidavits (see ECF 298 and 299. respectively) as to the services and attorney fees associated with the prosecution of the (1) First *Motion for Contempt and Sanctions* (ECF 280); and (2) *Second Motion for Contempt and Sanctions* (ECF 290).

Therefore, pursuant to this Court's Order of August 20, 2025, and the Affidavits of the Trustee's attorney, IT IS HEREBY ORDERED that:

1. The Affidavit of Phillip G. Young, Jr. Regarding Fees Associated with the Motion for Contempt and Sanctions (ECF 298) is well taken and appears to be filed in good faith.

2. Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC are sanctioned jointly and severally in the amount of $3,712.50, payable to Thompson Burton, PLLC.

3. The Affidavit of Phillip G. Young, Jr. Regarding Fees Associated with the Motion for Contempt and Sanctions (ECF 299) is well taken and appears to be filed in good faith.

4. Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC are sanctioned jointly and severally in the amount of $2,472.50, payable to Thompson Burton, PLLC.

5. Payments pursuant to paragraphs 1 through 4 above are to be made in full directly to Phillip G.Young, Jr., Thompson Burton PLLC, One Franklin Park, 6100 Tower Circle, Suite 200, Franklin, Tennessee 37067 and **received** at that address no later than <u>August 29, 2025</u>.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS*
*INDICATED AT THE TOP OF THE FIRST PAGE*

---

[1] That Order incorporated by reference to the July 21, 2025, Order (ECF278) this Court's Orders of April 14, 2022 (ECF 149) and April 28, 2025 (ECF 260). The finding of contempt was also pursuant to this Court's Rules to Show Cause (ECF 284 and 292, respectively)