**SO ORDERED.**
**SIGNED 25th day of August, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Charles M. Walker**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, | ) |
| Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER SETTING PRETRIAL CONFERENCES
### AND INSTRUCTING PARTIES

On July 11, 2025, the Trustee filed a Status Report (ECF 276) indicating that there were

unresolved discovery issues which, along with the appeal pending before the Sixth Circuit in the

*Cummings v. Bretton* adversary (3:23-cv-00961 - 3:23-bk-90036), prevented this matter from

proceeding at that time.

The Sixth Circuit has since affirmed the judgment of this Court and on August 20, 2025,

this Court addressed the discovery issues that were thwarting the litigation process in this case.

1

Counsel for the Trustee, as well as that of the Defendants, and Afsoon Hagh, both individually and as an authorized representative of Hagh Law, as well as Brian Manookian, as an authorized representative of Manookian PLLC,[1] were present at that hearing at which time this Court entered its rulings regarding contempt and sanctions.

Therefore, as it appears there are no pending discovery or jurisdictional issues to prevent moving forward with the administration of this case, IT IS HEREBY ORDERED that:

1) The parties shall meet and confer and submit the required, completed *Joint Preliminary Pretrial Conference Worksheet* by September 8, 2025.

2) PreTrial Conferences/Status Hearings are set for the following dates and times:

   a. September 10, 2025, at 11:15 a.m.

   b. October 15, 2025, at 11:00 a.m.

   c. November 12, 2025, at 11:00 a.m.

3) All PreTrial Conferences/Status Hearings are to be attended by counsel *in-person* at 701 Broadway, Courtroom 2, 2nd Floor, Nashville, Tennessee.

4) No request to continue any conference/hearing set herein will be considered.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE***

---

[1] Per the representation of Counsel at the August 20, 2025 hearing.

2