# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:20–ap–90002**
### Adversary Case

Related Bankruptcy Proceeding No.:  3:19–bk–07235

Plaintiff : Jeanne Ann Burton

   vs

Defendant : Hagh Law PLLC

---

## PRO SE PARTY NOTICE OF FILING

---

Pretrial Conference Set – (Order Setting Pretrial Conference) And Instructing Parties. All PreTrial Conferences/Status Hearings are to be attended by counsel In–Person Pretrial Conference is scheduled for 11/12/2025 at 11:00 AM, Courtroom 2 701 Broadway, Nashville, TN 37203. (RE: related document(s)303 Order Setting Pretrial Conference) (mlh)

Dated: 8/26/25