Burton,

     Plaintiff

     Adv. Proc. No. 20-90002-CMW

Hagh Law PLLC,

     Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2025 | Form ID: prosenot | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | CRAIG VERNON GABBERT, JR, Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203-8033 |
| aty | + | GLENN BENTON ROSE, Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203-8033 |
| aty | + | JOHN T. SPRAGENS, SPRAGENS LAW PLC, 915 Rep. John Lewis Way South, Ste 100, NASHVILLE, TN 37203-6994 |
| aty | + | PHILLIP G YOUNG, Thompson Burton PLLC, One Franklin Park, 6100 Tower Circle, Suite 200, FRANKLIN, TN 37067-1465 |
| aty | + | RONALD G STEEN, JR, Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067-1465 |
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Aug 27 2025 03:43:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + Email/Text: jeanne.burton@comcast.net | Aug 27 2025 03:43:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CRAIG VERNON GABBERT, JR | |
| | on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com |
| GLENN BENTON ROSE | |
| | on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com |
| JOHN T. SPRAGENS | |
| | on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM spragenslaw@ecf.courtdrive.com |
| PHILLIP G YOUNG | |
| | on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com |
| RONALD G STEEN, JR | |
| | on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com mdennis@thompsonburton.com |

TOTAL: 5

Form prosenot

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:20−ap−90002**
### Adversary Case

Related Bankruptcy Proceeding No.:  3:19−bk−07235

Plaintiff : Jeanne Ann Burton

    vs

Defendant : Hagh Law PLLC

---

### PRO SE PARTY NOTICE OF FILING

---

Pretrial Conference Set − (Order Setting Pretrial Conference) And Instructing Parties. All PreTrial Conferences/Status Hearings are to be attended by counsel In−Person Pretrial Conference is scheduled for 11/12/2025 at 11:00 AM, Courtroom 2 701 Broadway, Nashville, TN 37203. (RE: related document(s)303 Order Setting Pretrial Conference) (mlh)

Dated: 8/26/25