**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | **Case No. 3:19-bk-07235** |
| Debtor. ) | **Chapter 7** |
| ) | **Judge Walker** |
| JEANNE ANN BURTON, TRUSTEE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
| Defendants. ) | |
| ) | **Adv. Proc. No. 3:20-ap-90002** |

## NOTICE REGARDING PAYMENT OF SANCTIONS

Comes now Jeanne Ann Burton, Chapter 7 Trustee herein (the "Trustee") and files this *Notice Regarding Payment of Sanctions* to confirm for the Court that the Defendants have complied with the Court's *Order Implementing Sanctions Pursuant to this Court's Order of August 20, 2025* (Doc. 302) (the "Order").

On August 29, 2025, undersigned counsel received via hand delivery a check in the amount of $6185.00, drawn on the operating account of Spragens Law. The check is made payable to "Phillip G. Young, Jr. / Thompson Burton PLLC" and references "8/25/2025 Sanctions Award".

DATED: August 30, 2025

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel. (615) 465-6008
E-mail: phillip@thompsonburton.com

Special Counsel to Trustee

Certificate of Service

The undersigned hereby certifies that a copy of this Supplement was served on all parties having filed notice in this adversary proceeding via the Court's electronic case filing system, including counsel for the Defendants, John Spragens and Craig Gabbert, this the 30th day of August, 2025.

/s/ Phillip G. Young, Jr.