# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>HAGH LAW, PLLC, AFSOON HAGH, and MANOOKIAN PLLC,<br><br>Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

## HAGH LAW, PLLC, AFSOON HAGH, AND MANOOKIAN PLLC'S NOTICE OF APPEAL AND STATEMENT OF ELECTION

Hagh Law, PLLC, Afsoon Hagh, and Manookian PLLC, ("Apellants") through counsel, give notice of appeal from the Bankruptcy Court's August 20, 2025 Order (Doc 295) and the Bankruptcy Court's related Order on August 25, 2025 (Doc 302). In furtherance of the same, Appellants state as follows:

**Part 1: Identity of Appellant**

1. The names of the appellants are Hagh Law, PLLC, Afsoon Hagh, and Manookian PLLC.

**Part 2: Subject of the Appeal**

2. Appellants appeal from the Court's Orders on August 20, 2025 (Doc. 295) and August 25, 2025 (Doc 302) holding Appellants in Contempt and assessing sanctions and monetary awards against them as well as requiring them to make a donation to a private charity of Judge Charles Walker's sole choice. The Orders were entered on August 20 and August 25, 2025.

**Part 3: Parties to the Appeal**

3. The names of the Parties to the Order appealed from as well as the contact information for their attorneys are the Appellants and their counsel listed below and:

    a. Trustee Jeanne Anne Burton
       Phillip Young
       One Franklin Park
       6100 Tower Circle, Suite 200
       Franklin, TN 37067
       (615) 465-6008 (T)
       phillip@thompsonburton.com

**Part 4: Election to have appeal heard by District Court**

4. Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: September 3, 2025                        Respectfully submitted,

                                                        */s/ John Spragens*
                                                        John Spragens (TN Bar No. 31445)
                                                        Spragens Law PLC
                                                        915 Rep. John Lewis Way S. Suite 100,
                                                        Nashville, TN 37203
                                                        T: (615) 983-8900
                                                        F: (615) 682-8533
                                                        john@spragenslaw.com

                                                        *Attorney for Appellants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed September 3, 2025 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

    */s/ John Spragens*