UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Case No. 3:19-bk-07235

CUMMINGS MANOOKIAN, PLLC

Debtor.

_____

Jeanne Ann Burton


Plaintiff,

v.                                                                  Adversary Case No. 3:20-ap-90002

Hagh Law PLLC,
Afsoon Hagh,
Manookian PLLC,

Defendants.

_____

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, the Notice of Appeal, document 309 on the record of the above case, was served by first class mail postage prepaid (or hand delivered as indicated below) to the following recipients:

**PHILLIP YOUNG**
Trustee Jeanne Anne Burton
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

**MEGAN SELIBER**
U.S. TRUSTEE
701 Broadway, Room 318
Nashville, TN  37203
(HAND DELIVERED)

Dated: September 8, 2025                              /s/ Vanessa A. Lantin, Clerk of Court

LQ