IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90002 |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | |

## TRUSTEE AND BRIAN CUMMINGS' PRETRIAL STATEMENT

Jeanne Ann Burton, chapter 7 trustee herein (the "Trustee"), and Brian Cummings ("Cummings"), the plaintiff in related adversary proceeding number 3:23-ap-90036 (the "Cummings AP") hereby provide this pretrial statement in advance of the status conference to be conducted by this Court on September 10, 2025.

On August 25, 2025, this Court entered an Order Setting Pretrial Conferences and Instructing Parties (Doc. 303) that scheduled a pretrial conference on September 10, 2025. The Court also directed the parties to confer on pretrial and trial dates and file a joint pretrial worksheet outlining those dates by September 8, 2025.

On Wednesday, September 3, 2025, the Trustee's counsel circulated an email to Defendants' counsel and counsel for Cummings (a) proposing to consolidate this matter and the Cummings AP for trial, and (b) suggesting some pretrial dates per the Court's Order. John

Spragens, counsel for the Defendants, responded that day agreeing to respond to the email by Friday, September 5, 2025. However, the only other correspondence Trustee's counsel has received on this matter came from Brian Manookian, who was apparently blind copied on Mr. Spragens' response. A copy of the correspondence regarding this pretrial statement is attached hereto as Exhibit A.

In the absence of any meaningful participation from Defendants' counsel, counsel for the Trustee and counsel for Cummings have conferred on a proposed schedule for this matter. First, the Trustee and Cummings agree that this matter should be consolidated with the Cummings AP for purposes of trial. The Cummings AP concerns the proper division of certain fees related to the Shoemaker matter; this AP also concerns, in part, the proper division of those fees (along with other fees). Therefore, the Trustee and Cummings believe that the Court should consider both of these matters in tandem in order to avoid the potential of conflicting results.

Next, counsel for the Trustee and counsel for Cummings conferred regarding potential pretrial dates. While discovery has been completed in this adversary proceeding, counsel for Cummings believes that she will need approximately 90 days to complete discovery (assuming that the parties agree, or the Court orders, that the Trustee is permitted to share all of Defendants' discovery responses to date with Cummings). Counsel further agreed that an expert report cutoff of January 23, 2026, is appropriate, and they agreed upon proposed dispositive motion dates and dates for trial. Those proposed dates are incorporated in the pretrial worksheet attached hereto as Exhibit B; the Trustee and Cummings agree upon these proposed dates assuming that the Court decides to consolidate these matters for trial.

Wherefore, the Trustee and Cummings would respectfully request that this Court enter a pretrial order establishing the dates and deadlines reflected in the attached pretrial worksheet, or such other dates that the Court may determine are more practical.

Dated:   September 8, 2025

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
Email: phillip@thompsonburton.com

Special Counsel for Trustee


/s/ Elizabeth S. Tipping
Elizabeth S. Tipping
Womble Bond Dickinson (US) LLP
1222 Demonbreun Street, Ste. 1201
Nashville, TN 37203
Tel: (615) 426-5566
Email: liz.tipping@wbd-us.com

Counsel for Brian Cummings

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system upon all parties having entered appearances therein on this the 8th day of September, 2025.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.