HON. CHARLES M. WALKER
JOINT PRELIMINARY PRETRIAL CONFERENCE WORKSHEET PRETRIAL CONFERENCE
DATE: SEPTEMBER 10, 2025

CASE NO. 3:19-BK-07235        ADV. NO. 3:20-ap-90002

ADV. NO. 3:23-ap-90036

CASE NAME: Burton v. Hagh Law, PLLC et al.
    Attorney for Plaintiff: Phillip Young
    Attorney for Defendant: John Spragens and Craig Gabbert

CASE NAME: Cummings v. Keefer et al.
    Attorney for Plaintiff: Elizabeth Tipping
    Attorney for Trustee: Phillip Young
    Attorney for Defendants: John Spragens

Rule 26 Disclosure by: N/A

Discovery by: Discovery completed in Burton AP; Cummings AP discovery deadline

suggestion is December 10, 2025

Expert Reports by: January 23, 2026

Dispositive Motions by: January 23, 2026
Response @ 21 days: February 13, 2026
Reply @21 days: March 6, 2026
Hearing set upon the Court's discretion

Proposed Trial Dates:        Week of March 23
                       Week of April 27

Final Pretrial Conference will be held on the Wednesday docket before trial, or on such other date as set by the Court.

Exhibits, Stipulations, Briefs: Five (5) days before Trial: TBD

Motions seeking continuance must be filed at least three (3) business days prior to the scheduled PTC, and seven (7) business days prior to trial date.

Requests for Mediation must be made by motion.

*This Worksheet is to be completed and attached as an Exhibit to the Joint Pretrial Statement. and filed two (2) business days prior to the Pretrial Conference pursuant to Local Rule 9013-3(1).*