# HON. CHARLES M. WALKER
## JOINT PRELIMINARY PRETRIAL CONFERENCE WORKSHEET
### PRETRIAL CONFERENCE DATE: September 10, 2025

**CASE NO.** 3:19-BK-07235      **ADV. NO.** 3:20-ap-90002

**CASE NAME:** Burton v. Hagh Law PLLC, et al.

    **Attorney for Plaintiff:** Phillip Young

    **Attorney for Defendant:** John Spragens

**Rule 26 Disclosure by:** n/a

**Discovery by:** n/a

**Expert Reports by:** n/a

**Dispositive Motions by:** June 24, 2022 (pursuant to D.E. 93, 149, 171; see D.E. 203) - or by Oct. 1
    **Response @ 21 days:** n/a - or by Oct. 22
    **Reply @ 21 days:** n/a - or by Nov. 12
**Hearing set upon the Court's discretion**

**Proposed Trial Dates:** Week of December 8, 2025 **@** Time TBD
                 Week of December 15, 2025 **@** Time TBD
                                     **@**

**Final Pretrial Conference will be held on the Wednesday docket before trial, or on such other date as set by the Court.**

**Exhibits, Stipulations, Briefs: Five (5) days before Trial:** As set by the Court

**Motions seeking continuance must be filed at least three (3) business days prior to the scheduled PTC, and seven (7) business days prior to trial date.**

**Requests for Mediation must be made by motion.**

*This Worksheet is to be completed and attached as an Exhibit to the Joint Pretrial Statement. and filed two (2) business days prior to the Pretrial Conference pursuant to Local Rule 9013-3(1).*