IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC, ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |
| JEANNE ANN BURTON, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90002 |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO AUTHORIZE CRAIG GABBERT AND BASS, BERRY & SIMS, PLC TO WITHDRAW AS COUNSEL TO DEFENDANTS HAGH LAW, PLLC AND AFSOON HAGH

In accordance with Rule 1.16(b) of the Tennessee Rules of Professional Conduct and Rule 2091-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, Mr. Craig Gabbert and Bass, Berry & Sims PLC ("Bass, Berry") move the Court for permission to withdraw as co-counsel to Defendants Hagh Law, PLLC ("Hagh Law") and Afsoon Hagh ("Ms. Hagh") based on the following grounds.

For several months, Mr. John Spragens of Spragens Law, PLC has taken the lead in connection with the defense of Hagh Law and Ms. Hagh, and Mr. Gabbert's role as co-counsel gradually has diminished. Mr. Gabbert's reduced participation in this matter reflects the fact that, a few months ago, he announced his retirement and has been winding down his practice. Given that Mr. Spragens has been primarily responsible for the defense of Ms. Hagh and Hagh Law in

this adversary proceeding, the withdrawal of Bass, Berry will not result in any delay of the trial of this proceeding.

After consultation with Ms. Hagh and Hagh Law, they and Bass, Berry have agreed that Ms. Hagh and Hagh Law no longer need two firms to represent them in this adversary proceeding and are in agreement that it is appropriate for Bass, Berry to withdraw as counsel at this time. Ms. Hagh and Hagh Law will continue to be represented in this adversary proceeding by Spragens Law, PLC.

WHEREFORE, Bass, Berry respectfully requests the Court to authorize its withdrawal as counsel to Ms. Hagh and Hagh Law and to grant such other relief as may be appropriate in this matter.

Respectfully submitted,

BASS, BERRY & SIMS, PLC

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6200
cgabbert@bassberry.com

*Attorneys for Afsoon Hagh and Hagh Law, PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed September 9, 2025, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.