**SO ORDERED.**
**SIGNED 12th day of September, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Charles M. Walker**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 3:19-bk-07235** |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| Debtor. | ) | |
| | ) | |
| **JEANNE ANN BURTON, TRUSTEE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 3:20-ap-90002** |
| | ) | |
| **HAGH LAW, PLLC; AFSOON HAGH;** | ) | |
| **MANOOKIAN, PLLC; and FIRST-** | ) | |
| **CITIZENS BANK & TRUST COMPANY,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING CRAIG GABBERT AND BASS, BERRY & SIMS PLC MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS HAGH LAW, PLLC AND AFSOON HAGH

THIS CAUSE comes before the Court upon Craig V. Gabbert, Jr. and Bass, Berry & Sims PLC's Motion to Withdraw as Counsel to Defendants Hagh Law, PLLC and Afsoon Hagh (the "Motion"), filed on September 9, 2025 [ECF No. 316].

Upon review of the Motion, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 316] is **GRANTED.**

2. Craig V. Gabbert, Jr., Glenn B. Rose and the firm of Bass, Berry & Sims PLC are hereby **DISCHARGED** of all further responsibilities in this adversary proceeding.

3. Defendants Hagh Law, PLLC and Afsoon Hagh will continue to be represented by John Spragens of Spragens Law, PLLC.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

BASS, BERRY & SIMS PLC

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6200
cgabbert@bassberry.com

*Attorneys for Afsoon Hagh and*
*Hagh Law, PLLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed September 10, 2025, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.