**SO ORDERED.**
**SIGNED 12th day of September, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



_____
**Charles M. Walker**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| _____ | ) |
| | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, | ) |
| Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## PRETRIAL ORDER

At the Pretrial Conference on September 10, 2025, the following parties appeared:

Phillip Young, Jr., Attorney for Plaintiff
John Spragens, Attorney for the Defendants

## WITNESSES

The names of witnesses, their addresses and a brief summary of the area of testimony of each witness shall be furnished to opposing counsel immediately upon discovery, but in no event later than **21 days** prior to the trial date.

## DISPOSITIVE MOTIONS

The filing deadline for dispositive motions is **November 15, 2025** (or next business day).

All responses are to be filed no later than **November 25, 2025**.

All replies are to be filed no later than **November 30, 2025** (or next business day).

Dispositive motion argument will be heard at the judge's discretion.

## FINAL DISPOSITION

All parties expressly consent to final disposition of this adversary proceeding by the bankruptcy court. All parties knowingly and intentionally waive any rights they may have to trial before an Article III tribunal under ***Wellness Int'l Network, Ltd. v. Sharif*, 575 U.S. 665, 135 S. Ct. 1932, 191 L. Ed. 2d 911 (2015), and *Stern v. Marshall*, 564 U.S. 462, 131 S. Ct. 2594, 180 L. Ed. 2d 475 (2011).**

## FINAL PRETRIAL CONFERENCE

A Final Pretrial Conference is set for **December 3, 2025, at 11:00 a.m., in Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee (Virtual hearing if allowed)**. Please refer to additional guidance posted on the Court's website at http://www.tnmb.uscourts.gov/ .

## TRIAL

The trial will commence **in person** on **December 9, 2025, at 10:00 a.m., Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee**. Please visit the Court's website at www.tnmb.uscourts.gov for further information regarding Judge Walker's Procedures.

Exhibits, Stipulations and Briefs shall be filed by **December 2, 2025.** The parties are required to utilize the Court's Case Management/Electronic Case Filing (ECF) system to file Stipulations and Briefs. The parties are required to utilize the Court's Electronic Evidence Submission Application (EESA) to file their Exhibits.

   ***Failure to comply with requirements of this order may result in dismissal of the action, default, assessment of costs including attorney's fees, or other penalties.***

   IT IS SO ORDERED.

   *This order was signed and entered electronically as indicated at the top of the first page.*