Burton,

     Plaintiff

Hagh Law PLLC,

     Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2025 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Sep 13 2025 00:06:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + Email/Text: jeanne.burton@comcast.net | Sep 13 2025 00:06:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

**Name**        **Email Address**

District/off: 0650-3

User: admin

Page 2 of 2

Date Rcvd: Sep 12, 2025

Form ID: pdf001

Total Noticed: 6

CRAIG VERNON GABBERT, JR

on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com bankr@bassberry.com;delores.walker@bassberry.com

GLENN BENTON ROSE

on behalf of Defendant Hagh Law PLLC grose@bassberry.com bankr@bassberry.com

JOHN T. SPRAGENS

on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG

on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

RONALD G STEEN, JR

on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com mdennis@thompsonburton.com

TOTAL: 5



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE:                  ) | |
| ) | **Case No. 3:19-bk-07235** |
| CUMMINGS MANOOKIAN, PLLC,  ) | **Chapter 7** |
| ) | **Judge Walker** |
| Debtor.     ) | |
| ) | |
| JEANNE ANN BURTON, TRUSTEE,  ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.                    ) | **Adv. Proc. No. 3:20-ap-90002** |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH;  ) | |
| MANOOKIAN, PLLC; and FIRST-  ) | |
| CITIZENS BANK & TRUST COMPANY,  ) | |
| ) | |
| Defendants.    ) | |

## ORDER GRANTING CRAIG GABBERT AND BASS, BERRY & SIMS PLC MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS HAGH LAW, PLLC AND AFSOON HAGH

THIS CAUSE comes before the Court upon Craig V. Gabbert, Jr. and Bass, Berry & Sims PLC's Motion to Withdraw as Counsel to Defendants Hagh Law, PLLC and Afsoon Hagh (the "Motion"), filed on September 9, 2025 [ECF No. 316].

Upon review of the Motion, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Motion [ECF No. 316] is **GRANTED.**

2.  Craig V. Gabbert, Jr., Glenn B. Rose and the firm of Bass, Berry & Sims PLC are hereby **DISCHARGED** of all further responsibilities in this adversary proceeding.

3.  Defendants Hagh Law, PLLC and Afsoon Hagh will continue to be represented by John Spragens of Spragens Law, PLLC.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

BASS, BERRY & SIMS PLC

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6200
cgabbert@bassberry.com

*Attorneys for Afsoon Hagh and
Hagh Law, PLLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed September 10, 2025, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.