United States Bankruptcy Court
Middle District of Tennessee

Burton,

    Plaintiff

Hagh Law PLLC,

    Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: admin      Page 1 of 2

Date Rcvd: Sep 12, 2025      Form ID: pdf001      Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Sep 13 2025 00:06:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| pla | + Email/Text: jeanne.burton@comcast.net | Sep 13 2025 00:06:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

**Name**      **Email Address**

CRAIG VERNON GABBERT, JR

    on behalf of Defendant Hagh Law PLLC cgabbert@bassberry.com  bankr@bassberry.com;delores.walker@bassberry.com

GLENN BENTON ROSE

    on behalf of Defendant Hagh Law PLLC grose@bassberry.com  bankr@bassberry.com

JOHN T. SPRAGENS

    on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM  spragenslaw@ecf.courtdrive.com

PHILLIP G YOUNG

    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com

RONALD G STEEN, JR

    on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com  mdennis@thompsonburton.com


TOTAL: 5

SO ORDERED.
SIGNED 12th day of September, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



Charles M. Walker
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| | ) |
| Jeanne Ann Burton, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Hagh Law, PLLC, Afsoon Hagh, | ) |
| Manookian, PLLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PRETRIAL ORDER**

At the Pretrial Conference on September 10, 2025, the following parties appeared:

Phillip Young, Jr., Attorney for Plaintiff
John Spragens, Attorney for the Defendants

**WITNESSES**

The names of witnesses, their addresses and a brief summary of the area of testimony of each witness shall be furnished to opposing counsel immediately upon discovery, but in no event later than **21 days** prior to the trial date.

**DISPOSITIVE MOTIONS**

The filing deadline for dispositive motions is **November 15, 2025** (or next business day).

All responses are to be filed no later than **November 25, 2025**.

All replies are to be filed no later than **November 30, 2025** (or next business day).

Dispositive motion argument will be heard at the judge's discretion.

**FINAL DISPOSITION**

All parties expressly consent to final disposition of this adversary proceeding by the bankruptcy court. All parties knowingly and intentionally waive any rights they may have to trial before an Article III tribunal under *Wellness Int'l Network, Ltd. v. Sharif*, **575 U.S. 665, 135 S. Ct. 1932, 191 L. Ed. 2d 911 (2015), and *Stern v. Marshall,* 564 U.S. 462, 131 S. Ct. 2594, 180 L. Ed. 2d 475 (2011).**

**FINAL PRETRIAL CONFERENCE**

A Final Pretrial Conference is set for **December 3, 2025, at 11:00 a.m., in Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee (Virtual hearing if allowed)**. Please refer to additional guidance posted on the Court's website at http://www.tnmb.uscourts.gov/ .

**TRIAL**

The trial will commence **in person** on **December 9, 2025, at 10:00 a.m., Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee**. Please visit the Court's website at www.tnmb.uscourts.gov for further information regarding Judge Walker's Procedures.

Exhibits, Stipulations and Briefs shall be filed by **December 2, 2025.** The parties are required to utilize the Court's Case Management/Electronic Case Filing (ECF) system to file Stipulations and Briefs. The parties are required to utilize the Court's Electronic Evidence Submission Application (EESA) to file their Exhibits.

***Failure to comply with requirements of this order may result in dismissal of the action, default, assessment of costs including attorney's fees, or other penalties.***

IT IS SO ORDERED.

*This order was signed and entered electronically as indicated at the top of the first page.*