**Form prosenot**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:20–ap–90002**
**Adversary Case**

Related Bankruptcy Proceeding No.: 3:19–bk–07235

Plaintiff : Jeanne Ann Burton

  vs

Defendant : Hagh Law PLLC

---

## PRO SE PARTY NOTICE OF FILING

---

Pretrial Conference Set – (Pretrial Order) (Final) Pretrial Conference is scheduled for 12/3/2025 at 11:00 AM, Courtroom 2 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)319 Pretrial Order) (rmw)

Dated: 9/18/25