**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:20–ap–90002</u>
### Adversary Case

Related Bankruptcy Proceeding No.:  3:19–bk–07235

Plaintiff : Jeanne Ann Burton

   vs

Defendant : Hagh Law PLLC

---

### CLERK'S REMARK

---

Remark – Regarding docket entry no. 320, the order was entered by the Clerk with the incorrect time. Please disregard entry #320 as it has been docketed correctly at docket entry #325. (RE: related document(s)320 Pretrial Conference Set (Bk Motion), 325 Pretrial Conference Set (Bk Motion)) (rmw)

Dated: <u>9/18/25</u>                                                          <u>Vanessa A Lantin</u>
                                                                                              Court Clerk