Burton,

    Plaintiff

Hagh Law PLLC,

    Defendant

Adv. Proc. No. 20-90002-CMW

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: clkinq | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | CRAIG VERNON GABBERT, JR, Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203-8033 |
| aty | + | GLENN BENTON ROSE, Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203-8033 |
| dft | + | Afsoon Hagh, 45 Music Square W, Nashville, TN 37203-3205 |
| intp | + | BRIAN MANOOKIAN, 45 MUSIC SQUARE WEST, NASHVILLE, TN 37203-3205 |
| dft | + | Hagh Law PLLC, c/o Afsoon Hagh, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |
| dft | + | Manookian PLLC, c/o Brian Manookian, Managing Member, 45 Music Square W, Nashville, TN 37203-3205 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: bkl@firstcitizens.com | Sep 18 2025 23:14:00 | First-Citizens Bank and Trust Company, ATTN Frank B. Holding, Jr., CEO, 4300 Six Forks Road, #FCC22, Raleigh, NC 27609-5718 |
| pla | + Email/Text: jeanne.burton@comcast.net | Sep 18 2025 23:14:00 | Jeanne Ann Burton, 95 White Bridge Road, Ste 512, Nashville, TN 37205-1490 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| JOHN T. SPRAGENS | on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM  spragenslaw@ecf.courtdrive.com |
| PHILLIP G YOUNG | on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com |
| RONALD G STEEN, JR | on behalf of Plaintiff Jeanne Ann Burton ronn.steen@thompsonburton.com  mdennis@thompsonburton.com |

TOTAL: 3

Name        Email Address

JOHN T. SPRAGENS

on behalf of Defendant Hagh Law PLLC JOHN@SPRAGENSLAW.COM  spragenslaw@ecf.courtdrive.com

**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:20–ap–90002</u>
### Adversary Case

Related Bankruptcy Proceeding No.:  3:19–bk–07235

Plaintiff : Jeanne Ann Burton

   vs

Defendant : Hagh Law PLLC

---

### CLERK'S REMARK

---

Remark – Regarding docket entry no. 320, the order was entered by the Clerk with the incorrect time. Please disregard entry #320 as it has been docketed correctly at docket entry #325. (RE: related document(s)320 Pretrial Conference Set (Bk Motion), 325 Pretrial Conference Set (Bk Motion)) (rmw)

Dated: <u>9/18/25</u>                                                        <u>Vanessa A Lantin</u>
                                                                            Court Clerk