IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:

CUMMINGS MANOOKIAN, PLLC, )
)
    Debtor, )
)
JEANNE ANN BURTON, TRUSTEE, )   Case No. 3:25-cv-1015
)
    Plaintiff, )
)
HAGH LAW, PLLC, AFSOON HAGH, )
AND MANOOKIAN, PLLC, )
)
    Defendants. )

ORDER

Pursuant to Local Rule 81.01 and Federal Rule of Bankruptcy Procedure 809, the Chapter 7 Trustee's Motion for Summary Affirmance (Doc. No. 5) is GRANTED, and this appeal is DISMISSED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE