# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              )
                                                    )
CUMMINGS MANOOKIAN, PLLC,                            )  Case No. 3:19-bk-07235
                                                    )  Chapter 7
    Debtor.                        )  Judge Walker
                                                    )
                                                    )
JEANNE ANN BURTON, TRUSTEE,                          )
                                                    )
    Plaintiff,                     )
v.                                                  )
                                                    )
                                                    )  Adv. Proc. No. 3:20-ap-90002
HAGH LAW, PLLC; AFSOON HAGH;                         )
MANOOKIAN, PLLC; and FIRST                           )
CITIZENS BANK & TRUST CO.,                           )
                                                    )
    Defendants.                    )
                                                    )

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Comes now Plaintiff, Jeanne Ann Burton ("Trustee"), Chapter 7 Trustee for Cummings Manookian, PLC, and respectfully requests leave from the Court to file Trustee's Motion for Partial Summary Judgment, Trustee's Statement of Undisputed Facts in Support of Motion for Summary Judgment, Memorandum of Law in Support of Trustee's Motion to Partial Summary Judgment, and the exhibits thereto under seal, which are submitted herewith as "Sealed Documents" pursuant to Local Rule 9018-1.

In support of this motion, the Trustee states as follows:

1. On February 2, 2022, this Court entered a protective order that treated as confidential any "[c]orrespondence and communications between the law firm and lawyer parties to this case (Cummings Manookian PLLC, Hagh Law PLLC, Afsoon Hagh, and Manookian PLLC) and their clients," which also "specifically includes engagement agreements." (Doc. 116, Protective Order, ¶1.) It also extended that protection to "communications between Brian Cummings and his clients as well as Brian Manookian and his clients." (*Id.*)

2.      Contemporaneously herewith, the Trustee is filing a Motion for Partial Summary Judgment, a Memorandum in Support of that Motion, and a Statement of Undisputed Facts in Support of Motion for Summary Judgment, followed later by a Partial Summary Judgment Reply brief if necessary (together, the "Motion").

3.      Much of the Trustee's Motion relies on excerpts about client matters detailed in the deposition transcripts of attorneys Defendant Afsoon Hagh, Brian Manookian, Brian Cummings, and in the deposition transcripts of their clients Marty Fitzgerald and Melissa Fitzgerald. Each of those depositions was specifically labeled "Confidential" by the Defendants. The Motion also relies on multiple engagement letters across various state-court cases these attorneys have litigated, which were also labeled "Confidential" by the Defendants.

4.      Some of the deposition excerpts will discuss the attorneys' work product and conversations with clients, both subject to their own privileges, and discuss state-court cases that are subject to protective orders. Besides that, they all discuss specific engagement letters with the Fitzgeralds throughout the transcripts.

5.      In addition to the Trustee's Motion, the Trustee anticipates needing to respond to Defendants' own summary-judgment motion. Her Opposition to Defendant's Motion for Summary Judgment will likely also rely on the same evidence in her own Motion.

6.      Due to the Motion and the anticipated Response's reliance upon information labeled by the Defendants as "Confidential" pursuant to this Court's Protective Order, pursuant to Local Rule 9018-1(b)(1), the below specifies the appropriate level of public disclosure as to each of the following:

      a.  Docket text on CM/ECF regarding the Motion to File under Seal:

          The public at large.

      b.  Motion to File under Seal:

          A document stating only "Document filed under seal."

      c.  Docket text on CM/ECF regarding the Order Granting Filing Under Seal:

          The public at large.

d. The Order Granting Filing Under Seal:

A document stating only "Document filed under seal."

e. Docket text on CM/ECF regarding the filing of the documents filed under seal:

i. Trustee's Motion for Partial Summary Judgment, Trustee's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, Memorandum of Law in Support of Trustee's Motion for Partial Summary Judgment, Partial Summary Judgment Reply brief, and Opposition to Defendants' Motion for Summary Judgment:

Plaintiff's and Defendants' respective counsel of record

ii. Deposition excerpts of Brian Manookian, Afsoon Hagh, Brian Cummings, Melissa Fitzgerald, and Marty Fitzgerald:

Plaintiff's and Defendants' respective counsel of record

iii. Fitzgerald Engagement Letters:

Plaintiff's and Defendants' respective counsel of record,

iv. Other Engagement Letters:

Plaintiff's and Defendants' respective counsel of record

7. Attached is the completed Sealed Document Cover Sheet form.

WHEREFORE, the Trustee respectfully requests that she be allowed to file the following under seal:

- Trustee's Motion for Partial Summary Judgment

- Trustee's Memorandum in Support of Her Motion for Partial Summary Judgment

- Trustee's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment

- Trustee's Partial Summary Judgment Reply brief

- Excerpts of Brian Manookian Deposition

- Excerpts of Afsoon Hagh Deposition

- Excerpts of Brian Cummings Deposition

- Excerpts of Marty Fitzgerald Deposition

- Excerpts of Melissa Fitzgerald Deposition

- Fitzgerald Engagement Letters

- Trustee's Opposition to Defendants' Motion for Summary Judgment

Respectfully submitted,

*Phillip G. Young, Jr.*
Phillip G. Young, Jr. (BPR #021087)
THOMPSON BURTON, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the same day as this filing, the foregoing was served on Defendants' counsel, John Spragens, via electronic mail and United States Mail as follows:

John Spragens
Spragens Law PLC
915 Rep. John Lewis Way South, Ste. 100
Nashville, TN 37203
john@spragenslaw.com

*Phillip G. Young, Jr.*
Phillip G. Young, Jr.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CUMMINGS MANOOKIAN, PLLC,

    Debtor.

JEANNE ANN BURTON, TRUSTEE,

    Plaintiff,

v.

HAGH LAW, PLLC; AFSOON HAGH;
MANOOKIAN, PLLC; and FIRST
CITIZENS BANK & TRUST CO.,

    Defendants.

Case No. 3:19-bk-07235
Chapter 7
Judge Walker

Adv. Proc. No. 3:20-ap-90002

## AFFIDAVIT OF PHILLIP G. YOUNG, JR.
## IN SUPPORT OF MOTION TO FILE UNDER SEAL

1.    I, Phillip G. Young, Jr., am over the age of 18 and am counsel of record in this matter for Plaintiff, Chapter 7 Trustee Jeanne Ann Burton.

2.    I have reviewed the documents the Trustee is requesting to be sealed, and I believe that they are suitable for filing under seal per this Court's own protective order (Doc. 116). All the cited deposition transcripts and engagement letters are littered with "[c]orrespondence and communications between the law firm and lawyer parties to this case (Cummings Manookian PLLC, Hagh Law PLLC, Afsoon Hagh, and Manookian PLLC) and their clients," and also "communications between Brian Cummings and his clients as well as Brian Manookian and his clients." (*Id.* at ¶1.)

3.    The Motion is not being filed for any improper purpose.

4.    Further affiant sayeth not.

Phillip G. Young, Jr.

November 17, 2025

Sworn and ascribed before me this 17 day of November, 2025.

Notary