IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>    Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE<br><br>    Plaintiff,<br><br>v.<br><br>HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,<br><br>    Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

**DEFENDANTS AFSOON HAGH, HAGH LAW, PLLC, AND MANOOKIAN PLLC'S JOINT MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC ("Defendants") respectfully ask the Court to grant them leave to file a consolidated 36-page memorandum of law in support of their Joint Motion for Summary Judgment, rather than the three (3) individual memoranda of law, potentially totaling 75 pages, contemplated by Local Rule 56.01(b).

As grounds for this motion, Defendants would respectfully suggest that allowing them to file a consolidated memorandum of 36 pages and a consolidated statement of undisputed material facts promotes judicial economy under circumstances in which each party would otherwise be

permitted to file a 25-page memorandum, totaling 75 pages, and three separate statements of undisputed material facts.

For the foregoing reasons, Defendants respectfully request leave to file a consolidated memorandum of law totaling 36 pages, accompanied by a joint statement of undisputed material facts.

Date: November 17, 2025

Respectfully submitted,

*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
915 Rep. John Lewis Way S
Suite 100, Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC, Afsoon Hagh and Hagh Law PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed November 17, 2025 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

*/s/ John Spragens*