IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC<br><br>    Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE<br><br>    Plaintiff,<br><br>v.<br><br>HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,<br><br>    Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

**DEFENDANTS AFSOON HAGH, HAGH LAW, PLLC, AND MANOOKIAN PLLC'S JOINT MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.01, Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC ("Defendants") move for summary judgment on all claims in this matter. As grounds for this request, Defendants incorporate the arguments in the accompanying Joint Memorandum of Law and Statement of Undisputed Material Facts, filed contemporaneously with this motion. For the reasons described therein, Defendants respectfully ask the Court to enter judgment in their favor on all claims and dismiss this action with prejudice.

Date: November 17, 2025            Respectfully submitted,

*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
915 Rep. John Lewis Way S
Suite 100, Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC, Afsoon Hagh and Hagh Law PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed November 17, 2025 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

*/s/ John Spragens*