

**CUMMINGS MANOOKIAN**

Correspondence from:
Brian Manookian, Esq.
bmanookian@cummingsmanookian.com

BRIAN MANOOKIAN
Licensed to practice in TN

December 7, 2018

**EXHIBIT 3**

**VIA CERTIFIED MAIL**
Marty Fitzgerald
Melissa Fitzgerald
1376 Hunter Road
Franklin, Tennessee 37064

Re: *Fitzgerald v. Osborn, et al. / Withdrawal by Brian Manookian and Cummings Manookian*

Marty and Melissa,

The Tennessee Supreme Court recently lifted the stay of the temporary suspension of my license to practice law. As a result, and as we have discussed, I am required to withdraw as counsel in this matter. Cummings Manookian is additionally required to withdraw as Brian Cummings has recently left the firm, and I am in the process of winding up its affairs. I am writing to notify you of the withdrawal, and to request, that you obtain another attorney or firm to represent you.

Pursuant to our Legal Representation and Engagement Agreement, Cummings Manookian is entitled to reimbursement of certain advanced costs and expenses in this case. I estimate those costs and expenses to be less than $3000. Because Cummings Manookian is withdrawing from this matter, it will not be entitled to any portion of an attorney's fee and specifically disclaims the same under the terms of our prior engagement agreement. You may provide this letter to any future attorneys representing you in this case as confirmation of the same.

Sincerely,

Brian Manookian

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

www.cmtriallawyers.com