EXHIBIT 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**CUMMINGS MANOOKIAN, PLLC**<br><br>Debtor.<br><br>**JEANNE ANN BURTON, TRUSTEE**<br><br>Plaintiff,<br><br>v.<br><br>**HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,**<br><br>Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

## DECLARATION OF AFSOON HAGH

Pursuant to 28 U.S. Code § 1746, I, Afsoon Hagh, declare as follows:

1. I am an adult over the age of eighteen and am competent to make this declaration. I have personal knowledge of the matters stated herein.

2. The Shoemaker Case ultimately settled in 2021.

3. Neither Afsoon Hagh or Hagh Law ("the Hagh Parties") has ever received any property of any kind belonging to Cummings Manookian.

4. Cummings Manookian has never transferred any property of any kind to the Hagh Parties.

5. The Hagh Parties have never caused Cummings Manookian to make or incur a transfer of property of any kind.

6. The Hagh Parties are not and have never been in possession, custody, or control of any property belonging to Cummings Manookian.

7. The Hagh Parties do not and have never owed a debt that is property of Cummings Manookian.

8. Hagh Law never used any real property, intellectual property, or property of any kind belonging to Cummings Manookian.

I declare under penalty of perjury that the foregoing to true and correct. Executed on June 24, 2022

_____
Afsoon Hagh