IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |
| ) | |
| ) | |

**TRUSTEE JEANNE ANN BURTON'S WITNESS LIST FOR TRIAL**

Comes now Plaintiff, Jeanne Ann Burton, Trustee, by and through undersigned counsel, and pursuant to this Court's Pretrial Order (Doc. 319) hereby gives notice of the witnesses she may call at the December 9, 2025, trial in this matter:

**WITNESS LIST**

1. <u>Jeanne Burton, Trustee; c/o Phillip Young, Thompson Burton, PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067</u>. If called to testify, Ms. Burton will testify regarding her administration of this estate, the documents produced to her as trustee from the Debtor's files, her review of pleadings in the *Fitzgerald* and *Shoemaker* matters, her understanding of the Debtor's operations, and the assets and liabilities of the Debtor.

2. <u>Brian Cummings; c/o Liz Tipping, Womble Bond Dickinson, 1222 Demonbreun Street, Suite 1201, Nashville, TN 37203</u>. If called to testify, Mr. Cummings will testify regarding the Debtor's operations, Ms. Hagh's role with the Debtor, the engagement letters of the Debtor, work performed by the Debtor in the *Shoemaker* case, work performed by the Defendants in the *Shoemaker* case, and the assets and liabilities of the Debtor.

3. <u>Melissa Fitzgerald; 604 Davis Valley Drive, Columbia, TN 38401</u>. If called to testify, Ms. Fitzgerald will testify regarding her communications with the Debtor, her communications with the Defendants, and the work done by the Debtor on her behalf in the *Fitzgerald* case.

4. <u>Brian Manookian; c/o John Spragens, Spragens Law PLC, 915 Rep. John Lewis Way South, Suite 100, Nashville, TN 37203</u>. If called to testify, Mr. Manookian will testify regarding the operations of the Debtor, the Debtor's involvement in the *Fitzgerald* and *Shoemaker* matters, his communications with plaintiffs in those matters, his communications with defense counsel in those matters, and Manookian PLLC's involvement in the *Fitzgerald* and *Shoemaker* cases.

5. <u>Afsoon Hagh; c/o John Spragens, Spragens Law PLC, 915 Rep. John Lewis Way South, Suite 100, Nashville, TN 37203</u>. If called to testify, Ms. Hagh will testify regarding the operations of the Debtor, her role with the Debtor, the Debtor's involvement in the *Fitzgerald* and *Shoemaker* matters, her communications with plaintiffs in those matters, her communications with defense counsel in those matters, her involvement in the *Fitzgerald* and *Shoemaker* cases, and Hagh Law PLLC's involvement in the *Fitzgerald* and *Shoemaker* cases.

6. The Trustee reserves the right to call the witnesses identified by any other party, any other witnesses needed to rebut evidence offered by any other party, and/or any other witnesses needed to address issues raised in any objection.

DATED: November 18, 2025

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel for Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the same day as this filing, the foregoing was served on Defendants' counsel, John Spragens, via the Court's ECF noticing system.

*Phillip G. Young, Jr.*
Phillip G. Young, Jr.