IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: <br><br> CUMMINGS MANOOKIAN, PLLC <br><br> Debtor. <br><br> JEANNE ANN BURTON, TRUSTEE <br><br> Plaintiff, <br><br> v. <br><br> HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC, <br><br> Defendants. | Case No, 3:19-bk-07235 <br> Chapter 7 <br> Judge Walker <br><br> Adv. Proc. No. 3:20-ap-90002 |

**DEFENDANTS AFSOON HAGH, HAGH LAW, PLLC, AND MANOOKIAN PLLC'S WITNESS LIST**

Afsoon Hagh, Hagh Law PLLC, and Manookian PLLC submit the following list of witnesses they may call at the trial of this matter, as well as the topics on which each witness is expected to testify pursuant to the pre-trial orders of this Court.

1. Bretton Keefer – c/o Spragens Law, 915 Rep. John Lewis Way S., Nashville, TN, 37203. Mr. Keefer is expected to testify as to his personal knowledge as to the Debtor and Defendants' respective roles in the prosecution of the *Shoemaker v. VUMC* matter, as well as to his personal knowledge of Brian Cummings' role in that matter and Mr. Cummings' repeated instances of dishonesty and malpractice on behalf of Cummings Manookian during the

pre-suit period and pendency of his involvement. Mr. Keefer will additionally testify as to his personal knowledge of the allegations in the Trustee's Complaint.

2. Brian Manookian – c/o Spragens Law, 915 Rep. John Lewis Way S., Nashville, TN, 37203. Mr. Manookian is expected to testify as to the operations of the Debtor and Manookian PLLC; the engagement agreements and withdrawals at issue in this matter; his personal knowledge of the *Shoemaker* and *Fitzgerald* cases; the other Defendants' respective roles in the cases in which the Trustee claims a property interest; as well as Mr. Cummings' reputation for dishonesty, including, but not limited to Mr. Cummings' acknowledgement of repeatedly lying under oath while Mr. Cummings was a Defendant in a professional disciplinary action. Mr. Manookian will additionally testify to the topics listed by the Trustee, the allegations in the Trustee's Complaint, and in rebuttal to evidence presented by the Trustee.

3. Afsoon Hagh – c/o Spragens Law, 915 Rep. John Lewis Way S., Nashville, TN, 37203. Ms. Hagh is expected to testify as to the operations of the Debtor and Hagh Law PLLC; the engagement agreements and withdrawals at issue in this matter; her personal knowledge of the *Shoemaker* and *Fitzgerald* cases; the other Defendants' respective roles in the cases in which the Trustee claims a property interest. Ms. Hagh will additionally testify to the topics listed by the Trustee, the allegations in the Trustee's Complaint, and in rebuttal to evidence presented by the Trustee.

4. Jeanne Burton – Trustee, contact through Phillip Young, Esq. Ms. Burton is expected to testify as to her personal knowledge of the allegations made in her complaint; her investigation into those allegations; the topics listed by the Trustee; and her testimony in her deposition.

5. Phillip Young – Counsel for Trustee, contact through Phillip Young, Esq. Mr. Young is expected to testify as to his role as receiver in the State Court action; his personal knowledge as to the allegations in the Trustee's Complaint; his communications with Brian Cummings and Mr. Cummings' Counsel; and his testimony in his deposition.

6. Marty Fitzgerald – c/o Spragens Law, 915 Rep. John Lewis Way S., Nashville, TN, 37203. Mr. Fitzgerald will testify as to his personal knowledge of the Debtor and Defendants' roles in the prosecution of the *Fitzgerald* matter; the engagement agreements in that matter; Cummings Manookian's withdrawal in that matter; his receipt and personal knowledge of Cummings Manookian's written withdrawal and disclaimer of any attorney's fee in that matter; his personal knowledge as to the allegations in the Trustee's Complaint; and his testimony in his deposition.

7. Defendants reserve the right to call the witnesses identified by any other party, any other witnesses needed to rebut evidence offered by any other party, and any other witnesses needed to address issues raised in any objection.

Date: November 18, 2025 Respectfully submitted,

/s/ John Spragens
John Spragens (TN Bar No. 31445)
Spragens Law PLC
915 Rep. John Lewis Way S
Suite 100, Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Manookian PLLC, Afsoon Hagh and Hagh Law PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed November 18, 2025 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ John Spragens