# DOCUMENT ACCESS LIMITED TO PLAINTIFF'S AND DEFENDANTS' RESPECTIVE COUNSEL OF RECORD

# DOCUMENT HELD BY CLERK OF COURT FOR LIMITED ACCESS