SO ORDERED.
SIGNED 25th day of November, 2025



_____
Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 3:19-07235 |
| **Cummings Manookian, PLLC,** ) | Chapter 7 |
| ) | Honorable Charles M. Walker |
| Debtor. ) | |
| ) | |
| **Jeanne Ann Burton, Trustee,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. 3:20-ap-90002 |
| ) | |
| **Afsoon Hagh; Hagh Law, PLLC; and** ) | |
| **Manookian, PLLC.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO FILE UNDER SEAL
## AND REQUIRING RESUBMISSION OF EXHIBITS

Before this Court is the motion of Jeanne Ann Burton ("Trustee"), Plaintiff and Chapter 7 Trustee of Debtor Cummings Manookian, PLC, who asks this Court, pursuant to Local Rule 9018-1, for permission to file under seal the Trustee's Motion for Partial Summary Judgment, Trustee's Statement of Undisputed Facts in Support of Motion for Summary Judgment, Memorandum of Law in Support of Trustee's Motion to Partial Summary Judgment, and the exhibits thereto, along with any reply and any potential opposition brief to Defendants' Motion for Summary Judgment.

For good cause shown, the Trustee's motion is hereby **GRANTED,** and it is therefore **ORDERED** that the following filings will be kept under seal according to the following parameters, entered in advance of and pursuant to this Order:

1. Trustee's Motion for Partial Summary Judgment
   a. Docket text: Trustee's Motion for Partial Summary Judgment (ECF 339)
   b. Access level: Plaintiff's and Defendants' respective counsel of record
2. Trustee's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment
   a. Docket text: Trustee's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment (ECF 340)
   b. Access level: Plaintiff's and Defendants' respective counsel of record
3. Trustee's Memorandum in Support of Her Motion for Partial Summary Judgment
   a. Docket text: Trustee's Memorandum in Support of Her Motion for Partial Summary Judgment (ECF 341)
   b. Access level: Plaintiff's and Defendants' respective counsel of record
4. Trustee's Partial Summary Judgment Reply Brief
   a. Docket text: Trustee's Partial Summary Judgment Reply Brief (ECF 342)
   b. Access level: Plaintiff's and Defendants' respective counsel of record
5. Excerpts of Brian Manookian Deposition
   a. Docket text: Deposition Excerpts of Brian Manookian (ECF 343)
   b. Access level: Plaintiff's and Defendants' respective counsel of record

6. Excerpts of Afsoon Hagh Deposition

    a. Docket text: Deposition Excerpts of Afsoon Hagh (ECF 344)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

7. Excerpts of Brian Cummings Deposition

    a. Docket text: Deposition Excerpts of Brian Cummings (ECF 345)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

8. Excerpts of Marty Fitzgerald Deposition

    a. Docket text: Deposition Excerpts of Marty Fitzgerald (ECF 346)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

9. Excerpts of Melissa Fitzgerald Deposition

    a. Docket text: Deposition Excerpts of Melissa Fitzgerald (ECF 347)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

10. Fitzgerald Engagement Letters

    a. Docket text: Fitzgerald Engagement Letters (ECF 348)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

11. Other Engagement Letters

    a. Docket text: Other Engagement Letters (ECF 349)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

12. Trustee's Opposition to Defendants' Motion for Summary Judgment

    a. Docket text: Trustee's Opposition to Defendants' Motion for Summary Judgment (ECF 350)

    b. Access level: Plaintiff's and Defendants' respective counsel of record

13. Trustee's Response to Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC's Joint Statement of Undisputed Material Facts.

    a. Docket text: Trustee's Response to Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC's Joint Statement of Undisputed Material Facts (ECF 351)

    b. Access level: Plaintiff's and Defendants' respective counsel of record.

14. Exhibits Associated with Trustee's Opposition to Defendants' Motion for Summary Judgement and Trustee's Response to Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC's Joint Statement of Undisputed Material Facts.

    a. Exhibits Associated with Trustee's Opposition to Defendants' Motion for Summary Judgement and Trustee's Response to Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC's Joint Statement of Undisputed Material Facts. (ECF352)

    b. Access level: Plaintiff's and Defendants' respective counsel of record.

IT IS FURTHER **ORDERED** that the Trustee's request to file the following exhibits to the Trustee's Opposition to the Defendant's Motion for Summary Judgment and Trustee's Response to Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC's Joint Statement of Undisputed Material Facts is DENIED as these exhibits are illegible:

| | |
|---|---|
| Exhibit A | Manookian Depo |
| Exhibit B | Cummings Depo |
| Exhibit C | Hagh Depo |
| Exhibit I | Marty Depo |
| Exhibit J | Melissa Depo |
| Exhibit N | Young Depo |

**The Trustee is given until 12:00 noon, November 26, 2025, to file, under seal, a Supplement to Exhibits to the Trustee's Opposition and the Trustee's Response including resubmission of the above noted exhibits in a legible form.**

IT IS FURTHER **ORDERED** that the Trustee's request to file under Seal the *Motion to File under Seal* and this *Order* is DENIED.

---

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**