



**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Charles M. Walker
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 3:19-bk-07235 |
| Cummings Manookian, PLLC, | ) Chapter 7 |
| | ) Honorable Charles M. Walker |
| Debtor. | ) |
| | ) |
| | ) |
| Jeanne Ann Burton, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. 3:20-ap-90002 |
| | ) |
| Afsoon Hagh, Hagh Law, PLLC, | ) |
| Manookian, PLLC. | ) |
| | ) |
| Defendants. | ) |

**ORDER SEALING MOTIONS**
**AND SETTING RESPONSE DEADLINE**

This matter is before the Court on the Trustee's Motion *in Limine* to Strike Defendants' Witness Marty Fitzgerald (ECF 357) and the Trustee's Motion *in Limine* to Strike the Defendants' Witness Phillip Young, Jr. (ECF 358) (collectively herein "the Motions"). The Court being duly advised in the nature of the documents filed and the existing protective orders in this case,

IT IS HEREBY ORDERED that

1) The provisions of the Order dated November 25, 2025 (ECF 353) - regarding the sealing of certain documents pursuant to protective provisions previously ordered by the Court – are made applicable to the Motions and the Motions are SEALED.

2) Any response to the Motions shall be filed by 5:00 p.m. on December 8, 2025.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS*
*INDICATED AT THE TOP OF THE FIRST PAGE*