SO ORDERED.
SIGNED 4th day of December, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>CUMMINGS MANOOKIAN, PLLC,<br><br>    Debtor.<br><br>JEANNE ANN BURTON, TRUSTEE,<br><br>    Plaintiff,<br>v.<br><br>HAGH LAW, PLLC; AFSOON HAGH; MANOOKIAN, PLLC; and FIRST CITIZENS BANK & TRUST CO.,<br><br>    Defendants. | Case No. 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br><br><br><br>Adv. Proc. No. 3:20-ap-90002 |

## ORDER DENYING TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter came before the Court on December 3, 2025, on the Trustee's Motion for Partial Summary Judgment (the "Motion"). Based on the Motion, the Defendants' response thereto, and the Trustee's reply; and based on the entire record herein;

**IT IS HEREBY FOUND:**

A.   Pursuant to Federal Bankruptcy Rule 7052, the Court hereby incorporates and adopts all other findings and conclusions stated orally at the hearing on December 3, 2025.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.   The Motion is denied.

Respectfully submitted,

*Phillip G. Young, Jr.*
Phillip G. Young, Jr. (BPR #021087)
THOMPSON BURTON, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*
