

SO ORDERED.
SIGNED 5th day of December, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Charles M. Walker
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No, 3:19-bk-07235 |
| | Chapter 7 |
| CUMMINGS MANOOKIAN, PLLC | Judge Walker |
| Debtor. | Adv. Proc. No. 3:20-ap-90002 |
| JEANNE ANN BURTON, TRUSTEE | |
| Plaintiff, | |
| v. | |
| HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC, | |
| Defendants. | |

## ORDER DENYING DEFENDANTS AFSOON HAGH, HAGH LAW, PLLC, AND MANOOKIAN PLLC'S MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on December 3, 2025, on Defendants Afsoon Hagh, Hagh Law, PLLC, and Manookian PLLC's Motion for Summary Judgment (the "Motion"). Based

on the Motion, the Trustee's response thereto, and Defendants' reply[1]; and based on the entire record herein;

**IT IS HEREBY FOUND:**

    A.    Pursuant to Federal Bankruptcy Rule 7052, the Court hereby incorporates and adopts all other findings and conclusions stated orally at the hearing on December 3, 2025.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

    1.    The Motion is denied.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONCIALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

Date:  December 4, 2025                 Respectfully submitted,

                                              */s/ John Spragens*
                                              John Spragens (TN Bar No. 31445)
                                              Spragens Law PLC
                                                  915 Rep. John Lewis Way S., Suite 100
                                                  Nashville, TN 37203
                                                  T: (615) 983-8900
                                                  F: (615) 682-8533
                                                  john@spragenslaw.com

                                              *Attorney for Manookian PLLC, Afsoon Hagh and Hagh Law PLLC*

---

[1] The Court grants Defendants' Motion for Leave to File Excess Pages in Joint Reply Brief (Dkt. 362).