IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CUMMINGS MANOOKIAN, PLLC, ) | Case No. 3:19-bk-07235 |
|     Debtor. ) | Chapter 7 |
| ) | Judge Walker |
| JEANNE ANN BURTON, TRUSTEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAGH LAW, PLLC; AFSOON HAGH; ) | |
| MANOOKIAN, PLLC; and FIRST- ) | |
| CITIZENS BANK & TRUST ) | |
| COMPANY, ) | |
|     Defendants. ) | |
| ) | Adv. Proc. No. 3:20-ap-90002 |

## NOTICE OF WITHDRAWAL OF MOTION IN LIMINE
## TO STRIKE DEFENDANTS' WITNESS MARTY FITZGERALD

Jeanne Ann Burton, chapter 7 trustee herein (the "Plaintiff" or "Trustee"), hereby gives notice of her withdrawal of her Motion in Limine to Strike Defendants' Witness Marty Fitzgerald (Doc. 357) (the "Marty Fitzgerald Motion"). In support hereof, the Trustee states that she has reached an agreement with the Defendants to submit deposition designations of Marty Fitzgerald and Melissa Fitzgerald in lieu of their testimony at the trial. Based upon this agreement, the Marty Fitzgerald Motion is moot.

Dated: December 5, 2025

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
Email: phillip@thompsonburton.com

Special Counsel for Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system upon all parties having entered appearances therein.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.