IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**CUMMINGS MANOOKIAN, PLLC**<br><br>Debtor.<br><br>**JEANNE ANN BURTON, TRUSTEE**<br><br>Plaintiff,<br><br>v.<br><br>**HAGH LAW, PLLC; AFSOON HAGH; and MANOOKIAN PLLC,**<br><br>Defendants. | Case No, 3:19-bk-07235<br>Chapter 7<br>Judge Walker<br><br>Adv. Proc. No. 3:20-ap-90002 |

### JOINT STATEMENT REGARDING CONFIDENTIALITY

Come now the Plaintiff, Jeanne Ann Burton, Chapter 7 Trustee for Cummings Manookian, PLC (the "Trustee") and the Defendants, Hagh Law, PLLC, Afsoon Hagh, and Manookian, PLLC (the "Defendants") and, pursuant to the Court's direction at the December 3, 3025, Pretrial Conference, offer this Joint Statement Regarding Confidentiality.

On February 2, 2022, the Court entered an agreed Protective Order (Doc. 116) (the "Protective Order") that governed the handling of certain confidential information that might be filed in this case. The Trustee and the Defendants agree that the only document that might be introduced in the trial of this matter or made an exhibit to this trial that contains confidential information is Pre-Marked Exhibit 1018. Pages 108 – 138 of that exhibit contain medical records that should be redacted before the document is made available to the public, or the entire exhibit should be sealed. The Trustee and Defendants further agree that testimony regarding the ultimate resolution of the *Shoemaker* case would be confidential and subject

to the Protective Order. As a result, the Trustee and Defendant respectfully request that the transcript be filed under seal or, alternatively, that the Court allow the Trustee and Defendants to redact the transcript before making it available to the general public.

Respectfully submitted,

*/s/ Phillip G. Young, Jr.*
Phillip G. Young, Jr. (BPR #021087)
THOMPSON BURTON, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

*/s/ John Spragens*
John Spragens (BPR #031445)
915 Rep. John Lewis Way S.
Suite 100
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel to Defendants*