# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

Jeanne Ann Burton  CASE NO: 3:19-bk-07235
    vs.    Plaintiff

Hagh Law PLLC  ADV NO: 3:20-ap-90002
Hagh Afsoon
Manookian PLLC
    Defendant

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| Charles M Walker | PHILLIP G YOUNG | JOHN TATE SPRAGENS |
| **Trial/Hearing Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 12/9/2025 - 12/10/2025 | Gary Schneider | Lauren Quarles |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Stipulated | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|---|
| x | | 12/9/2025 | 1001 | | x | Fitzgerald Engt Ltr Ver 1 |
| x | | 12/9/2025 | 1002 | | x | Fitzgerald Engmt Ltr Ver 2 |
| x | | 12/9/2025 | 1003 | | x | Suspension Letter |
| x | | 12/9/2025 | 1004 | | x | Fitzgerald Withdrawal Ltr |
| x | | 12/9/2025 | 1005 | | x | Fitzgerald Comlplaint |
| x | | 12/9/2025 | 1006 | | x | Fitzgerald Motion to Withdraw |
| x | | 12/9/2025 | 1007 | | x | Fitzgerald Jan Pleading |
| x | | 12/9/2025 | 1008 | | x | Fitzgerald MSJ |
| x | | 12/9/2025 | 1009 | | x | Fitzgerald March Pleading |
| x | | 12/9/2025 | 1010 | | x | Fitzgerald April Order |
| x | | 12/9/2025 | 1011 | | x | Fitzgerald April Pleading |
| x | | 12/9/2025 | 1012 | | x | Fitzgerald June Pleading |
| x | | 12/9/2025 | 1013 | | x | Fitzgerald Meisner Motion |
| x | | 12/9/2025 | 1014 | | x | Meisner Email |
| x | | 12/9/2025 | 1015 | | x | Shoemaker CM Engmt Ltr |
| x | | 12/9/2025 | 1018 | | x | Shoemaker File Part 1 |
| x | | 12/9/2025 | 1019 | | x | CM SOS Initial Filing |
| x | | 12/10/2025 | 1021 | | x | SOS CM 2018 Annual Report |
| x | | 12/10/2025 | 1022 | | x | CM SOS Cert of Dissolution |
| x | | 12/10/2025 | 1027 | | x | MPLLC SOS Initial Filing |
| x | | 12/9/2025 | 1030 | | x | CM Operating Agreement |
| x | | 12/9/2025 | 1031 | | x | CM Lease |
| x | | 12/9/2025 | 1032 | | x | Furniture Invoice |
| x | | 12/9/2025 | 1033 | | x | CM State FE Return |
| | x | 12/10/2025 | 2013 | | x | 2019.03.29 Hagh Law Engagement Agreement |
| x | | 12/9/2025 | | | | SWORN WITNESSES:<br>1. JEANNE ANN BURTON<br>2. BRIAN CUMMINGS<br>3. MORGAN HARGROVE - TRANSCRIPT READING |
| | x | 12/10/2025 | | | | SWORN WITNESSES:<br>1. BRIAN MANOOKIAN - TRANSCRIPT READING<br>2. BRIAN MANOOKIAN |