Rev. 05/2024

# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

## TRANSCRIPT REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at: 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

**1. NAME OF PARTY REQUESTING TRANSCRIPT**
Brian Cummings

**2. DATE OF ORDER**
3/11/26

**3. EMAIL ADDRESS**
liz.tipping@wbd-us.com

**4. PHONE NUMBER**
615-426-5566

**5. MAILING ADDRESS**
Womble Bond Dickinson (US) LLP
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203

**6. CASE NUMBER**
3:20-ap-90002

**7. CASE NAME**
Burton v. Hagh Law PLLC, et al

**8. JUDGE**
Judge Walker

**9. DATE(S) OF HEARING/TRIAL** (*If hearing/trial was on multiple days, please fill in all days for each hearing/trial held*)

**From** December 9, 2025 **to** December 10, 2025

**10. ORDER IS FOR**
- ○ APPEAL
- ○ BANKRUPTCY
- ◉ ADVERSARY
- ○ OTHER: ____________

**11. PORTIONS REQUESTED** (*Indicate the portion of the hearing/trial requested*)
- ☑ Entire Hearing/Trial
- ☐ Voir Dire
- ☐ Opening Statement (Plaintiff)
- ☐ Opening Statement (Defendant)
- ☐ Closing Statement (Plaintiff)
- ☐ Closing Statement (Defendant)
- ☐ Court Ruling Only
- ☐ Testimony of (Specify Name): ____________
- ☐ Other: ____________

**12. REQUESTED TURNAROUND TIME**
- ○ Daily (24-Hour)
- ◉ 3-Day Expedited
- ○ 7-Day Expedited
- ○ 14-Day Expedited
- ○ 30-Day Standard (30-Day)

**13. NUMBER OF COPIES REQUESTED** 1 Copy
(*Transcript request includes 1 copy for the Court*)

*By signing below, I certify that I will pay all charges for the preparation of the transcript, including search fee, deposit, and any additional charges as specified by the assigned transcriptionist.*

______________________ 3/11/26

Signature of Person Ordering Transcript(s) Date

| FOR COURT USE ONLY | DATE | BY |
|---|---|---|
| ORDER RECEIVED BY INTAKE | | |
| SEARCH FEE PAID | | |
| FILE(S) UPLOADED | | |